**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
Bid Protest

| | |
|---|---|
| LOYAL SOURCE GOVERNMENT SERVICES, LLC, | )<br>)<br>) |
| *Plaintiff*, | ) No. 24-1001 C<br>) |
| v. | )<br>) |
| UNITED STATES, | )<br>) |
| *Defendant*. | )<br>)<br>) |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pursuant to Appendix C, Section III.4, of the Rules of the Court of Federal Claims ("RCFC"), Plaintiff, Loyal Source Government Services, LLC ("Loyal Source"), by and through counsel, respectfully requests that this Court file the Complaint and the exhibits attached thereto under seal.

Loyal Source recognizes that Appendix C of the RCFC requires that, when a party files a complaint under seal, it must simultaneously file a proposed redacted version of the complaint. However, Loyal Source's Complaint contains confidential information that is subject to a protective order issued by the U.S. Government Accountability Office ("GAO") (No. B-420959.14), which requires that the Government be afforded an opportunity to review redacted versions of documents prior to their public release. Accordingly, to ensure compliance with the GAO's protective order, Loyal Source will circulate a proposed redacted version of its Complaint to Government counsel. Thereafter, assuming agreement with the Government, Loyal Source will file a public, redacted version with the Court.

Accordingly, Loyal Source respectfully requests that its Complaint, as well as the exhibits attached thereto, be filed under seal.

Respectfully submitted,

s/Samuel B. Knowles
Samuel B. Knowles
DLA Piper LLP (US)
500 Eighth Street, NW
Washington, DC 20004
Tel: (202) 799-4404
Fax: (202) 799-5404
E-mail: sam.knowles@us.dlapiper.com

*Counsel for Loyal Source Government Services, LLC*

Of Counsel:

Thomas E. Daley
Christie M. Alvarez
David R. Lacker
DLA Piper LLP (US)

Dated: June 28, 2024

## CERTIFICATE OF FILING

   I hereby certify that on June 28, 2024, a copy of the foregoing was filed using the Court's ECF system. I understand that notice of this filing will be served on the counsel to the parties to this case via the Court's ECF system.

                   Respectfully submitted,

                s/Samuel B. Knowles
                Samuel B. Knowles
                DLA Piper LLP (US)
                500 Eighth Street, NW
                Washington, DC 20004
                Tel: (202) 799-4404
                Fax: (202) 799-5404
                E-mail: sam.knowles@us.dlapiper.com

                *Counsel for Loyal Source Government Services, LLC*