# In the United States Court of Federal Claims

No. 24-1001

Filed: July 1, 2024

_____
)
LOYAL SOURCE GOVERNMENT SERVICES, )
LLC, )
 )
            *Plaintiff*, )
 )
  v. )
 )
THE UNITED STATES, )
 )
            *Defendant*. )
_____ )

**<u>ORDER</u>**

     The court schedules an initial conference in this case for **July 2, 2024**, at **11:00 a.m. ET** via Zoom. Login instructions will be sent to the parties.

It is so ORDERED.

                                        <u>s/ Edward H. Meyers</u>
                                        Edward H. Meyers
                                        Judge