# In the United States Court of Federal Claims

No. 24-1001

Filed: July 2, 2024

_____
)
LOYAL SOURCE GOVERNMENT SERVICES, )
LLC, )
)
*Plaintiff*, )
)
v. )
)
THE UNITED STATES, )
)
*Defendant*. )
_____ )

## **ORDER**

    Along with filing its complaint, ECF No. 1, Plaintiff also filed a motion to seal its complaint, ECF No. 2, and a motion for protective order, ECF No. 3.

    The Court **GRANTS** those motions. The Court will file the standard Protective Order as agreed to by the parties.

    It is so ORDERED.

s/ Edward H. Meyers
Edward H. Meyers
Judge
