**Redacted Version**

Exhibit 1

# Solicitation/Contract/Order for Commercial Products and Commercial Services

*Offeror to Complete Blocks 12, 17, 23, 24, & 30*

| 1. REQUISITION NUMBER | PAGE OF PAGES | |
|---|---|---|
| 0020128777 | 1 | 151 |

| 2. CONTRACT NO. | 3. AWARD/EFF. DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| | 00/00/0000 | | 70B03C22Q00000081, A23 | 11/22/2023 |

**7. FOR SOLICITATION INFORMATION CALL:**

| a. NAME | b. TELEPHONE NUMBER (No collect calls) | 8. OFFER DUE DATE/ LOCAL TIME |
|---|---|---|
| Gregory Blaszko | 202-875-2607 | 03/04/2024, 5 PM EST |

**9. ISSUED BY** CODE `7014`

DHS - Customs & Border Protection
Border Enforcement Contracting Division
4760 N. Oracle Rd.
Suite 100
Tucson                    AZ  85705-1677

**10. THIS ACQUISITION IS**

- [x] UNRESTRICTED OR   SET ASIDE : `000` % FOR:
- [ ] SMALL BUSINESS
- [ ] HUBZONE SMALL BUSINESS
- [ ] SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS
- [ ] WOMEN-OWNED SMALL BUSINESS (WOSB) ELIGIBLE UNDER THE WOMEN-OWNED SMALL BUSINESS PROGRAM
- [ ] EDWOSB
- [ ] 8(A)

NAICS: 561320

SIZE STANDARD: $34.0 MILLION

| 11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED | 12. DISCOUNT TERMS | 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 14. METHOD OF SOLICITATION |
|---|---|---|---|
| [ ] SEE SCHEDULE | | [ ] 13b. RATING | [x] RFQ  [ ] IFB  [ ] RFP |

**15. DELIVER TO** CODE

See Attached Delivery Schedule

**16. ADMINISTERED BY** CODE

DHS - Customs & Border Protection
Border Enforcement Contracting Division
4760 N. Oracle Rd.
Suite 100
Tucson                    AZ  85705-1677

| 17a. CONTRACTOR/ OFFEROR | CODE | FACILITY CODE |
|---|---|---|
| | | |

TELEPHONE NO.

- [ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER.

**18a. PAYMENT WILL BE MADE BY** CODE

DHS - Customs & Border Protection
Commercial Accounts Sect.

6650 Telecom Drive, Suite 100
Indianapolis                    IN  46278

- [ ] 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED.   SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | See Price Worksheet Attachment | | | | |

**25. ACCOUNTING AND APPROPRIATION DATA**

SEE SCHEDULE

| 26. TOTAL AWARD AMOUNT | (For Govt Use Only) |
|---|---|
| $0.00 | |

- [x] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA [x] ARE [ ] ARE NOT ATTACHED.
- [ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED ADDENDA [ ] ARE [ ] ARE NOT ATTACHED.

- [x] 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _One_ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

- [ ] 29. AWARD OF CONTRACT: REF. _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
|---|---|
| | |

| 30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT) | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT) | 31c. DATE SIGNED |
|---|---|---|---|
| | | Gregory Blaszko | |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. NOV 2021)
Prescribed by GSA - FAR (48 CFR) 53.212

Exhibit 1 at 1

| CONTRACT NO.: | REQUISITION NUMBER<br>0020128777 | AWARD/EFF. DATE<br>00/00/0000 |
|---|---|---|

ADDITIONAL INFORMATION:

This is a request for quotation (RFQ) for medical screening services issued only to holders of VA Schedule Contract 621 I, Professional and Allied Healthcare Staffing Services. All previous drafts and versions of this RFQ are completely replaced by this Amendment 023.

This solicitation is for medical screening services in accordance with the vendor's VA Scheduled Contract, this request for quotation (RFQ), and the statement of work (SOW). The Government intends to evaluate the quotations and award a Task Order without exchanges with offerors, but reserves the right to conduct exchanges if the Contracting Officer determines them to be necessary. Quotations from suppliers who do not hold a VA Schedule Contract 621 I, Professional and Allied Healthcare Staffing Services, will not be considered for evaluation or award. All responses shall be submitted in an electronic format.

This requirement will receive a best value evaluation, per the evaluation section of the RFQ. The Government intends to make a single award resulting from this solicitation to the responsible offeror whose quotation represents the best value after evaluation in accordance with the factors in the solicitation.

Award may be made to other than the highest technically evaluated offeror. Award may be made to other than the lowest evaluated priced offeror.

COVID Differential is not being considered by the Government at this time.

Phase II quotations due date is March 4, 2024 at 5 PM EST.

Offerors are asked to hold their quotations valid for at least 120 days after final submission.

Offerors are asked to provide their Unique Entity ID (UEI) and Schedule Contract Number in their transmittal email.

---

32a. QUANTITY IN COLUMN 21 HAS BEEN
☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED

| 32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE | 32c. DATE | 32d. PRINTED NAME AND TITLE OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|---|

| 32e. MAILING ADDRESS OF AUTHORIZED GOVERNMENT REPRESENTATIVE | 32f. TELEPHONE NUMBER OF AUTHORIZED GOVERNMENT REPRESENTATIVE |
|---|---|
| | 32g. E-MAIL OF AUTHORIZED GOVERNMENT REPRESENTATIVE |

| 33. SHIP NUMBER | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR | 36. PAYMENT | 37. CHECK NUMBER |
|---|---|---|---|---|
| ☐ PARTIAL ☐ FINAL | | | ☐ COMPLETE ☐ PARTIAL ☐ FINAL | |

| 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY (Print) |
|---|---|
| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |

| 42c. DATE REC'D (YY/MM/DD) | 42d. TOTAL CONTAINERS |
|---|---|

Exhibit 1 at 2

STANDARD FORM 1449 (REV. NOV 2021) BACK

| CONTRACT NO.: | REQUISITION NUMBER 0020128777 | AWARD/EFF. DATE 00/00/0000 |
|---|---|---|

ADDITIONAL INFORMATION:

In the event of any conflict with any other documents and the request for quotation (RFQ), the terms of the RFQ shall control.

Offerors must affirmatively state that they do not have an organizational conflict of interest (OCI) that requires a mitigation plan in accordance with HSAR 3052.209-72 Organizational Conflict of Interest (see clause in this solicitation), or otherwise must disclose the potential conflict and submit a mitigation plan, if applicable, with submission of their quote (as a separate document; exempt from page count limits). Potential OCIs may arise from activities of the prime, its affiliates, or subsidiaries, or any of its teaming partners or subcontractors. Failure to report a possible or actual conflict of interest situation to the Contracting Officer on this Task Order could be cause for ineligibility of award or termination of the task order.

Except for Open Market Labor Categories, identified below, all labor categories proposed must fall under the vendor's VA Schedule Contract 621 I, under an applicable Special Item Number (SIN). The vendor must identify the SINs for each labor category quoted, which must be tied to the Position Descriptions, Exhibit C.

| **OPEN MARKET LABOR CATEGORIES** **Position Description Title** | **Title** |
|---|---|
| National Accounting Budget Manager | Capital Program Management Services |
| National Human Resources Manager | Capital Program Management Services |
| National Program Director or National Deputy Program Director | Program Management Services |
| National Security and Background or Background Investigations Manager | Investigation Support Program |
| Regional Deputy Program Manager | Program Management Services |
| Regional Program Manager | Program Management Services |
| PM/PMO Support Staff | Management Services |

Exhibit 1 at 3

Contractors are advised that background investigation (BI) applicants currently receive 30 days to respond to a communication from the Electronic Questionnaire for Investigations Processing (e-QIP). For a contract resulting from this solicitation, the Government is changing the requirement to 72 hours or 3 days after receipt of an e-QIP invite. All other forms that are returned for corrections at any stage of the background investigation must be corrected and returned within 24 hours.

Addition to Contractor Instructions: This is predominantly a Time and Materials contract and the notional staffing requirements for this effort are set forth in CBP's SOW and attached appendices. Following contract award, and during any necessary transition period, the contractor must justify and support in writing any additions to supervisory staff necessary to comply with APP supervision requirements. If additional staff are authorized, the contracting officer will issue a modification to the task order, including the contractor's explanation, as a matter of contract administration.

Attachments to this Solicitation:
70B03C22Q00000081 - Wage Determination List_0023.xlsx
70B03C22Q00000081 - Pricing Worksheet_0023.xlsx
APPENDIX A: Medical Unit Laydown_07202023(1)_A17.pdf
APPENDIX B: Deliverables(1)_A17.pdf
APPENDIX C: Position Descriptions 2023.11.16_A17.pdf
APPENDIX D  Medical Formulary and Supplies List_12072022(1)_A17.xlsx
APPENDIX E: Vaccination Services_12082022(1)_A17.pdf
APPENDIX F: Elevated In-Custody Definition and Terms_A17.pdf
APPENDIX G: CBP MSC Program Management and Program Support(1)_A17.pdf
APPENDIX H: Exhibit 4(d) Summary of CBP Flores Agreement - RGV and El Paso_A17.pdf

Table of Contents

I.1        SCHEDULE OF SUPPLIES/SERVICES ..........................................................................7

I.2        DELIVERY SCHEDULE ...............................................................................................7

II.4       52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998) ....................9

II.5       52.203-17 CONTRACTOR EMPLOYEE WHISTLEBLOWER RIGHTS AND REQUIREMENT TO INFORM EMPLOYEES OF WHISTLEBLOWER RIGHTS (JUN 2020) ................................................................9

II.6       52.204-4 PRINTED OR COPIED DOUBLE-SIDED ON POSTCONSUMER FIBER CONTENT PAPER (MAY 2011) ......9

II.7       52.204-13 SYSTEM FOR AWARD MANAGEMENT MAINTENANCE (OCT 2018) ....................................9

II.8       52.204-18 COMMERCIAL AND GOVERNMENT ENTITY CODE MAINTENANCE (AUG 2020) ..............9

II.9       52.212-4 CONTRACT TERMS AND CONDITIONS --COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (DEC 2022) ALTERNATE I (NOV 2021) .................................9

II.10      52.217-5 EVALUATION OF OPTIONS (JUL 1990) ...................................................9

II.11      52.217-7 OPTION FOR INCREASED QUANTITY-SEPARATELY PRICED LINE ITEM (MAR 1989) ...............9

II.12      52.217-8 OPTION TO EXTEND SERVICES (NOV 1999) .........................................9

II.13      52.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000) ....9

II.14      52.232-39 UNENFORCEABILITY OF UNAUTHORIZED OBLIGATIONS (JUN 2013) ...............10

II.15      52.232-40 PROVIDING ACCELERATED PAYMENTS TO SMALL BUSINESS SUBCONTRACTORS (MAR 2023) ......10

II.17      52.237-3 CONTINUITY OF SERVICES (JAN 1991) ...............................................11

II.19      52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (SEP 2023) ................................11

II.20      HSAR 52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984) ...............18

II.21      3052.212-70 CONTRACT TERMS AND CONDITIONS APPLICABLE TO DHS ACQUISITION OF COMMERCIAL ITEMS (July 2023) ......................18

II.22      52.204-23 - PROHIBITION ON CONTRACTING FOR HARDWARE, SOFTWARE, AND SERVICES DEVELOPED OR PROVIDED BY KASPERSKY LAB AND OTHER COVERED ENTITIES (DEVIATION 20-05) ................................20

II.23      52.204-25 PROHIBITION ON CONTRACTING FOR CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT (DEVIATION 20-05) (DEC 2020) ...............21

II.25      52.222-42 STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES (MAY 2014) ...............25

II.26      52.224-3 PRIVACY TRAINING, ALTERNATE I (DEVIATION) ...............................25

II.27      CONTRACT TYPE (OCT 2008) ................................................................................26

II.28      PACKAGING, PACKING AND MARKING (MAR 2003) ...........................................26

II.29      TERM OF CONTRACT ...............................................................................................26

II.30      CONTRACTING OFFICER'S AUTHORITY (MAR 2003) .........................................27

II.31      ELECTRONIC INVOICING AND PAYMENT REQUIREMENTS - INVOICE PROCESSING PLATFORM (IPP) (AUG 2022)  27

II.32      GOVERNMENT CONSENT OF PUBLICATION/ENDORSEMENT (MAR 2003) ........27

II.33      ORDERING OF AS NEEDED SERVICES (AUG 2022) ...........................................28

II.34      PRICING PROVISIONS FOR TASK ORDER OR BLANKET PURCHASE AGREEMENT ISSUED UNDER A FEDERAL SUPPLY SCHEDULE (JUN 2005) ...............28

II.35      SECURITY PROCEDURES (AUG 2022) .................................................................29

Exhibit 1 at 5

**II.36** DISCLOSURE OF INFORMATION (MAR 2003) ........................................................................ 34

**II.37** TRAVEL COSTS (AUG 2022) ..................................................................................................... 35

**II.38** NON-PERSONAL SERVICE (MAR 2003) .................................................................................. 35

**II.39** POST AWARD EVALUATION OF CONTRACTOR PERFORMANCE (AUG 2022) .................... 36

**II.40** ADDITIONAL CONTRACTOR PERSONNEL REQUIREMENTS (OCT 2007) ........................... 37

**II.41** SPECIAL SECURITY REQUIREMENT - CONTRACTOR PRE-SCREENING (AUG 2022) ........ 37

**II.42** PREVENT, DETECT AND RESPOND TO SEXUAL ABUSE AND ASSAULT IN CONFINEMENT FACILITIES (FEB 2017) 38

**II.43** 3052.204-72 SAFEGUARDING OF CONTROLLED UNCLASSIFIED INFORMATION (JULY 2023) .................... 40

ALTERNATE I (JULY 2023) ........................................................................................................................ 45

**II.44** 3052.204-73 Notification and Credit Monitoring Requirements for Personally Identifiable Information Incidents ............ 47

**II.45** INFORMATION TECHNOLOGY SECURITY AWARENESS TRAINING (JULY 2023) ................. 49

**II.46** 52.225-5 TRADE AGREEMENTS (Dec 2022) ........................................................................... 50

**II.47** 52.204-9 PERSONAL IDENTITY VERIFICATION OF CONTRACTOR PERSONNEL (JAN 2011) ................. 52

**II.48** 52.204-21 - BASIC SAFEGUARDING OF COVERED CONTRACTOR INFORMATION SYSTEMS (NOV 2021) ........... 52

**II.49** 52.203-12 LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JUN 2020) ........... 52

**II.50** 52.228-5 INSURANCE-WORK ON A GOVERNMENT INSTALLATION (JAN 1997) ................... 52

**II.51** 52.223-3 HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (FEB 2021) ALTERNATE I (JUL 1995) ........................ 52

**II.52** 3052.223-70 REMOVAL OR DISPOSAL OF HAZARDOUS SUBSTANCES--APPLICABLE LICENSES AND PERMITS (JUN 2006) ..................... 52

**II.53** 52.245-1 GOVERNMENT PROPERTY (SEP 2021) ALTERNATE I (APR 2012) ........................ 52

**II.54** 52.224-1 PRIVACY ACT NOTIFICATION (APR 1984) ............................................................... 52

**II.55** 52.224-2 PRIVACY ACT (APR 1984) ........................................................................................ 52

**II.56** 52.227-14 RIGHTS IN DATA--GENERAL (MAY 2014) ............................................................. 52

**II.57** 3052.225-98 MADE IN AMERICA – PERSONAL PROTECTIVE EQUIPMENT (OCT 2022) ........ 52

**III.8** STATEMENT OF WORK ........................................................................................................... 57

**III.9** 52.204-26 COVERED TELECOMMUNICATIONS EQUIPMENT OR SERVICES-REPRESENTATION (OCT 2020).122

**III.10** 52.209-7 INFORMATION REGARDING RESPONSIBILITY MATTERS (OCT 2018)................... 122

**III.11** 52.212-2 EVALUATION -- COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (NOV 2021)............... 123

**III.12** 52.212-3 OFFEROR REPRESENTATIONS AND CERTIFICATIONS -- COMMERCIAL PRODUCTS and COMMERCIAL SERVICES (SEP 2023)................ 124

III.13 52.225-6 TRADE AGREEMENTS CERTIFICATE (FEB 2021) .................................................. 140

III.14 52.229-11 TAX ON CERTAIN FOREIGN PROCUREMENTS - NOTICE AND REPRESENTATION (JUN 2020).......... 141

III.15 52.216-1 TYPE OF CONTRACT (APR 1984) ........................................................................... 142

III.16 HSAR 52.252-5 AUTHORIZED DEVIATIONS IN PROVISIONS (APR 1984) ............................ 142

III.17 3052.209-72 ORGANIZATIONAL CONFLICT OF INTEREST (JUN 2006)................................. 143

III.18 3052.225-99 MADE IN AMERICA CERTIFICATE – PERSONAL PROTECTIVE EQUIPMENT (OCT 2022) ............. 144

III.19 AGENCY LEVEL PROTEST NOTICE (APR 2003) ................................................................... 145

III.20 GENERAL INSTRUCTIONS FOR THE PREPARATION AND SUBMISSION OF QUOTATIONS (OCT 2008) ............ 145

Exhibit 1 at 6

SUBMISSION OF QUOTATION ............................................................................................................... 149

III.21    RELATIVE IMPORTANCE OF EVALUATION FACTORS (JUN 2007).......................................... 149

III.22    BASIS OF AWARD (TRADE-OFF ANALYSIS) (JUN 2007)...................................................... 150

**SECTION I   SCHEDULES**

**I.1   SCHEDULE OF SUPPLIES/SERVICES**

PLEASE SEE PRICING WORKSHEET_0023

**Total Funded Value of Award:**

**I.2   DELIVERY SCHEDULE**

| DELIVER TO: | ITEM # | QTY | DELIVERY DATE |
|---|---|---|---|
| Customs and Border Protection<br>1300 Pennsylvania Avenue N W<br>Washington, DC 20229 | * | * | |

 *  PLEASE SEE PRICING WORKSHEET_0023

Exhibit 1 at 8

## II.1   Summary of CBP Flores Agreement

The attached document entitled "Exhibit 4(d): Summary of CBP Flores Agreement: RGV and El Paso Sectors" is added to this solicitation as CBP policy guidance relevant to the work to be performed under a resulting contract with this Statement of Work to the extent performed in Rio Grande Valley or El Paso Sector facilities. The awarded Contractor shall provide Exhibit 4(d) to all Contractor personnel who perform services in Rio Grande Valley and/or El Paso Sector facilities in written form as an orientation regarding the requirements of CBP's Settlement Agreement. Generally, Exhibit 4(d) sets out CBP policy guidance intended to ensure that CBP and all contractor personnel treat minors in CBP custody with dignity, respect and special consideration for their particular vulnerability as minors and that CBP facilities where minors are being held are safe and sanitary. For this solicitation/resulting order, requirements relevant to the services being provided are summarized under the applicable header (Medical) within Exhibit 4(d). Questions regarding Exhibit 4(d) shall be directed to the COR. The Contractor shall prepare and retain a record that adequately documents its compliance with this orientation requirement and shall provide this record to the COR upon request.

## II.2   Command, Control, Communications, Coordination

The contractor will be responsive to direction and requests for information from appropriate CBP authorities, including from the Contracting Officer (CO), Contracting Specialist (CS), Contracting Officer Representative (COR), and OCMO program management personnel.

The contractor must promptly respond, cooperate, and comply with management inspections and other audits or investigations as directed by CBP. This includes prompt responses to and cooperation with interviews, questions, fact gathering, reporting, and document production. Any requests for audit information or participation in investigations by the contractor should be directed to the CO. Examples of such audits or investigations may arise from: Government Accountability Office, DHS Office of Inspector General, DHS Civil Rights and Civil Liberties, DHS Office of the Immigration Detention Ombudsman, CBP's Office of Professional Responsibility, Department of Justice, or other federal authorities.

The Contractor also agrees to fully cooperate and comply with any document preservation request sent by CBP in relation to contractor's performance under this contract.

## II.3   Evaluation of FAR 52.217-8

The Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. To account for the option periods possible under 52.217-8 (maximum of six months), Options to Extend Services, the Government will evaluate the option to extend services by adding six months of the offeror's final option period price to the offeror's total price. This amount will be the total evaluated price. The Government may choose to exercise the Option to Extend Services at the end of any performance period (base or option periods). Prices for the base and option periods, including the 6-month option available under FAR 52.217-8, will be evaluated to ensure that they are fair and reasonable for performance of the requirements established in the solicitation and as proposed in the technical submission. The price for the effort associated with FAR 52.217-8 will not be included in the total awarded value at task order award. If, at the end of the order's period of performance (the end of the base period or any option period) and within the time period established in the clause, the Government chooses to exercise this option, the pricing will be pursuant to the rates specified in the task order for the preceding performance period.

Exhibit 1 at 9

**II.4  52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)**

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es): www.SAM.gov

I.       FEDERAL ACQUISITION REGULATION (48 CHAPTER 1)

CLAUSES NUMBER  TITLE
**II.5  52.203-17 CONTRACTOR EMPLOYEE WHISTLEBLOWER RIGHTS. (NOV 2023)**

**II.6  52.204-4 PRINTED OR COPIED DOUBLE-SIDED ON POSTCONSUMER FIBER CONTENT PAPER (MAY 2011)**

**II.7  52.204-13 SYSTEM FOR AWARD MANAGEMENT MAINTENANCE (OCT 2018)**

**II.8  52.204-18 COMMERCIAL AND GOVERNMENT ENTITY CODE MAINTENANCE (AUG 2020)**

**II.9  52.212-4 CONTRACT TERMS AND CONDITIONS --COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (NOV 2023) ALTERNATE I (NOV 2021)**

*Alternate I* (Nov 2021). When a time-and-materials or labor-hour contract is contemplated, substitute the following paragraphs (a), (e), (i), (l), and (m) for those in the basic clause.

(a) *Inspection/Acceptance.* (1) The Government has the right to inspect and test all materials furnished and services performed under this contract, to the extent practicable at all places and times, including the period of performance, and in any event before acceptance. The Government may also inspect the plant or plants of the Contractor or any subcontractor engaged in contract performance. The Government will perform inspections and tests in a manner that will not unduly delay the work.

(2) If the Government performs inspection or tests on the premises of the Contractor or a subcontractor, the Contractor shall furnish and shall require subcontractors to furnish all reasonable facilities and assistance for the safe and convenient performance of these duties.

(3) Unless otherwise specified in the contract, the Government will accept or reject services and materials at the place of delivery as promptly as practicable after delivery, and they will be presumed accepted 60 days after the date of delivery, unless accepted earlier.

(4) At any time during contract performance, but not later than 6 months (or such other time as may be specified in the contract) after acceptance of the services or materials last delivered under this contract, the Government may require the Contractor to replace or correct services or materials that at time of delivery failed to meet contract requirements. Except as otherwise specified in paragraph (a)(6) of this clause, the cost of replacement or correction shall be determined under paragraph (i) of this clause, but the "hourly rate" for labor hours incurred in the replacement or correction shall be reduced to exclude that portion of the rate attributable to profit. Unless otherwise specified below, the portion of the "hourly rate" attributable to profit shall be 10 percent. The Contractor shall not tender for acceptance materials and services required to be replaced or corrected without disclosing the former requirement for replacement or correction, and, when required, shall disclose the corrective action taken.

(5)(i) If the Contractor fails to proceed with reasonable promptness to perform required replacement or correction, and if the replacement or correction can be performed within the ceiling price (or the ceiling price as increased by

**10**

Exhibit 1 at 10

the Government), the Government may-
(A) By contract or otherwise, perform the replacement or correction, charge to the Contractor any increased cost, or deduct such increased cost from any amounts paid or due under this contract; or
(B) Terminate this contract for cause.
(ii) Failure to agree to the amount of increased cost to be charged to the Contractor shall be a dispute under the Disputes clause of the contract.

(6) Notwithstanding paragraphs (a)(4) and (5) above, the Government may at any time require the Contractor to remedy by correction or replacement, without cost to the Government, any failure by the Contractor to comply with the requirements of this contract, if the failure is due to-
(i) Fraud, lack of good faith, or willful misconduct on the part of the Contractor's managerial personnel; or
(ii) The conduct of one or more of the Contractor's employees selected or retained by the Contractor after any of the Contractor's managerial personnel has reasonable grounds to believe that the employee is habitually careless or unqualified.

(7) This clause applies in the same manner and to the same extent to corrected or replacement materials or services as to materials and services originally delivered under this contract.

(8) The Contractor has no obligation or liability under this contract to correct or replace materials and services that at time of delivery do not meet contract requirements, except as provided in this clause or as may be otherwise specified in the contract.

(9) Unless otherwise specified in the contract, the Contractor's obligation to correct or replace Government-furnished property shall be governed by the clause pertaining to Government property.

(e) *Definitions.* (1) The clause at FAR 52.202-1, Definitions, is incorporated herein by reference. As used in this clause-
(i) "Direct materials" means those materials that enter directly into the end product, or that are used or consumed directly in connection with the furnishing of the end product or service.

(ii) "Hourly rate" means the rate(s) prescribed in the contract for payment for labor that meets the labor category qualifications of a labor category specified in the contract that are-
(A) Performed by the contractor;
(B) Performed by the subcontractors; or
(C) Transferred between divisions, subsidiaries, or affiliates of the contractor under a common control.

(iii) "Materials" means-
(A) Direct materials, including supplies transferred between divisions, subsidiaries, or affiliates of the contractor under a common control;
(B) Subcontracts for supplies and incidental services for which there is not a labor category specified in the contract;
(C) Other direct costs (*e.g.*, incidental services for which there is not a labor category specified in the contract, travel, computer usage charges, etc.);
(D) The following subcontracts for services which are specifically excluded from the hourly rate: [*Insert any subcontracts for services to be excluded from the hourly rates prescribed in the schedule.*]; and
(E) Indirect costs specifically provided for in this clause.

(iv) "Subcontract" means any contract, as defined in FAR subpart 2.1, entered into with a subcontractor to furnish supplies or services for performance of the prime contract or a subcontract including transfers between divisions, subsidiaries, or affiliates of a contractor or subcontractor. It includes, but is not limited to, purchase orders, and changes and modifications to purchase orders.

Exhibit 1 at 11

(i) *Payments.* (1) *Work performed.* The Government will pay the Contractor as follows upon the submission of commercial invoices approved by the Contracting Officer:

(i) *Hourly rate.*
(A) The amounts shall be computed by multiplying the appropriate hourly rates prescribed in the contract by the number of direct labor hours performed. Fractional parts of an hour shall be payable on a prorated basis.
(B) The rates shall be paid for all labor performed on the contract that meets the labor qualifications specified in the contract. Labor hours incurred to perform tasks for which labor qualifications were specified in the contract will not be paid to the extent the work is performed by individuals that do not meet the qualifications specified in the contract, unless specifically authorized by the Contracting Officer.
(C) Invoices may be submitted once each month (or at more frequent intervals, if approved by the Contracting Officer) to the Contracting Officer or the authorized representative.
(D) When requested by the Contracting Officer or the authorized representative, the
Contractor shall substantiate invoices (including any subcontractor hours reimbursed at the hourly rate in the schedule) by evidence of actual payment, individual daily job timecards, records that verify the employees meet the qualifications for the labor categories specified in the contract, or other substantiation specified in the contract.
(E) Unless the Schedule prescribes otherwise, the hourly rates in the Schedule shall not be varied by virtue of the Contractor having performed work on an overtime basis.
(*1*) If no overtime rates are provided in the Schedule and the Contracting Officer approves overtime work in advance, overtime rates shall be negotiated.
(*2*) Failure to agree upon these overtime rates shall be treated as a dispute under the Disputes clause of this contract.
(*3*) If the Schedule provides rates for overtime, the premium portion of those rates will be reimbursable only to the extent the overtime is approved by the Contracting Officer.

(ii) *Materials.*
(A) If the Contractor furnishes materials that meet the definition of a commercial product at FAR 2.101, the price to be paid for such materials shall not exceed the Contractor's established catalog or market price, adjusted to reflect the-
(*1*) Quantities being acquired; and
(*2*) Any modifications necessary because of contract requirements.

(B) Except as provided for in paragraph (i)(1)(ii)(A) and (D)(2) of this clause, the Government will reimburse the Contractor the actual cost of materials (less any rebates, refunds, or discounts received by the contractor that are identifiable to the contract) provided the Contractor-
(1) Has made payments for materials in accordance with the terms and conditions of the agreement or invoice; or
(2) Makes these payments within 30 days of the submission of the Contractor's payment request to the Government and such payment is in accordance with the terms and conditions of the agreement or invoice.

(C) To the extent able, the Contractor shall-
(1) Obtain materials at the most advantageous prices available with due regard to securing prompt delivery of satisfactory materials; and
(2) Give credit to the Government for cash and trade discounts, rebates, scrap, commissions, and other amounts that are identifiable to the contract.

(D) *Other Costs.* Unless listed below, other direct and indirect costs will not be reimbursed.
(1) *Other Direct Costs.* The Government will reimburse the Contractor on the basis of actual cost for the following, provided such costs comply with the requirements in paragraph (i)(1)(ii)(B) of this clause: **TRAVEL**
(2) *Indirect Costs (Material Handling, Subcontract Administration, etc.).* The Government will reimburse the Contractor for indirect costs on a pro-rata basis over the period of contract performance at the following fixed price:

Exhibit 1 at 12

*$0*

(2) *Total cost.* It is estimated that the total cost to the Government for the performance of this contract shall not exceed the ceiling price set forth in the Schedule and the Contractor agrees to use its best efforts to perform the work specified in the Schedule and all obligations under this contract within such ceiling price. If at any time the Contractor has reason to believe that the hourly rate payments and material costs that will accrue in performing this contract in the next succeeding 30 days, if added to all other payments and costs previously accrued, will exceed 85 percent of the ceiling price in the Schedule, the Contractor shall notify the Contracting Officer giving a revised estimate of the total price to the Government for performing this contract with supporting reasons and documentation. If at any time during the performance of this contract, the Contractor has reason to believe that the total price to the Government for performing this contract will be substantially greater or less than the then stated ceiling price, the Contractor shall so notify the Contracting Officer, giving a revised estimate of the total price for performing this contract, with supporting reasons and documentation. If at any time during performance of this contract, the Government has reason to believe that the work to be required in performing this contract will be substantially greater or less than the stated ceiling price, the Contracting Officer will so advise the Contractor, giving the then revised estimate of the total amount of effort to be required under the contract.

(3) *Ceiling price.* The Government will not be obligated to pay the Contractor any amount in excess of the ceiling price in the Schedule, and the Contractor shall not be obligated to continue performance if to do so would exceed the ceiling price set forth in the Schedule, unless and until the Contracting Officer notifies the Contractor in writing that the ceiling price has been increased and specifies in the notice a revised ceiling that shall constitute the ceiling price for performance under this contract. When and to the extent that the ceiling price set forth in the Schedule has been increased, any hours expended and material costs incurred by the Contractor in excess of the ceiling price before the increase shall be allowable to the same extent as if the hours expended and material costs had been incurred after the increase in the ceiling price.

(4) *Access to records.* At any time before final payment under this contract, the Contracting Officer (or authorized representative) will have access to the following (access shall be limited to the listing below unless otherwise agreed to by the Contractor and the Contracting Officer):
(i) Records that verify that the employees whose time has been included in any invoice meet the qualifications for the labor categories specified in the contract;
(ii) For labor hours (including any subcontractor hours reimbursed at the hourly rate in the schedule), when timecards are required as substantiation for payment-
(A) The original timecards (paper-based or electronic);
(B) The Contractor's timekeeping procedures;
(C) Contractor records that show the distribution of labor between jobs or contracts; and
(D) Employees whose time has been included in any invoice for the purpose of verifying that these employees have worked the hours shown on the invoices.
(iii) For material and subcontract costs that are reimbursed on the basis of actual cost-
(A) Any invoices or subcontract agreements substantiating material costs; and
(B) Any documents supporting payment of those invoices.

(5) *Overpayments/Underpayments.* Each payment previously made shall be subject to reduction to the extent of amounts, on preceding invoices, that are found by the Contracting Officer not to have been properly payable and shall also be subject to reduction for overpayments or to increase for underpayments. The Contractor shall promptly pay any such reduction within 30 days unless the parties agree otherwise. The Government within 30 days will pay any such increases, unless the parties agree otherwise. The Contractor's payment will be made by check. If the Contractor becomes aware of a duplicate invoice payment or that the Government has otherwise overpaid on an invoice payment, the Contractor shall-
(i) Remit the overpayment amount to the payment office cited in the contract along with a description of the overpayment including the-

Exhibit 1 at 13

(A) Circumstances of the overpayment (*e.g.*, duplicate payment, erroneous payment, liquidation errors, date(s) of overpayment);
(B) Affected contract number and delivery order number, if applicable;
(C) Affected line item or subline item, if applicable; and
(D) Contractor point of contact.
(ii) Provide a copy of the remittance and supporting documentation to the Contracting Officer.

(6)(i) All amounts that become payable by the Contractor to the Government under this contract shall bear simple interest from the date due until paid unless paid within 30 days of becoming due. The interest rate shall be the interest rate established by the Secretary of the Treasury, as provided in 41 U.S.C. 7109, which is applicable to the period in which the amount becomes due, and then at the rate applicable for each six month period as established by the Secretary until the amount is paid.
(ii) The Government may issue a demand for payment to the Contractor upon finding a debt is due under the contract.
(iii) *Final Decisions*. The Contracting Officer will issue a final decision as required by 33.211 if-
(A) The Contracting Officer and the Contractor are unable to reach agreement on the existence or amount of a debt in a timely manner;
(B) The Contractor fails to liquidate a debt previously demanded by the Contracting Officer within the timeline specified in the demand for payment unless the amounts were not repaid because the Contractor has requested an installment payment agreement; or
(C) The Contractor requests a deferment of collection on a debt previously demanded by the Contracting Officer (see FAR 32.607-2).
(iv) If a demand for payment was previously issued for the debt, the demand for payment included in the final decision shall identify the same due date as the original demand for payment.
(v) Amounts shall be due at the earliest of the following dates:
(A) The date fixed under this contract.
(B) The date of the first written demand for payment, including any demand for payment resulting from a default termination.
(vi) The interest charge shall be computed for the actual number of calendar days involved beginning on the due date and ending on-
(A) The date on which the designated office receives payment from the Contractor;
(B) The date of issuance of a Government check to the Contractor from which an amount otherwise payable has been withheld as a credit against the contract debt; or
(C) The date on which an amount withheld and applied to the contract debt would otherwise have become payable to the Contractor.
(vii) The interest charge made under this clause may be reduced under the procedures prescribed in FAR 32.608-2 in effect on the date of this contract.
(viii) Upon receipt and approval of the invoice designated by the Contractor as the "completion invoice" and supporting documentation, and upon compliance by the Contractor with all terms of this contract, any outstanding balances will be paid within 30 days unless the parties agree otherwise. The completion invoice, and supporting documentation, shall be submitted by the Contractor as promptly as practicable following completion of the work under this contract, but in no event later than 1 year (or such longer period as the Contracting Officer may approve in writing) from the date of completion.

(7) *Release of claims*. The Contractor, and each assignee under an assignment entered into under this contract and in effect at the time of final payment under this contract, shall execute and deliver, at the time of and as a condition precedent to final payment under this contract, a release discharging the Government, its officers, agents, and employees of and from all liabilities, obligations, and claims arising out of or under this contract, subject only to the following exceptions.
(i) Specified claims in stated amounts, or in estimated amounts if the amounts are not susceptible to exact statement by the Contractor.

**14**

Exhibit 1 at 14

(ii) Claims, together with reasonable incidental expenses, based upon the liabilities of the Contractor to third parties arising out of performing this contract, that are not known to the Contractor on the date of the execution of the release, and of which the Contractor gives notice in writing to the Contracting Officer not more than 6 years after the date of the release or the date of any notice to the Contractor that the Government is prepared to make final payment, whichever is earlier.

(iii) Claims for reimbursement of costs (other than expenses of the Contractor by reason of its indemnification of the Government against patent liability), including reasonable incidental expenses, incurred by the Contractor under the terms of this contract relating to patents.

(8) *Prompt payment*. The Government will make payment in accordance with the Prompt Payment Act ( 31 U.S.C. 3903) and prompt payment regulations at 5 CFR part 1315.

(9) *Electronic Funds Transfer (EFT)*. If the Government makes payment by EFT, see 52.212-5(b) for the appropriate EFT clause.

(10) *Discount*. In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date that appears on the payment check or the specified payment date if an electronic funds transfer payment is made.

(l) Termination for the Government's convenience. The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid an amount for direct labor hours (as defined in the Schedule of the contract) determined by multiplying the number of direct labor hours expended before the effective date of termination by the hourly rate(s) in the contract, less any hourly rate payments already made to the Contractor plus reasonable charges the Contractor can demonstrate to the satisfaction of the Government using its standard record keeping system that have resulted from the termination. The Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred that reasonably could have been avoided.

(m) Termination for cause. The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

II.     **2.217-5 EVALUATION OF OPTIONS (JUL 1990)**

II.     **2.217-7 OPTION FOR INCREASED QUANTITY-SEPARATELY PRICED LINE ITEM (MAR 1989)**

II.     **2.217-8 OPTION TO EXTEND SERVICES (NOV 1999)**

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within 7 days of order expiration.

(End of clause)

Exhibit 1 at 15

**I.    2.217-9 OPTION TO EXTEND THE TERM OF THE CONTRACT (MAR 2000)**

(a) The Government may extend the term of this contract by written notice to the Contractor within 7 days of contract expiration; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 7 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 60 months.

(End of clause)

**III.14    52.232-39 UNENFORCEABILITY OF UNAUTHORIZED OBLIGATIONS (JUN 2013)**

**II.15 52.232-40 PROVIDING ACCELERATED PAYMENTS TO SMALL BUSINESS SUBCONTRACTORS (MAR 2023)**

**II.16 52.237-7 Indemnification and Medical Liability Insurance (Jan 1997)**

(a) It is expressly agreed and understood that this is a nonpersonal services contract, as defined in Federal Acquisition Regulation (FAR) 37.101, under which the professional services rendered by the Contractor are rendered in its capacity as an independent contractor. The Government may evaluate the quality of professional and administrative services provided, but retains no control over professional aspects of the services rendered, including by example, the Contractor's professional medical judgment, diagnosis, or specific medical treatments. The Contractor shall be solely liable for and expressly agrees to indemnify the Government with respect to any liability producing acts or omissions by it or by its employees or agents. The Contractor shall maintain during the term of this contract liability insurance issued by a responsible insurance carrier of not less than the following amount(s) per specialty per occurrence: $1 million per occurrence / $ 3 million aggregate."

(b) An apparently successful offeror, upon request by the Contracting Officer, shall furnish prior to contract award evidence of its insurability concerning the medical liability insurance required by paragraph (a) of this clause.

(c) Liability insurance may be on either an occurrences basis or on a claims-made basis. If the policy is on a claims-made basis, an extended reporting endorsement (tail) for a period of not less than 3 years after the end of the contract term must also be provided.

(d) Evidence of insurance documenting the required coverage for each health care provider who will perform under this contract shall be provided to the Contracting Officer prior to the commencement of services under this contract. If the insurance is on a claims-made basis and evidence of an extended reporting endorsement is not provided prior to the commencement of services, evidence of such endorsement shall be provided to the Contracting Officer prior to the expiration of this contract. Final payment under this contract shall be withheld until evidence of the extended reporting endorsement is provided to the Contracting Officer.

(e) The policies evidencing required insurance shall also contain an endorsement to the effect that any cancellation or material change adversely affecting the Government's interest shall not be effective until 30 days after the insurer or the Contractor gives written notice to the Contracting Officer. If, during the performance period of the contract the Contractor changes insurance providers, the Contractor must provide evidence that the Government will be indemnified to the limits specified in paragraph (a) of this clause, for

Exhibit 1 at 16

the entire period of the contract, either under the new policy, or a combination of old and new policies.

(f) The Contractor shall insert the substance of this clause, including this paragraph (f), in all subcontracts under this contract for health care services and shall require such subcontractors to provide evidence of and maintain insurance in accordance with paragraph (a) of this clause. At least 5 days before the commencement of work by any subcontractor, the Contractor shall furnish to the Contracting Officer evidence of such insurance.

<div align="center">(End of clause)</div>

## II.17    52.237-3 CONTINUITY OF SERVICES (JAN 1991)

## II.18 ADVISORY CONSIDERATIONS REGARDING e-QIP

Contractors are advised that background investigation (BI) applicants currently receive 30 days to respond to a communication from the Electronic Questionnaire for Investigations Processing (e-QIP). For a contract resulting from this solicitation, the Government is changing the requirement to 72 hours or 3 days after receipt of an e-QIP invite. All other forms that are returned for corrections at any stage of the background investigation must be corrected and returned within 24 hours.

## II.19 52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS--COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (DEC 2023)

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial products and commercial services:

(1) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (Jan 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).

(2) 52.204-23, Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab Covered Entities (Dec 2023) (Section 1634 of Pub. L. 115-91).

(3) 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. (Nov 2021) (Section 889(a)(1)(A) of Pub. L. 115-232).

(4) 52.209-10, Prohibition on Contracting with Inverted Domestic Corporations (Nov 2015).

(5) 52.232-40, Providing Accelerated Payments to Small Business Subcontractors (Mar 2023) ( 31 U.S.C. 3903 and 10 U.S.C. 3801).

(6)    52.233-3, Protest After Award (Aug 1996) ( 31 U.S.C. 3553).

(7)    52.233-4, Applicable Law for Breach of Contract Claim (Oct 2004) (Public Laws 108-77 and 108-78 ( 19 U.S.C. 3805 note)).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial products and commercial services:

Exhibit 1 at 17

__ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (Jun 2020), with *Alternate I* (Nov 2021) ( 41 U.S.C. 4704 and 10 U.S.C. 4655).

__ (2) 52.203-13, Contractor Code of Business Ethics and Conduct (Nov 2021) ( 41 U.S.C. 3509)).

__ (3) 52.203-15, Whistleblower Protections under the American Recovery and Reinvestment Act of 2009 (Jun 2010) (Section 1553 of Pub. L. 111-5). (Applies to contracts funded by the American Recovery and Reinvestment Act of 2009.)

_X (4) 52.203-17, Contractor Employee Whistleblower Rights (Nov 2023) ( 41 U.S.C. 4712); this clause does not apply to contracts of DoD, NASA, the Coast Guard, or applicable elements of the intelligence community—see FAR 3.900(a).

__ (5) 52.204-10, Reporting Executive Compensation and First-Tier Subcontract Awards (Jun 2020) (Pub. L. 109-282) ( 31 U.S.C. 6101 note).

__ (6) [Reserved].

__ (7) 52.204-14, Service Contract Reporting Requirements (Oct 2016) (Pub. L. 111-117, section 743 of Div. C).

__ (8) 52.204-15, Service Contract Reporting Requirements for Indefinite-Delivery Contracts (Oct 2016) (Pub. L. 111-117, section 743 of Div. C).

_X (9) 52.204-27, Prohibition on a ByteDance Covered Application (Jun 2023) (Section 102 of Division R of Pub. L. 117-328).

__ (10) 52.204-28, Federal Acquisition Supply Chain Security Act Orders—Federal Supply Schedules, Governmentwide Acquisition Contracts, and Multi-Agency Contracts. (Dec 2023) ( Pub. L. 115–390, title II).

__ (11)

(i) 52.204-30, Federal Acquisition Supply Chain Security Act Orders—Prohibition. (Dec 2023) ( Pub. L. 115–390, title II).

__ (ii) Alternate I (Dec 2023) of 52.204–30.

__ (12) 52.209-6, Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment. (Nov 2021) ( 31 U.S.C. 6101 note).

__ (13) 52.209-9, Updates of Publicly Available Information Regarding Responsibility Matters (Oct 2018) ( 41 U.S.C. 2313).

__ (14) [Reserved].

__ (15) 52.219-3, Notice of HUBZone Set-Aside or Sole-Source Award (Oct 2022) ( 15 U.S.C. 657a).

__ (16) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Oct 2022) (if the offeror elects to waive the preference, it shall so indicate in its offer) ( 15 U.S.C. 657a).

__ (17) [Reserved]

__ (18)

(i) 52.219-6, Notice of Total Small Business Set-Aside (Nov 2020) ( 15 U.S.C. 644).

__ (ii) Alternate I (Mar 2020) of 52.219-6.

__ (19)

(i) 52.219-7, Notice of Partial Small Business Set-Aside (Nov 2020) ( 15 U.S.C. 644).

__ (ii) Alternate I (Mar 2020) of 52.219-7.

__ (20) 52.219-8, Utilization of Small Business Concerns (Sep 2023) ( 15 U.S.C. 637(d)(2) and (3)).

__ (21)

(i) 52.219-9, Small Business Subcontracting Plan (Sep 2023) ( 15 U.S.C. 637(d)(4)).

__ (ii) Alternate I (Nov 2016) of 52.219-9.

__ (iii) Alternate II (Nov 2016) of 52.219-9.

__ (iv) Alternate III (Jun 2020) of 52.219-9.

__ (v) Alternate IV (Sep 2023) of 52.219-9.

__ (22)

(i) 52.219-13, Notice of Set-Aside of Orders (Mar 2020) ( 15 U.S.C. 644(r)).

__ (ii) Alternate I (Mar 2020) of 52.219-13.

__ (23) 52.219-14, Limitations on Subcontracting (Oct 2022) ( 15 U.S.C. 637s).

Exhibit 1 at 18

__ (24) 52.219-16, Liquidated Damages—Subcontracting Plan (Sep 2021) ( 15 U.S.C. 637(d)(4)(F)(i)).
__ (25) 52.219-27, Notice of Service-Disabled Veteran-Owned Small Business Set-Aside (Oct 2022)
( 15 U.S.C. 657f).
__ (26)
(i) 52.219-28, Post Award Small Business Program Rerepresentation (Sep 2023)( 15 U.S.C. 632(a)(2)).
__ (ii) Alternate I (Mar 2020) of 52.219-28.
__ (27) 52.219-29, Notice of Set-Aside for, or Sole-Source Award to, Economically Disadvantaged Women-
Owned Small Business Concerns (Oct 2022) ( 15 U.S.C. 637(m)).
__ (28) 52.219-30, Notice of Set-Aside for, or Sole-Source Award to, Women-Owned Small Business Concerns
Eligible Under the Women-Owned Small Business Program (Oct 2022) ( 15 U.S.C. 637(m)).
__ (29) 52.219-32, Orders Issued Directly Under Small Business Reserves (Mar 2020) ( 15 U.S.C. 644(r)).
__ (30) 52.219-33, Nonmanufacturer Rule (Sep 2021) ( 15U.S.C. 637(a)(17)).
__ (31) 52.222-3, Convict Labor (Jun 2003) (E.O.11755).
__ (32) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (Nov 2023) .
__ (33) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).
__ (34)
(i) 52.222-26, Equal Opportunity (Sep 2016) (E.O.11246).
__ (ii) Alternate I (Feb 1999) of 52.222-26.
__ (35)
(i) 52.222-35, Equal Opportunity for Veterans (Jun 2020) ( 38 U.S.C. 4212).
__ (ii) Alternate I (Jul 2014) of 52.222-35.
__ (36)
(i) 52.222-36, Equal Opportunity for Workers with Disabilities (Jun 2020) ( 29 U.S.C. 793).
__ (ii) Alternate I (Jul 2014) of 52.222-36.
__ (37) 52.222-37, Employment Reports on Veterans (Jun 2020) ( 38 U.S.C. 4212).
__ (38) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O.
13496).
__ (39)
(i) 52.222-50, Combating Trafficking in Persons (Nov 2021) ( 22 U.S.C. chapter 78 and E.O. 13627).
__ (ii) Alternate I (Mar 2015) of 52.222-50 ( 22 U.S.C. chapter 78 and E.O. 13627).
__ (40) 52.222-54, Employment Eligibility Verification (May 2022) (Executive Order 12989). (Not applicable to
the acquisition of commercially available off-the-shelf items or certain other types of commercial
products or commercial services as prescribed in FAR 22.1803.)
__ (41)
(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA–Designated Items (May 2008)
( 42 U.S.C. 6962(c)(3)(A)(ii)). (Not applicable to the acquisition of commercially available off-the-shelf items.)
__ (ii) Alternate I (May 2008) of 52.223-9 ( 42 U.S.C. 6962(i)(2)(C)). (Not applicable to the acquisition of
commercially available off-the-shelf items.)
__ (42) 52.223-11, Ozone-Depleting Substances and High Global Warming Potential Hydrofluorocarbons (Jun
2016) (E.O. 13693).
__ (43) 52.223-12, Maintenance, Service, Repair, or Disposal of Refrigeration Equipment and Air
Conditioners (Jun 2016) (E.O. 13693).
__ (44)
(i) 52.223-13, Acquisition of EPEAT®-Registered Imaging Equipment (Jun 2014) (E.O.s 13423 and 13514).
__ (ii) Alternate I (Oct 2015) of 52.223-13.
__ (45)
(i) 52.223-14, Acquisition of EPEAT®-Registered Televisions (Jun 2014) (E.O.s 13423 and 13514).
__ (ii) Alternate I (Jun2014) of 52.223-14.
__ (46) 52.223-15, Energy Efficiency in Energy-Consuming Products (May 2020) ( 42 U.S.C. 8259b).
__ (47)
(i) 52.223-16, Acquisition of EPEAT®-Registered Personal Computer Products (Oct 2015) (E.O.s 13423 and

13514).

__ (ii) Alternate I (Jun 2014) of 52.223-16.

__ (48) 52.223-18, Encouraging Contractor Policies to Ban Text Messaging While Driving (Jun 2020) (E.O. 13513).

__ (49) 52.223-20, Aerosols (Jun 2016) (E.O. 13693).

__ (50) 52.223-21, Foams (Jun2016) (E.O. 13693).

__ (51)

(i) 52.224-3 Privacy Training (Jan 2017) (5 U.S.C. 552 a).

__ (ii) Alternate I (Jan 2017) of 52.224-3.

__ (52)

(i) 52.225-1, Buy American-Supplies (Oct 2022) ( 41 U.S.C. chapter 83).

__ (ii) Alternate I (Oct 2022) of 52.225-1.

__ (53)

(i) 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act (NOV 2023) ( 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, 19 U.S.C. 3805 note, 19 U.S.C. 4001 note, 19 U.S.C. chapter 29 (sections 4501-4732), Public Law 103-182, 108-77, 108-78, 108-286, 108-302, 109-53, 109-169, 109-283, 110-138, 112-41, 112-42, and 112-43.

__ (ii) Alternate I [Reserved].

__ (iii) Alternate II (Dec 2022) of 52.225-3.

__ (iv) Alternate III (NOV 2023) of 52.225-3.

__ (v) Alternate IV (Oct 2022) of 52.225-3.

__ (54) 52.225-5, Trade Agreements (NOV 2023) ( 19 U.S.C. 2501, *et seq*., 19 U.S.C. 3301 note).

__ (55) 52.225-13, Restrictions on Certain Foreign Purchases (Feb 2021) (E.O.'s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

__ (56) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. Subtitle A, Part V, Subpart G Note).

__ (57) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (Nov 2007) ( 42 U.S.C. 5150).

__ (58) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (Nov2007) ( 42 U.S.C. 5150).

__ (59) 52.229-12, Tax on Certain Foreign Procurements (Feb 2021).

__ (60) 52.232-29, Terms for Financing of Purchases of Commercial Products and Commercial Services (Nov 2021) ( 41 U.S.C. 4505, 10 U.S.C. 3805).

__ (61) 52.232-30, Installment Payments for Commercial Products and Commercial Services (Nov 2021) ( 41 U.S.C. 4505, 10 U.S.C. 3805).

__ (62) 52.232-33, Payment by Electronic Funds Transfer-System for Award Management (Oct2018) ( 31 U.S.C. 3332).

__ (63) 52.232-34, Payment by Electronic Funds Transfer-Other than System for Award Management (Jul 2013) ( 31 U.S.C. 3332).

__ (64) 52.232-36, Payment by Third Party (May 2014) ( 31 U.S.C. 3332).

__ (65) 52.239-1, Privacy or Security Safeguards (Aug 1996) ( 5 U.S.C. 552a).

__ (66) 52.242-5, Payments to Small Business Subcontractors (Jan 2017) ( 15 U.S.C. 637(d)(13)).

__ (67)

(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Nov 2021) ( 46 U.S.C. 55305 and 10 U.S.C. 2631).

__ (ii) Alternate I (Apr 2003) of 52.247-64.

__ (iii) Alternate II (Nov 2021) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial products and commercial services: [*Contracting Officer check as appropriate.*]

Exhibit 1 at 20

__ (1) 52.222-41, Service Contract Labor Standards (Aug 2018) ( 41 U.S.C. chapter67).
__ (2) 52.222-42, Statement of Equivalent Rates for Federal
Hires (May 2014) ( 29 U.S.C. 206 and 41 U.S.C. chapter 67).
__ (3) 52.222-43, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (Multiple Year and Option Contracts) (Aug 2018) ( 29 U.S.C. 206 and 41 U.S.C. chapter 67).
__ (4) 52.222-44, Fair Labor Standards Act and Service Contract Labor Standards-Price Adjustment (May 2014) ( 29U.S.C.206 and 41 U.S.C. chapter 67).
__ (5) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (May 2014) ( 41 U.S.C. chapter 67).
__ (6) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (May 2014) ( 41 U.S.C. chapter 67).
__ (7) 52.222-55, Minimum Wages for Contractor Workers Under Executive Order 14026 (Jan 2022).
__ (8) 52.222-62, Paid Sick Leave Under Executive Order 13706 (Jan 2022) (E.O. 13706).
__ (9) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (Jun 2020) ( 42 U.S.C. 1792).

(d) *Comptroller General Examination of Record*. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, as defined in FAR 2.101, on the date of award of this contract, and does not contain the clause at 52.215-2, Audit and Records-Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)
(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in this paragraph (e)(1), in a subcontract for commercial products or commercial services. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-
(i) 52.203-13, Contractor Code of Business Ethics and Conduct (Nov 2021) ( 41 U.S.C. 3509).
(ii) 52.203-17, Contractor Employee Whistleblower Rights (Nov 2023) ( 41 U.S.C. 4712).
(iii) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (Jan 2017) (section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions)).
(iv) 52.204-23, Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab Covered Entities (Dec 2023) (Section 1634 of Pub. L. 115-91).
(v) 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. (Nov 2021) (Section 889(a)(1)(A) of Pub. L. 115-232).
(vi) 52.204-27, Prohibition on a ByteDance Covered Application (Jun 2023) (Section 102 of Division R of Pub. L.

Exhibit 1 at 21

117-328).

(vii)

(A) 52.204–30, Federal Acquisition Supply Chain Security Act Orders—Prohibition. (Dec 2023) ( Pub. L. 115–390, title II).

(B) Alternate I (Dec 2023) of 52.204–30.

(viii) 52.219-8, Utilization of Small Business Concerns (Sep 2023) ( 15 U.S.C. 637(d)(2) and 3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds the applicable threshold specified in FAR 19.702(a) on the date of subcontract award, the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ix) 52.222-21, Prohibition of Segregated Facilities (Apr 2015).

(x) 52.222-26, Equal Opportunity (Sep 2015) (E.O.11246).

(xi) 52.222-35, Equal Opportunity for Veterans (Jun 2020) ( 38 U.S.C. 4212).

(xii) 52.222-36, Equal Opportunity for Workers with Disabilities (Jun 2020) ( 29 U.S.C. 793).

(xiii) 52.222-37, Employment Reports on Veterans (Jun 2020) ( 38 U.S.C. 4212).

(xiv) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496). Flow down required in accordance with paragraph (f) of FAR clause 52.222-40.

(xv) 52.222-41, Service Contract Labor Standards (Aug 2018) ( 41 U.S.C. chapter 67).

(xvi)

(A) 52.222-50, Combating Trafficking in Persons (Nov 2021) ( 22 U.S.C. chapter 78 and E.O 13627).

(B) Alternate I (Mar 2015) of 52.222-50 ( 22 U.S.C. chapter 78 and E.O. 13627).

(xvii) 52.222-51, Exemption from Application of the Service Contract Labor Standards to Contracts for Maintenance, Calibration, or Repair of Certain Equipment-Requirements (May 2014) ( 41 U.S.C. chapter 67).

(xviii) 52.222-53, Exemption from Application of the Service Contract Labor Standards to Contracts for Certain Services-Requirements (May 2014) ( 41 U.S.C. chapter 67).

(xix) 52.222-54, Employment Eligibility Verification (May 2022) (E.O. 12989).

(xx) 52.222-55, Minimum Wages for Contractor Workers Under Executive Order 14026 (Jan 2022).

(xxi) 52.222-62, Paid Sick Leave Under Executive Order 13706 (Jan 2022) (E.O. 13706).

(xxii)

(A) 52.224-3, Privacy Training (Jan 2017) ( 5 U.S.C. 552a).

(B) Alternate I (Jan 2017) of 52.224-3.

(xxiii) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. Subtitle A, Part V, Subpart G Note).

(xxiv) 52.226-6, Promoting Excess Food Donation to Nonprofit Organizations (Jun 2020) ( 42 U.S.C. 1792). Flow down required in accordance with paragraph (e) of FAR clause 52.226-6.

(xxv) 52.232-40, Providing Accelerated Payments to Small Business Subcontractors (Mar 2023) ( 31 U.S.C. 3903 and 10 U.S.C. 3801). Flow down required in accordance with paragraph (c) of 52.232-40.

(xxvi) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Nov 2021) ( 46 U.S.C. 55305 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the Contractor may include in its subcontracts for commercial products and commercial services a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

## II.20 HSAR 52.252-6 AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of (DEVIATION) after the date of the clause.

(b) The use in this solicitation or contract of any HSAR clause with an authorized deviation is indicated by

Exhibit 1 at 22

the addition of (DEVIATION) after the name of the regulation.

(End of clause)

**II.21    52.212-70 CONTRACT TERMS AND CONDITIONS APPLICABLE TO DHS ACQUISITION OF COMMERCIAL ITEMS (July 2023)**

The Contractor agrees to comply with any provision or clause that is incorporated herein by reference to implement agency policy applicable to acquisition of commercial items or components. The provision or clause in effect based on the applicable regulation cited on the date the solicitation is issued applies unless otherwise stated herein. The following provisions and clauses are incorporated by reference: [The Contracting Officer should either check the provisions and clauses that apply or delete the provisions and clauses that do not apply from the list. The Contracting Officer may add the date of the provision or clause if desired for clarity.]

(a) *Provisions.*
_____3052.216-70 Evaluation of Offers Subject to An Economic Price Adjustment Clause.
_____3052.219-72 Evaluation of Prime Contractor Participation in the DHS Mentor Protégé Program.
_____3052.247-70 F.o.B. Origin Information.
_____Alternate I
_____Alternate II
_____3052.247-71 F.o.B. Origin Only.
_X_3052.247-72 F.o.B. Destination Only.

(b) *Clauses.*

_X_3052.203-70 Instructions for Contractor Disclosure of Violations.
_X_3052.204–71 Contractor Employee Access.
_X_Alternate I
_____Alternate II

_X___3052.204–72 Safeguarding of Controlled Unclassified Information.

_X___Alternate I

_X___3052.204–73 Notification and Credit Monitoring Requirements for Personally Identifiable Information Incidents."
_X___3052.205-70 Advertisement, Publicizing Awards, and Releases.
_X___Alternate I
_X_3052.209-72 Organizational Conflicts of Interest.
_X_3052.209-73 Limitation on Future Contracting.
_X_3052.215-70 Key Personnel or Facilities.

| Product Description | Key Personnel |
|---|---|
| National Patient Safety Risk Manager | Yes |
| National Accounting and Budget Manager | Yes |
| National HR Manager | Yes |
| National Medical Director | Yes |
| National Patient Safety Quality Management Director | Yes |
| National Program Director | Yes |

Exhibit 1 at 23

| National Security and Background Investigation Manager | Yes |
|---|---|

_____3052.216-71 Determination of Award Fee.
_____3052.216-72 Performance Evaluation Plan.
_____3052.216-73 Distribution of Award Fee.
_____3052.217-91 Performance. (USCG)
_____3052.217-92 Inspection and Manner of Doing Work. (USCG)
_____3052.217.93 Subcontracts. (USCG)
_____3052.217.94 Lay Days. (USCG)
_____3052.217-95 Liability and Insurance. (USCG)
_____3052.217-96 Title. (USCG)
_____3052.217.97 Discharge of Liens. (USCG)
_____3052.217-98 Delays. (USCG)
_____3052.217-99 Department of Labor Safety and Health Regulations for Ship Repair. (USCG)
_____3052.217-100 Guarantee. (USCG)
_X__3052.219-71 DHS Mentor Protégé Program.
_X__3052.228-70 Insurance.
_____3052.228-90 Notification of Miller Act Payment Bond Protection. (USCG)
_____3052.228-91 Loss of or Damage to Leased Aircraft. (USCG)
_____3052.228.92 Fair Market Value of Aircraft. (USCG)
_____3052.228-93 Risk and Indemnities. (USCG)
_____3052.236-70 Special Provisions for Work at Operating Airports.
_X__3052.242-72 Contracting Officer's Representative.

<p align="center">(End of clause)</p>

## II.22 52.204-23 - PROHIBITION ON CONTRACTING FOR HARDWARE, SOFTWARE, AND SERVICES DEVELOPED OR PROVIDED BY KASPERSKY LAB AND OTHER COVERED ENTITIES (DEVIATION 20-05)

(a) Definitions. As used in this clause --

"*Covered article*" means any hardware, software, or service that –

    (1) Is developed or provided by a covered entity;

    (2) Includes any hardware, software, or service developed or provided in whole or in part by a covered entity; or

    (3) Contains components using any hardware or software developed in whole or in part by a covered entity.

"*Covered entity*" means --

    (1) Kaspersky Lab;

    (2) Any successor entity to Kaspersky Lab;

    (3) Any entity that controls, is controlled by, or is under common control with Kaspersky Lab; or

    (4) Any entity of which Kaspersky Lab has a majority ownership.

Exhibit 1 at 24

(b) *Prohibition*. Section 1634 of Division A of the National Defense Authorization Act for Fiscal Year 2018 (Pub. L. 115-91) prohibits Government use of any covered article. The Contractor is prohibited from --

(1) Providing any covered article that the Government will use on or after October 1, 2018; and

(2) Using any covered article on or after October 1, 2018, in the development of data or deliverables first produced in the performance of the contract.

(c) *Reporting requirement*.

(1) In the event the Contractor identifies covered article provided to the Government during contract performance, or the Contractor is notified of such by a subcontractor at any tier or by any other source, the Contractor shall report, in writing, via email, to the Contracting Officer, Contracting Officer's Representative, and the Enterprise Security Operations Center (SOC) at NDAA_Incidents@hq.dhs.gov, with required information in the body of the email. In the case of the Department of Defense, the Contractor shall report to the website at https://dibnet.dod.mil. For indefinite delivery contracts, the Contractor shall report to the Enterprise SOC, Contracting Officer for the indefinite delivery contract and the Contracting Page 5 of 8 Officer(s) and Contracting Officer's Representative(s) for any affected order or, in the case of the Department of Defense, identify both the indefinite delivery contract and any affected orders in the report provided at https://dibnet.dod.mil.

(2) The Contractor shall report the following information pursuant to paragraph (c)(1) of this clause:

(i) Within 1 business day from the date of such identification or notification: the contract number; the order number(s), if applicable; supplier name; brand; model number (Original Equipment Manufacturer (OEM) number, manufacturer part number, or wholesaler number); item description; and any readily available information about mitigation actions undertaken or recommended.

(ii) Within 10 business days of submitting the report pursuant to paragraph (c)(1) of this clause: any further available information about mitigation actions undertaken or recommended. In addition, the

Contractor shall describe the efforts it undertook to prevent use or submission of a covered article, any reasons that led to the use or submission of the covered article, and any additional efforts that will be incorporated to prevent future use or submission of covered articles.

(c) *Subcontracts*. The Contractor shall insert the substance of this clause, including this paragraph (d), in all subcontracts, including subcontracts for the acquisition of commercial items.

(End of clause)

## II.23 52.204-25 PROHIBITION ON CONTRACTING FOR CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT (DEVIATION 20-05) (DEC 2020)

(a) *Definitions*. As used in this clause --

"*Backhaul*" means intermediate links between the core network, or backbone network, and the small subnetworks at the edge of the network (e.g., connecting cell phones/towers to the core telephone network). Backhaul can be wireless (e.g., microwave) or wired (e.g., fiber optic, coaxial cable, Ethernet).

Exhibit 1 at 25

"*Covered foreign country*" means The People's Republic of China.

"*Covered telecommunications equipment or services*" means --

(1) Telecommunications equipment produced by Huawei Technologies Company or ZTE Corporation (or any subsidiary or affiliate of such entities);

(2) For the purpose of public safety, security of Government facilities, physical security surveillance of critical infrastructure, and other national security purposes, video surveillance and telecommunications equipment produced by Hytera Communications Corporation, Hangzhou Hikvision Digital Technology Company, or Dahua Technology Company (or any subsidiary or affiliate of such entities);

(3) Telecommunications or video surveillance services provided by such entities or using such equipment; or

Telecommunications or video surveillance equipment or services produced or provided by an entity that the Secretary of Defense, in consultation with the Director of National Intelligence or the Director of the Federal Bureau of Investigation, reasonably believes to be an entity owned or controlled by, or otherwise connected to, the government of a covered foreign country.

"*Critical technology*" means --

(1) Defense articles or defense services included on the United States Munitions List set forth in the International Traffic in Arms Regulations under subchapter M of chapter I of title 22, Code of Federal Regulations;

(2) Items included on the Commerce Control List set forth in Supplement No. 1 to part 774 of the Export Administration Regulations under subchapter C of chapter VII of title 15, Code of Federal Regulations, and controlled --

   (i)  Pursuant to multilateral regimes, including for reasons relating to national security, chemical and biological weapons proliferation, nuclear nonproliferation, or missile technology; or

   (ii) For reasons relating to regional stability or surreptitious listening;

(3) Specially designed and prepared nuclear equipment, parts and components, materials, software, and technology covered by part 810 of title 10, Code of Federal Regulations (relating to assistance to foreign atomic energy activities);

(4) Nuclear facilities, equipment, and material covered by part 110 of title 10, Code of Federal Regulations (relating to export and import of nuclear equipment and material);

(5) Select agents and toxins covered by part 331 of title 7, Code of Federal Regulations, part 121 of title 9 of such Code, or part 73 of title 42 of such Code; or

(6) Emerging and foundational technologies controlled pursuant to section 1758 of the Export Control Reform Act of 2018 (50 U.S.C. 4817).

Exhibit 1 at 26

"*Interconnection arrangements*" means arrangements governing the physical connection of two or more networks to allow the use of another's network to hand off traffic where it is ultimately delivered (e.g., connection of a customer of telephone provider A to a customer of telephone company B) or sharing data and other information resources.

"*Reasonable inquiry*" means an inquiry designed to uncover any information in the entity's possession about the identity of the producer or provider of covered telecommunications equipment or services used by the entity that excludes the need to include an internal or third-party audit.

"*Roaming*" means cellular communications services (e.g., voice, video, data) received from a visited network when unable to connect to the facilities of the home network either because signal coverage is too weak or because traffic is too high.

"*Substantial or essential component*" means any component necessary for the proper function or performance of a piece of equipment, system, or service.

(b) *Prohibition*.

(1) Section 889(a)(1)(A) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2019, from procuring or obtaining, or extending or renewing a contract to procure or obtain, any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. The Contractor is prohibited from providing to the Government any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system, unless an exception at paragraph (c) of this clause applies or the covered telecommunication equipment or services are covered by a waiver described in FAR 4.2104.

(2) Section 889(a)(1)(B) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2020, from entering into a contract, or extending or renewing a contract, with an entity that uses any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system, unless an exception at paragraph (c) of this clause applies or the covered telecommunication equipment or services are covered by a waiver described in FAR 4.2104. This prohibition applies to the use of covered telecommunications equipment or services, regardless of whether that use is in performance of work under a Federal contract.

(c) *Exceptions*. This clause does not prohibit contractors from providing --

(1) A service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

(2) Telecommunications equipment that cannot route or redirect user data traffic or permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(d) *Reporting requirement*.

(1) In the event the Contractor identifies covered telecommunications equipment or services used as a substantial or essential component of any system, or as critical technology as part of any system,

Exhibit 1 at 27

during contract performance, or the Contractor is notified of such by a subcontractor at any tier or by any other source, the Contractor shall report the information in paragraph (d)(2) of this clause in writing via email to the Contracting Officer, Contracting Officer's Representative, and the Network Operations Security Center (NOSC) at NDAA_Incidents@hq.dhs.gov, with required information in the body of the email. In the case of the Department of Defense, the Contractor shall report to the website at https://dibnet.dod.mil. For indefinite delivery contracts, the Contractor shall report to the NOSC, Contracting Officer for the indefinite delivery contract and the Contracting Officer(s) and Contracting Officer's Representative(s) for any affected order or, in the case of the Department of Defense, identify both the indefinite delivery contract and any affected orders in the report provided at https://dibnet.dod.mil.

(2) The Contractor shall report the following information pursuant to paragraph (d)(1) of this clause --

    (i)  Within one business day from the date of such identification or notification: the contract number; the order number(s), if applicable; supplier name; supplier unique entity identifier (if known); supplier Commercial and Government Entity (CAGE) code (if known); brand; model number (original equipment manufacturer number, manufacturer part number, or wholesaler number); item description; and any readily available information about mitigation actions undertaken or recommended.

    (ii) Within 10 business days of submitting the information in paragraph (d)(2)(i) of this clause: any further available information about mitigation actions undertaken or recommended. In addition, the Contractor shall describe the efforts it undertook to prevent use or submission of covered telecommunications equipment or services, and any additional efforts that will be incorporated to prevent future use or submission of covered telecommunications equipment or services.

(e) *Subcontracts*. The Contractor shall insert the substance of this clause, including this paragraph (e) and excluding paragraph (b)(2), in all subcontracts and other contractual instruments, including subcontracts for the acquisition of commercial items.

(End of clause)

## II.24 52.222-19 CHILD LABOR -- COOPERATION WITH AUTHORITIES AND REMEDIES (Nov 2023)

(a) *Applicability*. This clause does not apply to the extent that the Contractor is supplying end products mined, produced, or manufactured in-

(1) Israel, and the anticipated value of the acquisition is $50,000 or more;
(2) Mexico, and the anticipated value of the acquisition is $92,319 or more; or
(3) Armenia, Aruba, Australia, Austria, Belgium, Bulgaria, Canada, Croatia, Cyprus, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hong Kong, Hungary, Iceland, Ireland, Italy, Japan, Korea, Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Moldova, Montenegro, Netherlands, New Zealand, North Macedonia, Norway, Poland, Portugal, Romania, Singapore, Slovak Republic, Slovenia, Spain, Sweden, Switzerland, Taiwan, Ukraine, or the United Kingdom and the anticipated value of the acquisition is $183,000 or more.

(b) *Cooperation with Authorities*. To enforce the laws prohibiting the manufacture or importation of products mined, produced, or manufactured by forced or indentured child labor, authorized officials may need to conduct investigations to determine whether forced or indentured child labor was used to mine, produce, or manufacture any product furnished under this contract. If the solicitation includes the provision 52.222-18, Certification Regarding Knowledge of Child Labor for Listed End Products, or the equivalent at 52.212-3(i), the Contractor

Exhibit 1 at 28

agrees to cooperate fully with authorized officials of the contracting agency, the Department of the Treasury, or the Department of Justice by providing reasonable access to records, documents, persons, or premises upon reasonable request by the authorized officials.

(c) *Violations*. The Government may impose remedies set forth in paragraph (d) for the following violations:

(1) The Contractor has submitted a false certification regarding knowledge of the use of forced or indentured child labor for listed end products.
(2) The Contractor has failed to cooperate, if required, in accordance with paragraph (b) of this clause, with an investigation of the use of forced or indentured child labor by an Inspector General, Attorney General, or the Secretary of the Treasury.
(3) The Contractor uses forced or indentured child labor in its mining, production, or manufacturing processes.
(4) The Contractor has furnished under the contract end products or components that have been mined, produced, or manufactured wholly or in part by forced or indentured child labor. (The Government will not pursue remedies at paragraph (d)(2) or paragraph (d)(3) of this clause unless sufficient evidence indicates that the Contractor knew of the violation.)

(d) Remedies.

(1) The Contracting Officer may terminate the contract.
(2) The suspending official may suspend the Contractor in accordance with procedures in FAR subpart 9.4.
(3) The debarring official may debar the Contractor for a period not to exceed 3 years in accordance with the procedures in FAR subpart 9.4.

(End of clause)

## II. 25 52.222-42 STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES (MAY 2014)

In compliance with the Service Contract Labor Standards statute and the regulations of the Secretary of Labor (29 CFR part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

This Statement is for Information Only: It is not a Wage Determination

The Government included the SCLS clauses in the contract due to the nature of the services and various mix of labor personnel. The Contractor ultimately must make the determination of whether the SCLS applies to the various labor categories.

(End of clause)

## II. 26 52.224-3 PRIVACY TRAINING, ALTERNATE I (DEVIATION)

(a) *Definition*. As used in this clause, personally identifiable information means information that can be used to distinguish or trace an individual's identity, either alone or when combined with other information that is linked or linkable to a specific individual. (See Office of Management and Budget (OMB) Circular A–130, Managing Federal Information as a Strategic Resource).

(b) The Contractor shall ensure that initial privacy training, and annual privacy training thereafter, is completed by contractor employees who—

(1) Have access to a system of records;

Exhibit 1 at 29

(2) Create, collect, use, process, store, maintain, disseminate, disclose, dispose, or otherwise handle personally identifiable information on behalf of an agency; or

(3) Design, develop, maintain, or operate a system of records (see also FAR subpart 24.1 and 39.105).

(c) The contracting agency will provide initial privacy training, and annual privacy training thereafter, to Contractor employees for the duration of this contract. Contractor employees shall satisfy this requirement by completing *Privacy at DHS: Protecting Personal Information* accessible at *http://www.dhs.gov/dhs-security-and-training-requirements-contractors*. Training shall be completed within 30 days of contract award and be completed on an annual basis thereafter not later than October 31st of each year.

(d) The Contractor shall maintain and, upon request, provide documentation of completion of privacy training to the Contracting Officer.

(e) The Contractor shall not allow any employee access to a system of records, or permit any employee to create, collect, use, process, store, maintain, disseminate, disclose, dispose or otherwise handle personally identifiable information, or to design, develop, maintain, or operate a system of records unless the employee has completed privacy training, as required by this clause.

(f) The substance of this clause, including this paragraph (f), shall be included in all subcontracts under this contract, when subcontractor employees will—

(1) Have access to a system of records;

(2) Create, collect, use, process, store, maintain, disseminate, disclose, dispose, or otherwise handle personally identifiable information; or

(3) Design, develop, maintain, or operate a system of records.

(End of clause)


## II.  27 52.216-1 TYPE OF CONTRACT (APR 1984)

The Government contemplates award of a Hybrid Time-and-Materials and Firm-Fixed Price Task Order resulting from this solicitation.

[End of Clause]


## II.  28 PACKAGING, PACKING AND MARKING (MAR 2003)

Material shall be packaged, packed and marked for shipment in such a manner that will insure acceptance by common carriers and safe delivery at destination.

Packages shall be clearly identified on the outer wrapping with the contract number and delivery /task order number, if applicable.

[End of Clause]

Exhibit 1 at 30

## II. 29 TERM OF CONTRACT

Period of Performance
Base Period:                        Three (3) months from the date of award.
Option Period One:           Nine (9) months from the date of option exercise

   *For the purposes of quotation evaluation, Base Period and Option Period One will be considered a single 12-month period.

Option Period Two:          Twelve (12) months from the date of option exercise
Option Period Three:        Twelve (12) months from the date of option exercise
Option Period Four:          Twelve (12) months from the date of option exercise
Option Period Five:          Twelve (12) months from the date of option exercise

[End of Clause]

## II. 30 CONTRACTING OFFICER'S AUTHORITY (MAR 2003)

The Contracting Officer is the only person authorized to approve changes in any of the requirements of this contract. In the event the Contractor effects any changes at the direction of any person other than the Contracting Officer, the changes will be considered to have been made without authority and no adjustment will be made in the contract price to cover any increase in costs incurred as a result thereof. The Contracting Officer shall be the only individual authorized to accept nonconforming work, waive any requirement of the contract, or to modify any term or condition of the contract. The Contracting Officer is the only individual who can legally obligate Government funds. No cost chargeable to the proposed contract can be incurred before receipt of a fully executed contract or specific authorization from the Contracting Officer.

[End of Clause]

## II.31 ELECTRONIC INVOICING AND PAYMENT REQUIREMENTS - INVOICE PROCESSING PLATFORM (IPP) (AUG 2022)

Beginning April 11, 2016, payment requests for all new awards must be submitted electronically through the U.S. Department of the Treasury's Invoice Processing Platform System (IPP).

"*Payment request*" means any request for contract financing payment or invoice payment by the Contractor. To constitute a proper invoice, the payment request must comply with the requirements identified in FAR 32.905(b), "Payment documentation and process" and the applicable Prompt Payment clause included in this contract. The IPP website address is: https://www.ipp.gov.

Under this contract, the following documents are required to be submitted as an attachment to the IPP invoice [*CO to edit and include the documentation required under this contract*]*:

-Complete, accurate and printable invoice(s)
-Appropriate invoice support documents, including
1.   Timecards
2.   Receipts for any hotel, rental cars, gas, and other expenses being billed for by travelers.
3.   Medical Supplies, Equipment and Materials receipts.

The IPP was designed and developed for Contractors to enroll, access and use IPP for submitting requests for payment. Contractor assistance with enrollment can be obtained by contacting IPPCustomerSupport@fms.treas.gov or phone (866) 973-3131.

If the Contractor is unable to comply with the requirement to use IPP for submitting invoices for payment, the

Exhibit 1 at 31

Contractor must submit a waiver request in writing to the contracting officer.

(End of Clause)

**II.  32 GOVERNMENT CONSENT OF PUBLICATION/ENDORSEMENT (MAR 2003)**

Under no circumstances shall the Contractor, or anyone acting on behalf of the Contractor, refer to the supplies, services, or equipment furnished pursuant to the provisions of this contract in any news release or commercial advertising without first obtaining explicit written consent to do so from the Contracting Officer.

The Contractor agrees not to refer to awards in commercial advertising in such a manner as to state or imply that the product or service provided is endorsed or preferred by the Federal Government or is considered by the Government to be superior to other products or services.

[End of Clause]

**II.  33 CONSUMPTION-BASED CONTRACT LINE ITEM NUMBERS  (CLINs)**

Consumption-Based Contract Line Item Numbers (CLINs) represented in Solicitation Attachment titled 70B03C22Q0000081_Pricing Worksheet_0023 shall be included on the Task Orders awarded as a result of this solicitation. Requirements included within this Solicitation shall be provided in accordance with awarded Task Order terms and conditions and the terms and conditions of the awarded vendors General Services Administration (GSA), Multiple Award Schedule (MAS) 621 I, Professional and Allied Healthcare Staffing Services contract.

The table immediately below reflects the Consumption-Based CLIN structure and applicable unit of consumption for the anticipated Task Order award supporting those requirements within this Solicitation in accordance with its terms and conditions, and the terms and conditions of the GSA, MAS 621 I, Professional and Allied Healthcare Staffing Services contract. The unit of consumption to be applied to each CLIN will be supported by estimated quantities, and a not-to-exceed (NTE) total, where in accordance with the Limitation of Government's Obligation – Consumption Task Order, funds shall be obligated to the CLIN that represents the estimate of the total amount of charges that will be paid under the CLIN for its current period of performance. This amount is only an estimate. Payment will be made only for charges that are incurred based on the Government's actual consumption of services.

| Consumption CLIN | Description | Unit of Consumption |
|---|---|---|
| 0002 - 0011 | Regional Medical Services | Hour |
| 0012 | Medical Materials/Supplies/Set Up – All Locations | Unit |
| 0013 | Surge Support – All Locations | Hour |
| 0014 | Vaccination Services | Hour |
| 0015 | Additional Point of Care Testing | Hour |
| 0016 | Travel – All Locations | Trip |

Consumption CLIN structure represented above shall be replicated in all optional periods of performance to include distinct CLIN numbering.

DHS anticipates that during the Task Order period of performance of Task Order, some Regional locations may be added.  If the Offeror is required to provide in-scope performance in a new CBP Region (not covered under above noted CLINs 0001-00014), the Offeror shall submit a request for Task Order modification so that DHS may determine if prices are fair and reasonable in accordance with the terms and conditions of the Task Order and the

Exhibit 1 at 32

terms and conditions of the GSA, MAS 621 I, Professional and Allied Healthcare Staffing Services contract. If determined fair and reasonable, the awarded Task Order will be formally modified to add the new Regional location(s) and those prices mutually agreed upon by the Offeror and DHS but not to exceed the GSA, MAS 621 I, Professional and Allied Healthcare Staffing Services contract rates.

[End of Supplementary Terms and Conditions]

## II.34 PRICING PROVISIONS FOR TASK ORDER OR BLANKET PURCHASE AGREEMENT ISSUED UNDER A FEDERAL SUPPLY SCHEDULE (JUN 2005)

This task order/Blanket Purchase Agreement (BPA) is placed under the terms and conditions of the GSA Federal Supply Schedule contract identified herein. The contractor warrants that, throughout performance, the prices charged the Government shall be as low as, or lower than, those charged the contractor's most favored customers and that the Government shall never be charged more under this order than the offeror/contractor's current GSA schedule rates, or the rates contained in the task order schedule, whichever are lower.

If this order contains options for additional periods of performance, U.S. Customs & Border Protection (CBP) will invoke the option only if the offeror/contractor maintains a current GSA schedule. Unilateral options will not be invoked if the rates indicated in the task order schedule for the option are higher than current GSA schedule rates, but may be invoked bilaterally at the offeror/contractor's current GSA rates. The contractor shall provide notice to the Government of any proposed and/or approved change to the GSA schedule rates. Failure to comply with the provisions of this price warranty may be cause for termination of the order and the offeror/contractor may be required to adjust their billing and/or reimburse the Government for any charges invoiced in violation of the price warranty.

(End of clause)

## II. 35 SECURITY PROCEDURES (AUG 2022)

I.  PERSONNEL SECURITY

A.  CBP Suitability Requirements

1.  All Contractor Employees requiring access to CBP facilities and its information technology networks and systems must undergo an investigation to determine suitability for employment. Based on the position sensitivity designation, OPR/Personnel Security Division initiates either a T4 or T5 Background Investigation in accordance with CBP Personnel Security Handbook, HB 1400-07A.

2.  Contractor Employees who require access to DHS IT systems or development, management, or maintenance of those systems must be U.S. citizens in accordance with DHS Instruction 121-01-007-01, Revision 1, Chapter 2, Personnel Security Program Standards, § 13, and Citizenship Requirements, § 13F. (Lawful Permanent Resident status is not acceptable in this case). A waiver may be granted, as outlined in Chapter 2, § 14 of DHS Instruction Handbook 121-01-007-01, Revision 01.

3.  Provided the requirements of DHS Instruction Handbook 121-01-007-01 are met as outlined in paragraph I.B.1, below, Contractor Employees requiring access to CBP facilities, sensitive information or information technology resources are required to have a favorably adjudicated Tier 4 (T4) or Tier 5 (T5) background investigation (U.S. Office of Personnel Management (OPM), Suitability Executive Agent and the Director of National Intelligence (DNI), Security Executive Agent, Federal Investigative Standards, December 2012, or its successor), prior to commencing work on this contract, as outlined in the applicable requirements document,

Exhibit 1 at 33

such as a Statement of Work (SOW) or Performance Work Statement (PWS). Exceptions shall be approved on a case-by-case basis with the Contractor Employee's access to facilities, systems, and information limited until the Contractor Employee receives a favorably adjudicated T4 or T5. A favorably adjudicated T4 or T5 shall include various aspects of a Contractor Employee's life, including employment, education, residences, police, and court inquires, credit history, and national agency checks.

4.  For contracts requiring Contractor Employees to possess a CBP suitability upon contract inception, the following is applicable: The Contractor shall submit, within ten (10) working days after award of the contract, a list containing the full legal name, social security number, place of birth (city and state), and date of birth of employee candidates who possess favorably adjudicated T4 or T5 background investigations that meet federal investigation standards (as mandated in the SOW/PWS). These individuals will be considered for "reciprocity" as applicable (reference CBP Form 78 – BIRD). For contracts not requiring Contractor Employees to possess a CBP suitability upon contract inception, the following is applicable: The Contractor shall require Contractor Employee candidates, needing a T4 or T5 background investigation for the contract, to submit information and documentation requested by CBP to initiate the background investigation process immediately upon request by CBP.

5.  Background Investigation information and documentation are submitted by proper completion of standard federal and agency forms provided by the COR, such as Electronic Questionnaires for Investigations Processing (e-QIP), Electronic Fingerprint Submission, CBP Form 78-Background Investigation Requirements Determination (BIRD) Form, Fair Credit Reporting Act (FCRA), Non-Disclosure Agreement (NDA), a Contractor Employee initial Background Investigation Form (CBP Form 77) (Sections A and B), and relevant "clearance" documents (if applicable), etc. The Contractor is responsible for ensuring all Contract Employee candidates complete the Electronic Questionnaire for Investigations Processing (e-QIP) and Electronic Fingerprints using their full legal name, correct SSN and ensuring these actions are completed in a timely manner, within 30 days of e-QIP initiation. The Contractor is also responsible for ensuring all Contract

Employee candidates respond to phone calls and check their emails regularly for communications from the CBP Security Office and/or the field investigator for any necessary actions. The appropriate forms, to include "clearance" documents if applicable, must be submitted to the COR assigned to the contract, and the COR shall forward the completed forms to the CBP security official that will review the information for completeness and begin the adjudication and "clearance" (if applicable) process. Any Contract Employee candidate who fails to comply after multiple requests and attempts to reach them will be discontinued from the Background Investigation process. The Contractor shall then propose a qualified replacement employee candidate to the CO and COR within 30 days after being notified of the discontinued Contract Employee candidate.

6.  CBP cannot provide a standard completion time for a T4 or T5 background investigation as many scenarios affect CBP's ability to process an individual. During the term of this contract, the Contractor is required to provide the names of its employees who successfully complete the CBP T4 or T5 process to the CO and COR. Failure of any Contractor Employee to obtain and maintain a favorably adjudicated T4 or T5 shall be cause for dismissal. For key personnel, the Contractor shall propose a qualified replacement employee candidate to the CO and COR within 30 days after being notified of an unsuccessful candidate or vacancy. For all non-key personnel Contractor Employees, the Contractor shall propose a qualified replacement employee candidate to the COR within 30 days after being notified of an unsuccessful candidate or vacancy. The CO/COR shall approve or disapprove replacement employees. For contracts requiring Contractor Employees to possess a CBP suitability per SOW/PWS requirements, continuous failure to provide Contractor Employees who meet CBP T4 or T5 requirements may be cause for termination of the contract (refer #4).

B.  Security Clearance Requirements

1.  Contractor Employees who require access to classified information must be U.S. citizens or have Lawful Permanent Resident (LPR) status in accordance with DHS Instruction Handbook 121-01-007-01, Rev. 01,

Exhibit 1 at 34

the Department of Homeland Security Personnel Security, Suitability and Fitness Program, Chapter 2, Personnel Security Program Standards, § 13, Citizenship Requirements. A waiver may be granted, as outlined in Chapter 2, § 14 of DHS Instruction Handbook 121-01-007-01.

2.  For contracts requiring Contractor Employees to possess a security clearance upon contract inception, the following is applicable: The Contractor shall submit, within ten (10) working days after award of the contract, a list containing the full legal name, social security number, place of birth (city and state), and date of birth of employee candidates who possess favorably adjudicated T5 background investigations that meet federal investigation standards (as mandated in the SOW/PWS). These individuals will be considered for "reciprocity" as applicable (refer to CBP Form 78 – BIRD). For contracts not requiring Contractor Employees to possess a security clearance upon contract inception, the following is applicable: The Contractor shall require Contractor Employee candidates, needing a T4 or T5 background investigation for the contract, to submit information and documentation requested by CBP to initiate the background investigation process immediately upon request by CBP.

3.  Background Investigation information and documentation are submitted by proper completion of standard federal and agency forms provided by the COR, such as Electronic Questionnaires for Investigations Processing (e-QIP), Electronic Fingerprint Submission, CBP Form 78-Background Investigation Requirements Determination (BIRD) Form, Fair Credit Reporting Act (FCRA), Non-Disclosure Agreement (NDA), a Contractor Employee Initial Background Investigation Form (CBP Form 77) (Sections A and B), and relevant "clearance" documents (if applicable), etc. The Contractor is responsible for ensuring all Contract Employee candidates complete the Electronic Questionnaire for Investigations Processing (e-QIP) and Electronic Fingerprints using

their full legal name, correct SSN and ensuring these actions are completed in a timely manner, within 30 days of e-QIP initiation. The Contractor is also responsible for ensuring all Contract Employee candidates respond to phone calls and check their emails regularly for communications from the CBP Security Office and/or the field investigator for any necessary actions. The appropriate forms, to include "clearance" documents if applicable, must be submitted to the COR assigned to the contract, and the COR shall forward the completed forms to the CBP security official that will review the information for completeness and begin the adjudication and "clearance" (if applicable) process. Any Contract Employee candidate who fails to comply after multiple requests and attempts to reach them will be discontinued from the Background Investigation process. The Contractor shall then propose a qualified replacement employee candidate to the CO and COR within 30 days after being notified of the discontinued Contract Employee candidate.

4.  CBP cannot provide a standard completion time for a T4 or T5 background investigation as many scenarios affect CBP's ability to process an individual. During the term of this contract, the Contractor is required to provide the names of its employees who successfully complete the CBP T4 or T5 process to the CO and COR. Failure of any Contractor Employee to obtain and maintain a favorably adjudicated T4 or T5 shall be cause for dismissal. For key personnel, the Contractor shall propose a qualified replacement employee candidate to the CO and COR within 30 days after being notified of an unsuccessful candidate or vacancy. For all non-key personnel Contractor Employees, the Contractor shall propose a qualified replacement employee candidate to the COR within 30 days after being notified of an unsuccessful candidate or vacancy. The CO/COR shall approve or disapprove replacement employees. Continuous failure to provide Contractor Employees who meet CBP T4 or T5 requirements may be cause for termination of the contract.

C.  Contractor Tracking System

1.  All Contractor Employees must be entered into the current agency Contractor Tracking System (CTS) database by the COR or Alternate COR. Additionally, the COR/ACOR shall maintain current, accurate and complete data for Contractor Employees during their performance on the contract. The Contractor Project

Exhibit 1 at 35

Manager (CPM) shall provide timely start information to the CO/COR or designated government personnel to initiate the CTS entry. Other relevant information will also be needed for Contractor Employee record submission in the CTS database such as, but not limited to, the Contractor Employee's legal name, brief job description, labor rate, Hash ID, schedule, and location. The CO/COR or designated government personnel shall provide the CPM with instructions for providing required information.

2.  The CO/COR may designate responsibility for out-processing to the CPM. The CPM must have an active CBP Background Investigation (BI) and an Active Directory (AD) account (i.e., email, etc.) within the agency. CPM shall provide Contactor Employee departure/separation date and reason for leaving to the CO/COR in accordance with CBP Directive 1210-007B, Tracking of Contractor Employees. Failure by the CPM to provide timely notification of Contractor Employee departure/separation in accordance with the contract requirements shall be documented and considered when government personnel complete a Contractor Performance Report (under Business Relations) or other performance related measures.

II.  CONTROLS

A.  Access Controls.

1.  The Contractor Employee shall comply with the U.S. Customs and Border Protection's (CBP) administrative, physical, and technical security controls to ensure that the Government's security requirements are met.

2.  All Contractor Employees under this contract must wear identification access badges when working in CBP facilities. Prior to Contractor Employees' departure/separation, all badges, valid HSPD-12 compliant Personal Identity Verification (PIV) card, building passes, parking permits, keys, and pass cards must be returned to the

Contracting Officer's Representative (COR). The COR shall immediately notify the cognizant Physical Security official to ensure that access to all buildings, and facilities, and network are revoked. NOTE: For contracts within the National Capitol Region (NCR), the Office of Professional Responsibility, Security Management Division (OPR/SMD) shall be notified immediately, if building access is revoked.

3.  Contractor Employees in possession of a valid HSPD-12 compliant PIV card are authorized to access Department Headquarters and DHS Component Headquarters while on official business, in accordance with DHS Instruction Manual # 121-01-011-01, Revision # 00.

4.  Contractor Employees may be subject to random security screening upon entering certain CBP facilities.

5.  Contractor Employees who do not have their PIV cards must sign-in at lobby guard desk, and show a federal, state, or local government-issued photo identification (e.g., driver's license that meets the requirements of the REAL ID Act of 2005, US passport, US military ID card, Tribal ID, or Permanent Residence card).

B.  Visitor Security Management.

1.  Visitors accessing any DHS Headquarters or DHS Component Headquarters facilities are subject to a criminal history check utilizing the National Crime Information Center (NCIC) system, except as stipulated elsewhere in DHS Instruction Manual # 121-01-011-01, Revision # 00.

2.  All visitors requesting access to CBP facilities are required to sign-in at designated visitor location, depending on the facility's resources. Visitors are required to show a federal, state, or local government-issued photo identification (e.g., driver's license that meets the requirements of the REAL ID Act of 2005, US passport, US military ID card, Tribal ID, or Permanent Residence card), unless otherwise directed by

Exhibit 1 at 36

the Facility Security Manager (FSM) or CBP Assistant Technical Representative (ATR).

3.  Visitors must be escorted to their intended CBP destination by CBP employees or CBP contractors with a valid CBP-issued PIV card capable of operating the turnstiles. Supplemental access cards cannot be used for escorting purposes without a valid CBP-issued PIV card.

4.  Visitor passes will be issued only at designated locations and/or entrances. All visitors are required to pass through screening at the designated entrances. All visitors must be escorted back to the security desk by a CBP employee or CBP contractor.

III.  INFORMATION SECURITY REQUIREMENTS

A.  Managing Sensitive Security Information.

1.  Work under this contract may require access to sensitive information as defined under Homeland Security Acquisition Regulation (HSAR) Clause 3052.204-71, Contractor Employee Access, included in the solicitation/contract. The Contractor Employee shall not disclose, orally or in writing, any sensitive information to any person unless authorized in writing by the CO.

2.  The Department of Homeland Security (DHS) requires that Contractor employees take an annual Information Technology Security Awareness Training course before accessing sensitive information under the contract. Unless otherwise specified, the training shall be completed within thirty (30) days of contract award and be completed on an annual basis thereafter not later than October 31st of each year. Any new Contractor employees assigned to the contract shall complete the training before accessing sensitive information under the contract.

3.  All services provided under this contract must be compliant with the Department of Homeland Security (DHS) information security policy identified in DHS Sensitive Systems Policy Directive 4300A, v.13.1, DHS Sensitive Systems Handbook 4300A, v.12.0, or latest available version, and CBP Information Security Handbook (HB 1400-04A).

4.  Sensitive Information, as used in this clause, means any information, which if lost, misused, disclosed, or, without authorization is accessed, or modified, could adversely affect the national or homeland security interest, the conduct of Federal programs, or the privacy to which individuals are entitled under section 552a of title 5, United States Code (the Privacy Act), but which has not been specifically authorized under criteria established by an Executive Order or an Act of Congress to be kept secret in the interest of national defense, homeland security or foreign policy. This definition includes the following categories of information:

●  Protected Critical Infrastructure Information (PCII) as set out in the Critical Infrastructure Information Act of 2002 (Title II, Subtitle B, of the Homeland Security Act, Pub. L. 107-296, 196 Stat. 2135), as amended, the implementing regulations thereto (Title 6, Code of Federal Regulations, part 29) as amended, the applicable PCII Procedures Manual, as amended, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security (including the PCII Program Manager or his/her designee);

●  Sensitive Security Information (SSI), as defined in Title 49, Code of Federal Regulations, part 1520, as amended, "Protection of Sensitive Security Information," as amended, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security (including the Assistant Secretary for the Transportation Security Administration or his/her designee);

Exhibit 1 at 37

- Information designated as "For Official Use Only," which is unclassified information of a sensitive nature and the unauthorized disclosure of which could adversely impact a person's privacy or welfare, the conduct of Federal programs, or other programs or operations essential to the national or homeland security interest; and

- Any information that is designated "sensitive" or subject to other controls, safeguards, or protections in accordance with subsequently adopted homeland security information handling procedures.

B. Managing Classified Information.

1. Contracts requiring contractor employees to access Classified National Security Information, completion of the DD Form 254 (Contract Security Classification Specification) is necessary for the Contractor (the company) to establish and have on record. Additionally, FAR Clause 52.204-2, Security Requirements, must be included in the solicitation and contract. If desired, a Solicitation DD Form 254 can be added to the solicitation package. Contact the Security Management Division (SMD) for assistance at: cbpsecurity@cbp.dhs.gov.

2. For additional information about the National Industrial Security Program (NISP) please visit the Defense Counterintelligence and Security Agency website and search for The NISPOM Rule.

## IV. GENERAL SECURITY RESPONSIBILITIES

1. The Contractor shall ensure that its employees follow the general procedures governing physical, environmental, and information security described in the various DHS CBP regulations identified in this clause. The contractor shall ensure that its employees apply proper business practices in accordance with the specifications, directives, and manuals required for conducting work under this contract. Applicable Contractor Employees shall be responsible for physical security of work areas and CBP furnished equipment issued under this contract.

2. The CO/COR may require the Contractor to prohibit its employees from working on this contract if continued employment becomes detrimental to the public's interest for any reason including, but not limited to carelessness, insubordination, incompetence, or security concerns.

3. Upon completion of this contract, the Contractor Employee shall return all sensitive information used in the performance of the contract to the CO/COR. The Contractor shall certify, in writing, that all sensitive and non-public information have been purged from any Contractor-owned system.

4. All Government furnished information must be protected to the degree and extent required by local rules, regulations, and procedures. The Contractor Employee shall comply with all security policies contained in CBP Handbook 1400-05D, v.7.0, Information Systems Security Policies and Procedures Handbook, or latest available version.

## V. NOTIFICATION OF CONTRACTOR EMPLOYEE CHANGES

1. The Contractor or CPM shall notify the CO/COR via phone or electronic transmission, immediately after a personnel change becomes known or no later than five (5) business days prior to departure of the Contractor Employee. Telephone notifications must be immediately followed up in writing. CPM's notification shall include, but is not limited to name changes, resignations, terminations, and reassignments to another contract.

Exhibit 1 at 38

2.  The CPM shall notify the CO/COR and program office (if applicable) in writing of any proposed change in access requirements for its employees at least fifteen (15) days, or thirty (30) days if a security clearance is to be obtained, in advance of the proposed change.

VI.  NON-DISCLOSURE AGREEMENTS

As part of the background investigation package, Contractor Employees are required to execute and submit a Non-Disclosure Agreement (DHS Form 11000-6) as a condition to perform on any CBP contract.

[End of Supplementary Terms and Conditions]


**II.  36 DISCLOSURE OF INFORMATION (MAR 2003)**

A.  General

Any information made available to the Contractor by the Government shall be used only for the purpose of carrying out the provisions of this contract and shall not be divulged or made known in any manner to any persons except as may be necessary in the performance of the contract.


B.  Technical Data Rights

The Contractor shall not use, disclose, reproduce, or otherwise divulge or transfuse to any persons any technical information or data licensed for use by the Government that bears any type of restrictive or

proprietary legend except as may be necessary in the performance of the contract. Refer to the Rights in Data clause for additional information.

C.  Privacy Act

In performance of this contract the Contractor assumes the responsibility for protection of the confidentiality of all Government records and/or protected data provided for performance under the contract and shall ensure that (a) all work performed by any subcontractor is subject to the disclosure restrictions set forth above and (b) all subcontract work be performed under the supervision of the Contractor or their employees.

[End of Clause]

**II.  37 TRAVEL COSTS (AUG 2022)**

Costs for transportation, lodging, meals, and incidental expenses shall be reimbursed in accordance with Federal Acquisition Regulation (FAR) Subsection 31.205-46 and acceptable accounting procedures.

If it becomes necessary for the contractor to use the higher actual expense method repetitively or on a continuing basis in a particular area (see FAR 31.205-46(a)(3)(iii)), the contractor must obtain advance approval from the contracting officer and comply with all requirements for justifications and documentation set forth in FAR Subsection 31.205-46 for allowability of travel costs.

As provided in FAR 31.205-46(a)(5), the Contracting Officer may consider an advance agreement (see FAR

Exhibit 1 at 39

31.109) with the contractor to avoid confusion in the treatment of costs anticipated to be incurred in unusual or special travel situations. The advance agreement shall be incorporated in the contract.

[End of Supplementary Terms and Conditions]

## II. 38 NON-PERSONAL SERVICE (MAR 2003)

1. The Government and the contractor agree and understand the services to be performed under this contract are non-personal in nature. The Contractor shall not perform any inherently Governmental functions under this contract as described in Office of Federal Procurement Policy Letter 92-1
2. The services to be performed under this contract do not require the Contractor or his employees to exercise personal judgment and discretion on behalf of the Government, but rather, the Contractor's employees will act and exercise personal judgment and discretion on behalf of the Contractor.
3. The parties also recognize and agree that no employer-employee relationship exists or will exist between the Government and the Contractor. The Contractor and the Contractor's employees are not employees of the Federal Government and are not eligible for entitlement and benefits given federal employees. Contractor personnel under this contract shall not:
    (a) Be placed in a position where there is an appearance that they are employed by the Government or are under the supervision, direction, or evaluation of any Government employee. All individual employee assignments any daily work direction shall be given by the applicable employee supervisor.

    (b) Hold him or herself out to be a Government employee, agent or representative or state orally or in writing at any time that he or she is acting on behalf of the Government. In all communications with third parties in connection with this contract, Contractor employees shall identify themselves as such and specify the name of the company of which they work.

    (c) Be placed in a position of command, supervision, administration or control over Government personnel or personnel of other Government contractors, or become a part of the government organization. In all communications with other Government Contractors in connection with this contract, the Contractor employee shall state that they have no authority to change the contract in any way. If the other Contractor believes this communication to be direction to change their contract, they should notify the CO for that contract and not carry out the direction until a clarification has been issued by the CO.

4. If the Contractor believes any Government action or communication has been given that would create a personal service relationship between the Government and any Contractor employee, the Contractor shall promptly notify the CO of this communication or action.

5. Rules, regulations directives and requirements which are issued by U.S. Customs & Border Protection under their responsibility for good order, administration and security are applicable to all personnel who enter U.S. Customs & Border Protection installations or who travel on Government transportation. This is not to be construed or interpreted to establish any degree of Government control that is inconsistent with a non-personal services contract.

[End of Clause]

## II. 39 POST AWARD EVALUATION OF CONTRACTOR PERFORMANCE (AUG 2022)

A. Contractor Performance Evaluations

Interim and final performance evaluation reports will be prepared on this contract or order in accordance with

Exhibit 1 at 40

FAR Subpart 42.15. A final performance evaluation report will be prepared at the time the work under this contract or order is completed. In addition to the final performance evaluation report, an interim performance evaluation report will be prepared annually to coincide with the anniversary date of the contract or order.

Interim and final performance evaluation reports will be provided to the contractor via the Contractor Performance Assessment Reporting System (CPARS) after completion of the evaluation. The CPARS Assessing Official Representatives (AORs) will provide input for interim and final contractor performance evaluations. The AORs may be Contracting Officer's Representatives (CORs), project managers, and/or contract specialists. The CPARS Assessing Officials (AOs) are the contracting officers (CO) or contract specialists (CS) who will sign the evaluation report and forward it to the contractor representative via CPARS for comments.

The contractor representative is responsible for reviewing and commenting on proposed ratings and remarks for all evaluations forwarded by the AO. After review, the contractor representative will return the evaluation to the AO via CPARS.

The contractor representative will be given up to fourteen (14) days to submit written comments or a rebuttal statement. Within the first seven (7) calendar days of the comment period, the contractor representative may request a meeting with the AO to discuss the evaluation report. The AO may complete the evaluation without the contractor representative's comments if none are provided within the fourteen (14) day comment period. Any disagreement between the AO/CO and the contractor representative regarding the performance evaluation report will be referred to the Reviewing Official (RO) within the division/branch the AO is assigned. Once the RO completes the review the evaluation is considered complete, and the decision is final.

Copies of the evaluations, contractor responses, and review comments, if any, will be retained as part of the contract file and may be used in future award decisions.

B.  Designated Contractor Representative

The contractor must identify a primary representative for this contract and provide the full name, title, phone number, email address, and business address to the CO within 30 days after award.

C.  Electronic Access to Contractor Performance Evaluations

The AO will request CPARS user access for the contractor by forwarding the contractor's primary and alternate representatives' information to the CPARS Focal Point (FP).

The FP is responsible for CPARS access authorizations for Government and contractor personnel. The FP will set up the user accounts and will create system access to CPARS.

The CPARS application will send an automatic notification to users when CPARS access is granted. In addition, contractor representatives will receive an automated email from CPARS when an evaluation report has been completed.

<center>(End of Supplementary Terms and Conditions)</center>

## II.  40 ADDITIONAL CONTRACTOR PERSONNEL REQUIREMENTS (OCT 2007)

The Contractor will ensure that its employees will identify themselves as employees of their respective company while working on U.S. Customs & Border Protection (CBP) contracts. For example, contractor personnel shall introduce themselves and sign attendance logs as employees of their respective companies, not as CBP employees.

The contractor will ensure that their personnel use the following format signature on all official e-mails generated by CBP computers:

> [Name]
> (Contractor)
> [Position or Professional Title]
> [Company Name]
> Supporting the XXX Division/Office
> U.S. Customs & Border Protection
> [Phone] [FAX]
> [Other contact information as desired]

<div align="center">[End of Clause]</div>

## II. 41 SPECIAL SECURITY REQUIREMENT - CONTRACTOR PRE-SCREENING (AUG 2022)

1. Contractors requiring recurring access to Government facilities or access to sensitive but unclassified information and/or logical access to Information Technology (IT) resources shall verify minimal fitness requirements for all persons/candidates designated for employment under any Department of Security (DHS) contract by pre-screening the person /candidate prior to submitting the name for consideration to work on the contract. Pre-screening the candidate ensures that minimum fitness requirements are considered and mitigates the burden of DHS having to conduct background investigations on objectionable candidates. The Contractor shall submit only those candidates that have not had a felony conviction within the past 36 months or illegal drug use within the past 12 months from the date of submission of their name as a candidate to perform work under this contract. Contractors are required to flow this requirement down to subcontractors. Pre-screening involves contractors and subcontractors reviewing:

   a. Felony convictions within the past 36 months. An acceptable means of obtaining information on felony convictions is from public records, free of charge, or from the National Crime Information Center (NCIC).

   b. Illegal drug use within the past 12 months. An acceptable means of obtaining information related to drug use is through employee self certification, by public records check; or if the contractor or subcontractor already has drug testing in place. There is no requirement for contractors and/or subcontractors to initiate a drug testing program if they do not have one already in place.

   c. Misconduct such as criminal activity on the job relating to fraud or theft within the past 12 months. An acceptable means of obtaining information related to misconduct is through employee self certification, by public records check, or other reference checks conducted in the normal course of business.

2. Pre-screening shall be conducted within 15 business days after contract award. This requirement shall be placed in all subcontracts if the subcontractor requires routine physical access, access to sensitive but unclassified information, and/or logical access to IT resources. Failure to comply with the pre-screening requirement will result in the Contracting Officer taking the appropriate remedy.

Definition: *Logical Access* means providing an authorized user the ability to access one or more computer system resources such as a workstation, network, application, or database through automated tools. A logical access control system (LACS) requires validation of an individual identity through some mechanism such as a personal identification number (PIN), card, username and password, biometric, or other token. The system has the capability to assign different access privileges to different persons depending on their

Exhibit 1 at 42

roles and responsibilities in an organization.

<div align="center">[End of Clause]</div>

## II.42 PREVENT, DETECT AND RESPOND TO SEXUAL ABUSE AND ASSAULT IN CONFINEMENT FACILITIES (FEB 2017)

1. As prescribed by the Prison Rape Elimination Act (PREA) of 2003, 44 U.S.C. § 15601 et. seq., the Contractor shall comply with the Department of Homeland Security (DHS) "Standards to Prevent, Detect and Respond to Sexual Abuse and Assault in Confinement Facilities," codified at 6 C.F.R. Part 115 (the Regulations), for preventing, detecting and responding to sexual abuse and assault within U.S. Customs and Border Protection (CBP) holding facilities[1], whether owned, operated or contracted. The contractor shall also comply with all applicable Federal PREA standards and all applicable DHS and CBP policies implementing PREA.

2. In addition to the general requirements of the above PREA standards and policies, the Contractor further acknowledge the following specific roles and responsibilities in complying with the Regulations:

   a. Detainee Supervision (6 CFR § 115.113): Ensure sufficient supervision of detainees to protect detainees against sexual abuse.

   b. Juveniles and Family Requirements (6 CFR § 115.114): Ensure juvenile and family detainees are afforded the appropriate protections.

   c. Cross-Gender Viewing and Searches (6 CFR § 115.115): Implement proper procedures for cross- gender viewing and searches.

   d. Accommodations for Limited English Proficient (LEP) Detainees and Those with Disabilities (6 CFR § 115.116): Ensure reasonable measures are taken to ensure detainees who are limited English proficient, and those detainees with disabilities, are given equal access to programs and services at the facility.

   e. Hiring and Promotion (6 CFR § 115.117): Ensure no contractors are hired or promoted who have a substantiated history of sexual abuse/assault and that all contractors who may have contact with detainees are required to undergo a background investigation prior to hiring.

   f. Training (6 CFR § 115.131): Ensure training of all contractors who may have contact with holding facility detainees to be able to fulfill their responsibilities under the Regulations, including training on:

      (1) The agency's zero-tolerance policies for all forms of sexual abuse;

      (2) The right of detainees and employees to be free from sexual abuse, and from retaliation for reporting sexual abuse;

      (3) Definitions and examples of prohibited and illegal sexual behavior;

      (4) Recognition of situations where sexual abuse may occur;

      (5) Recognition of physical, behavioral, and emotional signs of sexual abuse, and methods of preventing such occurrences;

<div align="center">43</div>

<div align="center" style="color:red">Exhibit 1 at 43</div>

(6) Procedures for reporting knowledge or suspicion of sexual abuse;

(7) How to communicate effectively and professionally with detainees, including lesbian, gay, bisexual, transgender, intersex, or gender nonconforming detainees; and

(8) The requirement to limit reporting of sexual abuse to personnel with a need-to-know in order to make decisions concerning the victim's welfare and for law enforcement or investigative purposes.

g.  Confirmation that all contractors who may have contact with holding facility detainees have completed this training must be submitted to the contracting officer, or the contracting officer's designee, and maintained for a least five (5) years.

h.  Risk Assessment (6 CFR § 115.141): Ensure detainees are assessed for risk of victimization or abusiveness and implement protective measures, as appropriate and available.

i.  Immediate Notification (6 CFR § 115.161): Ensure contract staff report immediately to CBP officials any knowledge, suspicion, or information regarding an incident of sexual abuse or assault that occurred; retaliation against individuals who reported or participated in an investigation about such an incident; and any staff neglect or violation of responsibilities that may have contributed to an incident or retaliation.Corrective Actions (6 CFR § 115.177): Contractor personnel suspected of perpetrating sexual abuse shall be prohibited from contact with detainees. Contractors suspected of perpetrating sexual abuse may be removed from all duties requiring detainee contact pending the outcome of an investigation, as appropriate. Contractor shall notify the contracting officer, or contracting officer's designee, identified in the contract within 24 hours of the discipline, removal, termination, or resignation of the suspected employee.

3.  The Contractor acknowledges that, in addition to self-monitoring requirements, CBP will conduct third party audits of holding facilities, announced or unannounced, to include on-site monitoring. The Contractor is required to make contract staff available to auditors and agency personnel for interviews, site inspection, and provide relevant documentation to complete a thorough audit of the facility.

4.  At all times, the Contractor shall adhere to the standards set forth in the Regulations. Failure to comply with the Regulations may result in termination of the contract.

_____

[1] HOLDING FACILITY: The Regulations define the term "holding facility" as a facility that contains holding cells, cell blocks, or other secure enclosures that are: (1) under the control of the agency; and (2) primarily used for the short-term confinement of individuals who have recently been detained, or are being transferred to or from a court, jail, prison, other agency, or other unit of the facility or agency.

(End of Clause)

.

II.  **43  3052.204-72 SAFEGUARDING OF CONTROLLED UNCLASSIFIED INFORMATION (JULY 2023)**

(a) *Definitions*. As used in this clause—
*Adequate Security* means security protections commensurate with the risk resulting from the unauthorized access, use, disclosure, disruption, modification, or destruction of information. This includes ensuring that information hosted on behalf of an agency and information systems and applications used by the agency operate effectively and provide appropriate confidentiality, integrity, and availability protections

Exhibit 1 at 44

through the application of cost-effective security controls.

*Controlled Unclassified Information (CUI)* is any information the Government creates or possesses, or an entity creates or possesses for or on behalf of the Government (other than classified information) that a law, regulation, or Governmentwide policy requires or permits an agency to handle using safeguarding or dissemination controls. This definition includes the following CUI categories and subcategories of information:

(1) Chemical-terrorism Vulnerability Information (CVI) as defined in 6 CFR part 27, "Chemical Facility Anti- Terrorism Standards," and as further described in supplementary guidance issued by an authorized official of the Department of Homeland Security (including the Revised Procedural Manual "Safeguarding Information Designated as Chemical-Terrorism Vulnerability Information" dated September 2008);

(2) Protected Critical Infrastructure Information (PCII) as set out in the Critical Infrastructure Information Act of 2002 (title XXII, subtitle B of the Homeland Security Act of 2002 as amended through Pub. L. 116–283), PCII's implementing regulations (6 CFR part 29), the PCII Program Procedures Manual, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security, the PCII Program Manager, or a PCII Program Manager Designee;

(3) Sensitive Security Information (SSI) as defined in 49 CFR part 1520, "Protection of Sensitive Security Information," as amended, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security (including the Assistant Secretary for the Transportation Security Administration or designee), including Department of Homeland Security MD 11056.1, "Sensitive Security Information (SSI)" and, within the Transportation Security Administration, TSA MD 2810.1, "SSI Program";

(4) Homeland Security Agreement Information means information the Department of Homeland Security receives pursuant to an agreement with State, local, Tribal, territorial, or private sector partners that is required to be protected by that agreement. The Department receives this information in furtherance of the missions of the Department, including, but not limited to, support of the Fusion Center Initiative and activities for cyber information sharing consistent with the Cybersecurity Information Sharing Act of 2015;

(5) Homeland Security Enforcement Information means unclassified information of a sensitive nature lawfully created, possessed, or transmitted by the Department of Homeland Security in furtherance of its immigration, customs, and other civil and criminal enforcement missions, the unauthorized disclosure of which could adversely impact the mission of the Department;

(6) International Agreement Information means information the Department of Homeland Security receives that is required to be protected by an information sharing agreement or arrangement with a foreign government, an international organization of governments or any element thereof, an international or foreign public or judicial body, or an international or foreign private or non-governmental organization;

(7) Information Systems Vulnerability Information (ISVI) means:

(i) Department of Homeland Security information technology (IT) systems data revealing infrastructure used for servers, desktops, and networks; applications name, version, and release; switching, router, and gateway information; interconnections and access methods; and mission or business use/need. Examples of ISVI are systems inventories and enterprise architecture models. Information pertaining to national security systems and eligible for classification under Executive Order 13526 will be classified as appropriate; and/or

(ii) Information regarding developing or current technology, the release of which could hinder the

Exhibit 1 at 45

objectives of the Department, compromise a technological advantage or countermeasure, cause a denial of service, or provide an adversary with sufficient information to clone, counterfeit, or circumvent a process or system;

(8) Operations Security Information means Department of Homeland Security information that could be collected, analyzed, and exploited by a foreign adversary to identify intentions, capabilities, operations, and vulnerabilities that threaten operational security for the missions of the Department;

(9) Personnel Security Information means information that could result in physical risk to Department of Homeland Security personnel or other individuals whom the Department is responsible for protecting;

(10) Physical Security Information means reviews or reports illustrating or disclosing facility infrastructure or security vulnerabilities related to the protection of Federal buildings, grounds, or property. For example, threat assessments, system security plans, contingency plans, risk management plans, business impact analysis studies, and certification and accreditation documentation;

(11) Privacy Information includes both Personally Identifiable Information (PII) and Sensitive Personally Identifiable Information (SPII). PII refers to information that can be used to distinguish or trace an individual's identity, either alone, or when combined with other information that is linked or linkable to a specific individual; and SPII is a subset of PII that if lost, compromised, or disclosed without authorization could result in substantial harm, embarrassment, inconvenience, or unfairness to an individual. To determine whether information is PII, the DHS will perform an assessment of the specific risk that an individual can be identified using the information with other information that is linked or linkable to the individual. In performing this assessment, it is important to recognize that information that is not PII can become PII whenever additional

information becomes available, in any medium or from any source, that would make it possible to identify an individual. Certain data elements are particularly sensitive and may alone present an increased risk of harm to the individual.

(i) Examples of stand-alone PII that are particularly sensitive include: Social Security numbers (SSNs), driver's license or State identification numbers, Alien Registration Numbers (A-numbers), financial account numbers, and biometric identifiers.

(ii) Multiple pieces of information may present an increased risk of harm to the individual when combined, posing an increased risk of harm to the individual. SPII may also consist of any grouping of information that contains an individual's name or other unique identifier plus one or more of the following elements:

(A) Truncated SSN (such as last 4 digits);
(B) Date of birth (month, day, and year);
(C) Citizenship or immigration status;
(D) Ethnic or religious affiliation;
(E) Sexual orientation;
(F) Criminal history;
(G) Medical information; and
(H) System authentication information, such as mother's birth name, account passwords, or personal identification numbers (PINs).

(iii) Other PII that may present an increased risk of harm to the individual depending on its context, such as a list of employees and their performance ratings or an unlisted home address or phone number. The context includes the purpose for which the PII was collected, maintained, and used. This assessment is

Exhibit 1 at 46

critical because the same information in different contexts can reveal additional information about the impacted individual.

*Federal information* means information created, collected, processed, maintained, disseminated, disclosed, or disposed of by or for the Federal Government, in any medium or form.

*Federal information system* means an information system used or operated by an agency or by a Contractor of an agency or by another organization on behalf of an agency.

*Handling* means any use of controlled unclassified information, including but not limited to marking, safeguarding, transporting, disseminating, re-using, storing, capturing, and disposing of the information.

*Incident* means an occurrence that—

(1) Actually or imminently jeopardizes, without lawful authority, the integrity, confidentiality, or availability of information or an information system; or

(2) Constitutes a violation or imminent threat of violation of law, security policies, security procedures, or acceptable use policies.

*Information Resources* means information and related resources, such as personnel, equipment, funds, and information technology.

*Information Security* means protecting information and information systems from unauthorized access, use, disclosure, disruption, modification, or destruction in order to provide—

(1) Integrity, which means guarding against improper information modification or destruction, and includes ensuring information nonrepudiation and authenticity;

(2) Confidentiality, which means preserving authorized restrictions on access and disclosure, including means for protecting personal privacy and proprietary information; and

(3) Availability, which means ensuring timely and reliable access to and use of information.

*Information System* means a discrete set of information resources organized for the collection, processing, maintenance, use, sharing, dissemination, or disposition of information.

(b) *Handling of Controlled Unclassified Information.*

(1) Contractors and subcontractors must provide adequate security to protect CUI from unauthorized access and disclosure. Adequate security includes compliance with DHS policies and procedures in effect at the time of contract award. These policies and procedures are accessible at *https://www.dhs.gov/dhs-security- and-training-requirements-contractors*.

(2) The Contractor shall not use or redistribute any CUI handled, collected, processed, stored, or transmitted by the Contractor except as specified in the contract.

(3) The Contractor shall not maintain SPII in its invoicing, billing, and other recordkeeping systems maintained to support financial or other administrative functions. It is acceptable to maintain in these systems the names, titles, and contact information for the Contracting Officer's Representative (COR) or other government personnel associated with the administration of the contract, as needed.

(4) Any government data provided, developed, or obtained under the contract, or otherwise under the control of the Contractor, shall not become part of the bankruptcy estate in the event a Contractor

Exhibit 1 at 47

and/or subcontractor enters bankruptcy proceedings.

(c) *Incident Reporting Requirements.*

(1) Contractors and subcontractors shall report all known or suspected incidents to the Component Security Operations Center (SOC) in accordance with Attachment F, *Incident Response*, to DHS Policy Directive 4300A *Information Technology System Security Program, Sensitive Systems*. If the Component SOC is not available, the Contractor shall report to the DHS Enterprise SOC. Contact information for the DHS Enterprise SOC is accessible at *https://www.dhs.gov/dhs-security-and-training-requirements-contractors*. Subcontractors are required to notify the prime Contractor that it has reported a known or suspected incident to the Department. Lower tier subcontractors are required to likewise notify their higher tier subcontractor, until the prime contractor is reached. The Contractor shall also notify the Contracting Officer and COR using the contact information identified in the contract. If the report is made by phone, or the email address for the Contracting Officer or COR is not immediately available, the Contractor shall contact the Contracting Officer and COR immediately after reporting to the Component or DHS Enterprise SOC.

All known or suspected incidents involving PII or SPII shall be reported within 1 hour of discovery.

All other incidents shall be reported within 8 hours of discovery.

(2) CUI transmitted via email shall be protected by encryption or transmitted within secure communications systems. CUI shall be transmitted using a *FIPS 140-2/140-3 Security Requirements for Cryptographic Modules* validated cryptographic module identified on *https://csrc.nist.gov/projects/cryptographic-module-validation- program/validated-modules*. When this is impractical or unavailable, for Federal information systems only, CUI may be transmitted over regular email channels. When using regular email channels, Contractors and subcontractors shall not include any CUI in the subject or body of any email. The CUI shall be included as a password-protected attachment with the password provided under separate cover, including as a separate email. Recipients of CUI information will comply with any email restrictions imposed by the originator.

(3) An incident shall not, by itself, be interpreted as evidence that the Contractor or Subcontractor has failed to provide adequate information security safeguards for CUI or has otherwise failed to meet the requirements of the contract.

(4) If an incident involves PII or SPII, in addition to the incident reporting guidelines in Attachment F, *Incident Response*, to DHS Policy Directive 4300A *Information Technology System Security Program,*

*Sensitive Systems*, Contractors shall also provide as many of the following data elements that are available at the time the incident is reported, with any remaining data elements provided within 24 hours of submission of the initial incident report:

(i) Unique Entity Identifier (UEI);
(ii) Contract numbers affected unless all contracts by the company are affected;
(iii) Facility CAGE code if the location of the event is different than the prime Contractor location;
(iv) Point of contact (POC) if different than the POC recorded in the System for Award Management (address, position, telephone, and email);
(v) Contracting Officer POC (address, telephone, and email);
(vi) Contract clearance level;
(vii) Name of subcontractor and CAGE code if this was an incident on a subcontractor network;
(viii) Government programs, platforms, or systems involved;
(ix) Location(s) of incident;
(x) Date and time the incident was discovered;

Exhibit 1 at 48

(xi) Server names where CUI resided at the time of the incident, both at the Contractor and subcontractor level;
(xii) Description of the government PII or SPII contained within the system; and
(xiii) Any additional information relevant to the incident.

(d) *Incident Response Requirements.*

(1) All determinations by the Department related to incidents, including response activities, will be made in writing by the Contracting Officer.

(2) The Contractor shall provide full access and cooperation for all activities determined by the Government to be required to ensure an effective incident response, including providing all requested images, log files, and event information to facilitate rapid resolution of incidents.

(3) Incident response activities determined to be required by the Government may include, but are not limited to, the following:
(i) Inspections;
(ii) Investigations;
(iii) Forensic reviews;
(iv) Data analyses and processing; and
(v) Revocation of the Authority to Operate (ATO), if applicable.

(4) The Contractor shall immediately preserve and protect images of known affected information systems and all available monitoring/packet capture data. The monitoring/packet capture data shall be retained for at least 120 days from submission of the incident report to allow DHS to request the media or decline interest.

(5) The Government, at its sole discretion, may obtain assistance from other Federal agencies and/or third-party firms to aid in incident response activities.

(e) *Certificate of Sanitization of Government and Government-Activity-Related Files and Information.* Upon the conclusion of the contract by expiration, termination, cancellation, or as otherwise indicated in the contract, the Contractor shall return all CUI to DHS and/or destroy it physically and/or logically as identified in the contract unless the contract states that return and/or destruction of CUI is not required. Destruction shall conform to the guidelines for media sanitization contained in NIST SP 800–88, *Guidelines for Media Sanitization*. The Contractor shall certify and confirm the sanitization of all government and government-activity related files and information. The Contractor shall submit the certification to the COR and Contracting Officer following the template provided in NIST SP 800–88, *Guidelines for Media Sanitization*, Appendix G.

(f) *Other Reporting Requirements.* Incident reporting required by this clause in no way rescinds the Contractor's responsibility for other incident reporting pertaining to its unclassified information systems under other clauses that may apply to its contract(s), or as a result of other applicable statutory or regulatory requirements, or other U.S. Government requirements.

(g) *Subcontracts.* The Contractor shall insert this clause in all subcontracts and require subcontractors to include this clause in all lower tier subcontracts when subcontractor employees will have access to CUI; CUI will be collected or maintained on behalf of the agency by a subcontractor; or a subcontractor information system(s) will be used to process, store, or transmit CUI.

(End of clause)

Exhibit 1 at 49

**ALTERNATE I (JULY 2023)**

When Federal information systems, which include Contractor information systems operated on behalf of the agency, are used to collect, process, store, or transmit CUI, add the following paragraphs:

(h) *Authority to Operate*. The Contractor shall not collect, process, store, or transmit CUI within a Federal information system until an ATO has been granted by the Component or Headquarters CIO, or designee. Once the ATO has been granted by the Government, the Contracting Officer shall incorporate the ATO into the contract as a compliance document. Unless otherwise specified in the ATO letter, the ATO is valid for 3 years. An ATO is granted at the sole discretion of the Government and can be revoked at any time. Contractor receipt of an ATO does not create any contractual right of access or entitlement. The Government's grant of an ATO does not alleviate the Contractor's responsibility to ensure the information system controls are implemented and operating effectively.

(1) *Complete the Security Authorization process.* The Security Authorization (SA) process shall proceed according to DHS Policy Directive 4300A *Information Technology System Security Program, Sensitive Systems* (Version 13.3, February 13, 2023), or any successor publication; and the *Security Authorization Process Guide*, including templates. These policies and templates are accessible at *https://www.dhs.gov/dhs- security-and-training-requirements-contractors*.

(i) *Security Authorization Package*. The SA package shall be developed using the government-provided Security Requirements Traceability Matrix and SA templates. The SA package consists of the following: Security Plan, Contingency Plan, Contingency Plan Test Results, Configuration Management Plan, Security Assessment Plan, Security Assessment Report, and Authorization to Operate Letter. Additional documents that may be required include a Plan(s) of Action and Milestones and Interconnection Security Agreement(s). The Contractor shall submit a signed copy of the SA package, validated by an independent third party, to the COR for review and approval by the Component or Headquarters CIO, or designee, at least 30 days prior to the date of operation of the information system. The Government is the final authority on the compliance of the SA package and may limit the number of resubmissions of modified documents.

(ii) *Independent Assessment*. Contractors shall have an independent third party validate the security and privacy controls in place for the information system(s). The independent third party shall review and analyze the SA package, and report on technical, operational, and management level deficiencies as outlined in NIST SP 800–53, *Security and Privacy Controls for Information Systems and Organizations*, or successor publication, accessible at *https://csrc.nist.gov/publications/sp*. The Contractor shall address all deficiencies before submitting the SA package to the COR for review.

(2) *Renewal of ATO.* Unless otherwise specified in the ATO letter, the Contractor shall renew the ATO every 3 years. The Contractor is required to update its SA package as part of the ATO renewal process for review and verification of security controls. Review and verification of security controls is independent of the system production date and may include onsite visits that involve physical or logical inspection of the Contractor environment to ensure controls are in place. The updated SA package shall be submitted for review and approval by the Component or Headquarters CIO, or designee, at least 90 days before the ATO expiration date. The Contractor shall update its SA package by one of the following methods:

(i) Updating the SA package in the DHS Information Assurance Compliance System; or

(ii) Submitting the updated SA package directly to the COR.

(3) *Security Review.* The Government may elect to conduct periodic reviews to ensure that the security requirements contained in the contract are being implemented and enforced. The Government, at its sole

Exhibit 1 at 50

discretion, may obtain assistance from other Federal agencies and/or third-party firms to aid in security review activities. The Contractor shall afford DHS, the Office of the Inspector General, other government organizations, and Contractors working in support of the Government access to the Contractor's facilities, installations, operations, documentation, databases, networks, systems, and personnel used in the performance of this contract. The Contractor shall, through the Contracting Officer and COR, contact the Component or Headquarters CIO, or designee, to coordinate and participate in review and inspection activity by government organizations external to DHS. Access shall be provided, to the extent necessary as determined by the Government (including providing all requested images), for the Government to carry out a program of inspection, investigation, and audit to safeguard against threats and hazards to the integrity, availability, and confidentiality of government data or the function of computer systems used in performance of this contract and to preserve evidence of computer crime.

(4) *Federal Reporting and Continuous Monitoring Requirements.* Contractors operating information systems on behalf of the Government shall comply with Federal reporting and information system continuous monitoring requirements. Reporting requirements are determined by the Government and are defined in the Fiscal Year 2015 DHS Information Security Performance Plan, or successor publication, accessible at *https://www.dhs.gov/dhs-security-and-training-requirements-contractors*. The plan is updated on an annual basis. Annual, quarterly, and monthly data collection will be coordinated by the Government. The Contractor shall provide the Government with all information to fully satisfy Federal reporting requirements for information systems. The Contractor shall provide the COR with requested information within 3 business days of receipt of the request. Unless otherwise specified in the contract, monthly continuous monitoring data shall be stored at the Contractor's location for a period not less than 1 year from the date the data are created. The Government may elect to perform information system continuous monitoring and IT security scanning of information systems from government tools and infrastructure.

<div align="center">(End of clause)</div>

## II.44 3052.204-73 Notification and Credit Monitoring Requirements for Personally Identifiable Information Incidents. (Jul 2023)

(a) *Definitions.* Privacy Information includes both Personally Identifiable Information (PII) and Sensitive Personally Identifiable Information (SPII). PII refers to information that can be used to distinguish or trace an individual's identity, either alone, or when combined with other information that is linked or linkable to a specific individual; and SPII is a subset of PII that if lost, compromised, or disclosed without authorization could result in substantial harm, embarrassment, inconvenience, or unfairness to an individual. To determine whether information is PII, the DHS will perform an assessment of the specific risk that an individual can be identified using the information with other information that is linked or linkable to the individual. In performing this assessment, it is important to recognize that information that is not PII can become PII whenever additional information becomes available, in any medium or from any source, that would make it possible to identify an individual. Certain data elements are particularly sensitive and may alone present an increased risk of harm to the individual.

(1) Examples of stand-alone PII that are particularly sensitive include: Social Security numbers (SSNs), driver's license or State identification numbers, Alien Registration Numbers (A-numbers), financial account numbers, and biometric identifiers.

(2) Multiple pieces of information may present an increased risk of harm to the individual when combined, posing an increased risk of harm to the individual. SPII may also consist of any grouping of information that contains an individual's name or other unique identifier plus one or more of the following elements:

Exhibit 1 at 51

(i) Truncated SSN (such as last 4 digits);
(ii) Date of birth (month, day, and year);
(iii) Citizenship or immigration status;
(iv) Ethnic or religious affiliation;
(v) Sexual orientation;
(vi) Criminal history;
(vii) Medical information; and
(viii) System authentication information, such as mother's birth name, account passwords, or personal identification numbers (PINs).

(3) Other PII that may present an increased risk of harm to the individual depending on its context, such as a list of employees and their performance ratings or an unlisted home address or phone number. The context includes the purpose for which the PII was collected, maintained, and used. This assessment is critical because the same information in different contexts can reveal additional information about the impacted individual.

(b) *PII and SPII Notification Requirements.*

(1) No later than 5 business days after being directed by the Contracting Officer, or as otherwise required by applicable law, the Contractor shall notify any individual whose PII or SPII was either under the control of the Contractor or resided in an information system under control of the Contractor at the time the incident occurred. The method and content of any notification by the Contractor shall be coordinated with, and subject to prior written approval by, the Contracting Officer. The Contractor shall not proceed with notification unless directed in writing by the Contracting Officer.

(2) All determinations by the Department related to notifications to affected individuals and/or Federal agencies and related services (e.g., credit monitoring) will be made in writing by the Contracting Officer.

(3) Subject to government analysis of the incident and direction to the Contractor regarding any resulting notification, the notification method may consist of letters to affected individuals sent by first-class mail, electronic means, or general public notice, as approved by the Government. Notification may require the Contractor's use of address verification and/or address location services. At a minimum, the notification shall include:

   (i) A brief description of the incident;
   (ii) A description of the types of PII or SPII involved;
   (iii) A statement as to whether the PII or SPII was encrypted or protected by other means;
   (iv) Steps individuals may take to protect themselves;
   (v) What the Contractor and/or the Government are doing to investigate the incident, mitigate the incident, and protect against any future incidents; and
   (vi) Information identifying who individuals may contact for additional information.

(c) *Credit Monitoring Requirements.* The Contracting Officer may direct the Contractor to:

(1) Provide notification to affected individuals as described in paragraph (b).

(2) Provide credit monitoring services to individuals whose PII or SPII was under the control of the Contractor or resided in the information system at the time of the incident for a period beginning the date of the incident and extending not less than 18 months from the date the individual is notified. Credit monitoring services shall be provided from a company with which the Contractor has no affiliation. At a minimum, credit monitoring services shall include:

Exhibit 1 at 52

(i) Triple credit bureau monitoring;
(ii) Daily customer service;
(iii) Alerts provided to the individual for changes and fraud; and
(iv) Assistance to the individual with enrollment in the services and the use of fraud alerts.

(3) Establish a dedicated call center. Call center services shall include:

(i) A dedicated telephone number to contact customer service within a fixed period;
(ii) Information necessary for registrants/enrollees to access credit reports and credit scores;
(iii) Weekly reports on call center volume, issue escalation (i.e., those calls that cannot be handled by call center staff and must be resolved by call center management or DHS, as appropriate), and other key metrics;
(iv) Escalation of calls that cannot be handled by call center staff to call center management or DHS, as appropriate;
(v) Customized Frequently Asked Questions, approved in writing by the Contracting Officer in coordination with the Component or Headquarters Privacy Officer; and
(vi) Information for registrants to contact customer service representatives and fraud

 resolution representatives for credit monitoring assistance.

(End of clause)

## II. 5 INFORMATION TECHNOLOGY SECURITY AWARENESS TRAINING (JULY 2023)

(a) *Applicability.* This clause applies to the Contractor, its subcontractors, and Contractor employees (hereafter referred to collectively as "Contractor"). The Contractor shall insert the substance of this clause in all subcontracts.

(b) *Security Training Requirements.*

(1) All users of Federal information systems are required by Title 5, Code of Federal Regulations, Part 930.301, Subpart C, as amended, to be exposed to security awareness materials annually or whenever system security changes occur, or when the user's responsibilities change. The Department of Homeland Security (DHS) requires that Contractor employees take an annual Information Technology Security Awareness Training course before accessing sensitive information under the contract. Unless otherwise specified, the training shall be completed within thirty (30) days of contract award and be completed on an annual basis thereafter not later than October 31st of each year. Any new Contractor employees assigned to the contract shall complete the training before accessing sensitive information under the contract. The training is accessible at http://www.dhs.gov/dhs-security-and-training-requirements-contractors. The Contractor shall maintain copies of training certificates for all Contractor and subcontractor employees as a record of compliance. Unless otherwise specified, initial training certificates for each Contractor and subcontractor employee shall be provided to the Contracting Officer's Representative (COR) not later than thirty (30) days after contract award. Subsequent training certificates to satisfy the annual training requirement shall be submitted to the COR via e-mail notification not later than October 31st of each year. The e-mail notification shall state the required training has been completed for all Contractor and subcontractor employees.

(2) The DHS Rules of Behavior apply to every DHS employee, Contractor and subcontractor that will have access to DHS systems and sensitive information. The DHS Rules of Behavior shall be signed before accessing DHS systems and sensitive information. The DHS Rules of Behavior is a document that informs users of their responsibilities when accessing DHS systems and holds users accountable for actions taken while accessing DHS systems and using DHS Information Technology resources capable of inputting,

Exhibit 1 at 53

storing, processing, outputting, and/or transmitting sensitive information. The DHS Rules of Behavior is accessible at http://www.dhs.gov/dhs-security-and-training-requirements-contractors. Unless otherwise specified, the DHS Rules of Behavior shall be signed within thirty (30) days of contract award. Any new Contractor employees assigned to the contract shall also sign the DHS Rules of Behavior before accessing DHS systems and sensitive information. The Contractor shall maintain signed copies of the DHS Rules of Behavior for all Contractor and subcontractor employees as a record of compliance. Unless otherwise specified, the Contractor shall e-mail copies of the signed DHS Rules of Behavior to the COR not later than thirty (30) days after contract award for each employee. The DHS Rules of Behavior will be reviewed annually, and the COR will provide notification when a review is required.

(End of clause)

## II.46 52.225-5 TRADE AGREEMENTS (Nov 2023)

(a) *Definitions*. As used in this clause-

*Caribbean Basin country end product*—

   (1) Means an article that-

(i)

(A) Is wholly the growth, product, or manufacture of a Caribbean Basin country; or

(B) In the case of an article that consists in whole or in part of materials from another country, has been substantially transformed in a Caribbean Basin country into a new and different article of commerce with a name, character, or use distinct from that of the article or articles from which it was transformed; and

(ii) Is not excluded from duty-free treatment for Caribbean countries under 19 U.S.C.2703(b).

(A) For this reason, the following articles are not Caribbean Basin country end products:

   *(1)* Tuna, prepared or preserved in any manner in airtight containers;

   *(2)* Petroleum, or any product derived from petroleum;

   *(3)* Watches and watch parts (including cases, bracelets, and straps) of whatever type including, but not limited to, mechanical, quartz digital, or quartz analog, if such watches or watch parts contain any material that is the product of any country to which the Harmonized Tariff Schedule of the United States (HTSUS) column2 rates of duty apply (*i.e.,* Afghanistan, Cuba, Laos, North Korea, and Vietnam); and

   *(4)* Certain of the following: textiles and apparel articles; footwear, handbags, luggage, flat goods, work gloves, and leather wearing apparel; or handloomed, handmade, and folklore articles;

(B) Access to the HTSUS to determine duty-free status of articles of these types is available at https://usitc.gov/tata/hts/index.htm. In particular, see the following:

   *(1)* General Note3(c), Products Eligible for Special Tariff treatment.

   *(2)* General Note17, Products of Countries Designated as Beneficiary Countries under the United States-

Exhibit 1 at 54

Caribbean Basin Trade Partnership Act of 2000.

*(3)* Section XXII, Chapter 98, Subchapter II, Articles Exported and Returned, Advanced or Improved Abroad, U.S. Note7(b).

*(4)* Section XXII, Chapter 98, Subchapter XX, Goods Eligible for Special Tariff Benefits under the United States-Caribbean Basin Trade Partnership Act; and

(2) Refers to a product offered for purchase under a supply contract, but for purposes of calculating the value of the acquisition, includes services (except transportation services) incidental to the article, provided that the value of those incidental services does not exceed that of the article itself.

*Designated country* means any of the following countries:

(1) A World Trade Organization Government Procurement Agreement (WTO GPA) country (Armenia, Aruba, Australia, Austria, Belgium, Bulgaria, Canada, Croatia, Cyprus, Czech Republic, Denmark, Estonia, Finland, France, Germany, Greece, Hong Kong, Hungary, Iceland, Ireland, Israel, Italy, Japan, Korea (Republic of), Latvia, Liechtenstein, Lithuania, Luxembourg, Malta, Moldova, Montenegro, Netherlands, New Zealand, North Macedonia, Norway, Poland, Portugal, Romania, Singapore, Slovak Republic, Slovenia, Spain, Sweden, Switzerland, Taiwan (known in the World Trade Organization as "the Separate Customs Territory of Taiwan, Penghu, Kinmen and Matsu (Chinese Taipei)"), Ukraine, or United Kingdom);

(2) A Free Trade Agreement (FTA) country (Australia, Bahrain, Chile, Colombia, Costa Rica, Dominican Republic, El Salvador, Guatemala, Honduras, Korea (Republic of), Mexico, Morocco, Nicaragua, Oman, Panama, Peru, or Singapore);

(3) A least developed country (Afghanistan, Angola, Bangladesh, Benin, Bhutan, Burkina Faso, Burundi, Cambodia, Central African Republic, Chad, Comoros, Democratic Republic of Congo, Djibouti, Equatorial Guinea, Eritrea, Ethiopia, Gambia, Guinea, Guinea-Bissau, Haiti, Kiribati, Laos, Lesotho, Liberia, Madagascar, Malawi, Mali, Mauritania, Mozambique, Nepal, Niger, Rwanda, Samoa, Sao Tome and Principe, Senegal, Sierra Leone, Solomon Islands, Somalia, South Sudan, Tanzania, Timor-Leste, Togo, Tuvalu, Uganda, Vanuatu, Yemen, or Zambia); or

(4) A Caribbean Basin country (Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, Bonaire, British Virgin Islands, Curacao, Dominica, Grenada, Guyana, Haiti, Jamaica, Montserrat, Saba, St. Kitts and Nevis, St. Lucia, St. Vincent and the Grenadines, Sint Eustatius, Sint Maarten, or Trinidad and Tobago).

*Designated country end product* means a WTO GPA country end product, an FTA country end product, a least developed country end product, or a Caribbean Basin country end product.

*End product* means those articles, materials, and supplies to be acquired under the contract for public use.

*Free Trade Agreement country end product* means an article that-

(1) Is wholly the growth, product, or manufacture of a Free Trade Agreement (FTA) country; or

(2) In the case of an article that consists in whole or in part of materials from another country, has been substantially transformed in an FTA country into a new and different article of commerce with a name, character, or use distinct from that of the article or articles from which it was transformed. The term refers to a product offered for purchase under a supply contract, but for purposes of calculating the value of the end product includes services (except transportation services) incidental to the article, provided that the value of those incidental services does not exceed that of the article itself.

Exhibit 1 at 55

*Least developed country end product* means an article that-

(1) Is wholly the growth, product, or manufacture of a least developed country; or

(2) In the case of an article that consists in whole or in part of materials from another country, has been substantially transformed in a least developed country into a new and different article of commerce with a name, character, or use distinct from that of the article or articles from which it was transformed. The term refers to a product offered for purchase under a supply contract, but for purposes of calculating the value of the end product, includes services (except transportation services) incidental to the article, provided that the value of those incidental services does not exceed that of the article itself.

*United States* means the 50 States, the District of Columbia, and outlying areas.

*U.S.-made end product* means an article that is mined, produced, or manufactured in the United States or that is substantially transformed in the United States into a new and different article of commerce with a name, character, or use distinct from that of the article or articles from which it was transformed.

*WTO GPA country end product* means an article that-

(1) Is wholly the growth, product, or manufacture of a WTO GPA country; or

(2) In the case of an article that consists in whole or in part of materials from another country, has been substantially transformed in a WTO GPA country into a new and different article of commerce with a name, character, or use distinct from that of the article or articles from which it was transformed. The term refers to a product offered for purchase under a supply contract, but for purposes of calculating the value of the end product includes services, (except transportation services) incidental to the article, provided that the value of those incidental services does not exceed that of the article itself.


(b) *Delivery of end products*. The Contracting Officer has determined that the WTO GPA and FTAs apply to this acquisition. Unless otherwise specified, these trade agreements apply to all items in the Schedule. The Contractor shall deliver under this contract only U.S.-made or designated country end products except to the extent that, in its offer, it specified delivery of other end products in the provision entitled "Trade Agreements Certificate."

<center>(End of clause)</center>

**I.     2.204-9 PERSONAL IDENTITY VERIFICATION OF CONTRACTOR PERSONNEL (JAN 2011)**

**II.48 52.204-21 - BASIC SAFEGUARDING OF COVERED CONTRACTOR INFORMATION SYSTEMS (NOV 2021)**

**II.49 52.203-12 LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (JUN 2020)**

**II.50     52.228-5 INSURANCE-WORK ON A GOVERNMENT INSTALLATION (JAN 1997)**

**II.51 52.223-3 HAZARDOUS MATERIAL IDENTIFICATION AND MATERIAL SAFETY DATA (FEB 2021) ALTERNATE I (JUL 1995)**

**II.52  52.223-70 REMOVAL OR DISPOSAL OF HAZARDOUS SUBSTANCES--APPLICABLE LICENSES AND PERMITS (JUN 2006)**

Exhibit 1 at 56

The Contractor shall have all licenses and permits required by Federal, state, and local laws to perform hazardous substance(s) removal or disposal services. If the Contractor does not currently possess these documents, it shall obtain all requisite licenses and permits within 90 days after date of award. The Contractor shall provide evidence of said documents to the Contracting Officer or designated Government representative prior to commencement of work under the contract.

**II.53 52.245-1 GOVERNMENT PROPERTY (SEP 2021) ALTERNATE I (APR 2012)**

**II.54    52.224-1 PRIVACY ACT NOTIFICATION (APR 1984)**

**II.55    52.224-2 PRIVACY ACT (APR 1984)**

**II.56    52.227-14 RIGHTS IN DATA--GENERAL (MAY 2014)**

**II.57    3052.225-98 MADE IN AMERICA – PERSONAL PROTECTIVE EQUIPMENT (OCT 2022)**

(a) *Definitions*. As used in this clause—

*Component*, as applied to an item described in subsection (b) of this clause, means an article, material, or supply incorporated directly into personal protective equipment.

*Domestic personal protective equipment*, as applied to an item described in subsection (b) of this clause, means personal protective equipment, including the materials and components thereof, that is grown, reprocessed, reused, or produced in the United States.

*Foreign-made domestic personal protective equipment*, as applied to an item described in subsection (b) of this clause, means personal protective equipment that is assembled outside the United States containing only materials and components that are grown, reprocessed, reused, or produced in the United States.

*Foreign personal protective equipment* means personal protective equipment other than domestic personal protective equipment or foreign-made domestic personal protective equipment.

*Personal protective equipment*, as applied to an item described in subsection (b) of this clause, means surgical masks, respirator masks and powered air purifying respirators and required filters, face shields and protective eyewear, gloves, disposable and reusable surgical and isolation gowns, head and foot coverings, and other gear or clothing used to protect an individual from the transmission of disease.

*United States*, as applied to an item described in subsection (b) of this clause, means the 50 States, the District of Columbia, and the possessions of the United States.

(b) The Contractor shall deliver only domestic personal protective equipment except to the extent that it specified delivery of foreign-made domestic personal protective equipment in the provision of the solicitation entitled "Made in America Certificate – Personal Protective Equipment."

(c) *Order of Precedence*. In the event the Department of Homeland Security determines neither domestic personal protective equipment nor foreign-made domestic personal protective equipment are available due to nonavailability or unreasonable cost, the Contractor shall comply with the clauses at Federal Acquisition Regulation (FAR) 52.225-1 Buy American – Supplies or 52.225-3 Buy American – Free Trade Agreements – Israeli Trade Act and the provisions at FAR 52.225-2 Buy American Certificate or 52.225-4 Buy American –

Exhibit 1 at 57

Free Trade Agreements – Israeli Trade Act Certificate or the clause at FAR 52.225-5 Trade Agreements and the provision at FAR 52.225-6 Trade Agreements Certificate, as applicable.

(End of clause)

**II.58 Payments - Consumption Task Order**

(a) The contractor shall submit an invoice no more than once a month for charges that were incurred based on the Government's consumption of services during the previous month.

(b) The invoice shall include both tabular and graphical representations showing the Government's month-by-month consumption of services for all items in the Schedule of Supplies and Services, from the beginning of the Task Order through the month being invoiced.

(End of clause)

**II.59 Limitation of Government's Obligation – Consumption Task Order**

(a) The items in the Schedule of Supplies and Services are estimates. This Task Order includes an obligation of funds that represents the estimate of the total amount of charges that will be paid under this Task Order for the current period of performance. This amount is only an estimate. Payment will be made only for charges that are incurred based on the Government's actual consumption of services.

(b) The Contractor agrees to perform up to the point at which the total amount of charges that are incurred based on the Government's consumption of services approximates the total amount currently obligated to the Task Order for the current period of performance. The Contractor is not authorized to continue work on the Task Order beyond that point. The Government will not be obligated in any event to reimburse the Contractor in excess of the amount obligated to the Task Order regardless of anything to the contrary in any other clause of this Task Order.

(c) The contractor shall not incur any costs under the Consumption CLINs unless prior authorization is received from the Contracting Officer. The Government reserves the right to fund a portion or all of the capacity allowed under these CLINs based upon the identified needs of the program office.

(d) The Contractor will notify the Task Order Contracting Officer in writing at least twenty-one days prior to the date when, in the Contractor's best judgment, the Government's consumption of services will reach the point at which the total amount payable by the Government will approximate 80 percent of the total amount then obligated to the Task Order for the current period of performance. The notification will state (1) the estimated date when that point will be reached and (2) an estimate of additional funding, if any, needed to continue performance of the Task Order through the completion of the Task Order's current period of performance. If after such notification additional funds are not obligated by the date identified in the Contractor's notification, or by an agreed substitute date, the contractor is no longer authorized to provide support under the CLIN.

(e) When additional funds are obligated to the Task Order for continued performance, the parties will agree as to the period of contract performance which will be covered by the funds. The provisions of paragraphs (b) through (e) of this clause will apply in like manner to the additional obligated funds and agreed end date, and the Task Order will be modified accordingly.

(f) The Government may at any time obligate additional funds to the Task Order.

(g) The Government retains all rights under any other termination clause in the awarded Task Order.

Exhibit 1 at 58

(h) Nothing in this clause shall be construed as authorization of voluntary services whose acceptance is otherwise prohibited under 31 U.S.C. 1342.

<div align="center">(End of clause)</div>

<div align="center">SECTION III SOLICITATION PROVISIONS</div>

III.9 **52.204-7 SYSTEM FOR AWARD MANAGEMENT (OCT 2018)**

III.9 **52.204-16 COMMERCIAL AND GOVERNMENT ENTITY CODE REPORTING (AUG 2020)**

III.9 **52.204-17 OWNERSHIP OR CONTROL OF OFFEROR (AUG 2020)**

III.9 **52.212-1 INSTRUCTIONS TO OFFERORS- COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (SEP 2023)**

III.9 **52.216-31 TIME-AND-MATERIALS/LABOR-HOUR PROPOSAL REQUIREMENTS-- COMMERCIAL ACQUISITION (NOV 2021)**

III.9 **52.225-25 PROHIBITION ON CONTRACTING WITH ENTITIES ENGAGING IN CERTAIN ACTIVITIES OR TRANSACTIONS RELATING TO IRAN--REPRESENTATION AND CERTIFICATIONS (JUN 2020)**

III.9 **52.204-24 REPRESENTATION REGARDING CERTAIN TELECOMMUNICATIONS AND VIDEO SURVEILLANCE SERVICES OR EQUIPMENT (NOV 2021)**

The Offeror shall not complete the representation at paragraph (d)(1) of this provision if the Offeror has represented that it ''does not provide covered telecommunications equipment or services as a part of its offered products or services to the Government in the performance of any contract, subcontract, or other contractual instrument'' in paragraph (c)(1) in the provision at 52.204-26, Covered Telecommunications Equipment or Services -- Representation, or in paragraph (v)(2)(i) of the provision at 52.212-3, Offeror Representations and Certifications - Commercial Products and Commercial Services. The Offeror shall not complete the representation in paragraph (d)(2) of this provision if the Offeror has represented that it ''does not use covered telecommunications equipment or services, or any equipment, system, or service that uses covered telecommunications equipment or services'' in paragraph (c)(2) of the provision at 52.204-26, or in paragraph (v)(2)(ii) of the provision at 52.212-3.

(a) *Definitions*. As used in this provision-

*Backhaul*, *covered telecommunications equipment or services*, *critical technology*, *interconnection arrangements*, *reasonable inquiry*, *roaming*, and *substantial or essential component* have the meanings provided in the clause 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment.

(b)     *Prohibition*. (1) Section 889(a)(1)(A) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2019, from procuring or obtaining, or extending or renewing a contract to procure or obtain, any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. Nothing in the prohibition shall be construed to--

<div align="center">59</div>

<div align="center" style="color:red">Exhibit 1 at 59</div>

(i)  Prohibit the head of an executive agency from procuring with an entity to provide a service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

(ii)   Cover telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(2) Section 889(a)(1)(B) of the John S. McCain National Defense Authorization Act for Fiscal Year 2019 (Pub. L. 115-232) prohibits the head of an executive agency on or after August 13, 2020, from entering into a contract or extending or renewing a contract with an entity that uses any equipment, system, or service that uses covered telecommunications equipment or services as a substantial or essential component of any system, or as critical technology as part of any system. This prohibition applies to the use of covered telecommunications equipment or services, regardless of whether that use is in performance of work under a Federal contract. Nothing in the prohibition shall be construed to--

(i)  Prohibit the head of an executive agency from procuring with an entity to provide a service that connects to the facilities of a third-party, such as backhaul, roaming, or interconnection arrangements; or

(ii)  Cover telecommunications equipment that cannot route or redirect user data traffic or cannot permit visibility into any user data or packets that such equipment transmits or otherwise handles.

(c) *Procedures*. The Offeror shall review the list of excluded parties in the System for Award Management (SAM) (https://www.sam.gov) for entities excluded from receiving federal awards for ``covered telecommunications equipment or services.''

(d) *Representations*. The Offeror represents that--

(1) It [_] will, [_] will not provide covered telecommunications equipment or services to the Government in the performance of any contract, subcontract or other contractual instrument resulting from this solicitation. The Offeror shall provide the additional disclosure information required at paragraph (e)(1) of this section if the Offeror responds ``will'' in paragraph (d)(1) of this section; and

(2) After conducting a reasonable inquiry, for purposes of this representation, the Offeror represents that--

It [_] does, [_] does not use covered telecommunications equipment or services, or use any equipment, system, or service that uses covered telecommunications equipment or services. The Offeror shall provide the additional disclosure information required at paragraph (e)(2) of this section if the Offeror responds ``does'' in paragraph (d)(2) of this section.

(e)    *Disclosures*. (1) Disclosure for the representation in paragraph (d)(1) of this provision. If the Offeror has responded ``will'' in the representation in paragraph (d)(1) of this provision, the Offeror shall provide the following information as part of the offer:

(i)  For covered equipment--

(A) The entity that produced the covered telecommunications equipment (include entity name, unique entity identifier, CAGE code, and whether the entity was the original equipment manufacturer (OEM) or a distributor, if known);

(B) A description of all covered telecommunications equipment offered (include brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); and

Exhibit 1 at 60

(C) Explanation of the proposed use of covered telecommunications equipment and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(1) of this provision.

(ii) For covered services--

(A) If the service is related to item maintenance: A description of all covered telecommunications services offered (include on the item being maintained: Brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); or

(B) If not associated with maintenance, the Product Service Code (PSC) of the service being provided; and explanation of the proposed use of covered telecommunications services and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(1) of this provision.

(2) Disclosure for the representation in paragraph (d)(2) of this provision. If the Offeror has responded ``does'' in the representation in paragraph (d)(2) of this provision, the Offeror shall provide the following information as part of the offer:

(i) For covered equipment--

(A) The entity that produced the covered telecommunications equipment (include entity name, unique entity identifier, CAGE code, and whether the entity was the OEM or a distributor, if known);

(B) A description of all covered telecommunications equipment offered (include brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); and

(C) Explanation of the proposed use of covered telecommunications equipment and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(2) of this provision.

(ii) For covered services--

(A) If the service is related to item maintenance: A description of all covered telecommunications services offered (include on the item being maintained: Brand; model number, such as OEM number, manufacturer part number, or wholesaler number; and item description, as applicable); or

(B) If not associated with maintenance, the PSC of the service being provided; and explanation of the proposed use of covered telecommunications services and any factors relevant to determining if such use would be permissible under the prohibition in paragraph (b)(2) of this provision.

(End of provision)

Exhibit 1 at 61

**III.8  STATEMENT OF WORK**



**Department of Homeland Security (DHS)**
**United States Customs and Border Protection (CBP)**
**Operations Support (OS)**
**Office of Chief Medical Officer (OCMO)**

**Statement of Work (SOW)**

**<u>CBP Medical Services Contract (MSC)</u>**

**Purchase Requisition (PR) 20128777**

**Amendment 0022**

**February 13, 2024**

Exhibit 1 at 62

**I–DEFENITIONS AND ACRONYMS**

AOR – Area of Responsibility

APP – Advanced Practice Provider

BLS – Basic Life Support

CBP – U.S. Customs and Border Protection

CDC – Center for Disease Control

CPR – Cardiopulmonary Resuscitation

COR – Contract Office Representative

DHS – Department of Homeland Security

DPM – Regional Deputy Program Manager

EMR – Electronic Medical Records

FML – Forward Medical Location

FPPE – Focused Professional Practice Evaluation

HQ - Headquarters

MPF – Medical Priority Facility

MQM – Medical Quality Management

MSC – Medical Support Contract

MU – Medical Unit

OCMO – Office of the Chief Medical Officer

OCMO PM – The program manager of the Program Management Office within the Office of the Chief Medical Officer.

OFO – Office of Field Operations

OIT – Office of Information Technology

OPPE – Ongoing Profession Practice Evaluation

OSHA – Occupational Safety and Health Administration

POE – Port of Entry

POP – Period of Performance

PM – Regional Program Manager

Provider – Physician Assistant or Nurse Practitioner

Region – a geographical area equal to a sector that includes all Border Patrol Stations and Office of Field Operations Ports of Entry.

Sector – a geographical area of Border Patrol operations within a region, in which a sector headquarters and strategically located stations are situated. Each is organized and staffed to be flexible and relatively self-sufficient, equipped to operate as an independent unit in accomplishing its mission. Organizationally, there are 20 sectors (Northern-5, Eastern-3, Southern-7, Western-5), and the Border Patrol Academy. The supervisory officer staff of a Sector Headquarters consists of a Chief and Deputy Chief Patrol Agent and, in the case of large sectors with complex operations, one or more Assistant Chief Patrol Agents.

Stations – A Border Patrol station covers a geographical area within a sector. A Patrol Agent in Charge (Supervisory Border Patrol Agent) is responsible to the Chief Patrol Agent, through an Assistant Chief and/or Deputy Chief Patrol Agent, for day-to-day operations of the stations. In large stations, additional supervisors (Supervisory Border Patrol Agents) are responsible for units engaged in various phases of operations. In either case, supervisors are field leaders who work along with subordinate patrol agents to impart the benefit of their Service experience.

Support – Emergency Medical Technician or Paramedic or Certified Medical Assistant or Certified Nursing Assistant or Licensed Vocational Nurse or Licensed Practical Nurse

SWB – Southwest Border

TOM – Task Order Monitor

USBP – United States Border Patrol

## 1.0    BACKGROUND

With more than 60,000 employees, the United States (U.S.) Customs and Border Protection (CBP) is one of the world's largest law enforcement organizations and is charged with keeping terrorists and their weapons out of the U.S. while facilitating lawful international travel and trade. CBP takes a comprehensive approach to border management and control, combining customs, immigration, border security, and agricultural protection into one coordinated and supportive activity.

Within CBP, the United States Border Patrol (USBP) is responsible for patrolling the 6,000 miles of Mexican and Canadian international land borders, and 2,000 miles of coastal waters surrounding the Florida Peninsula and the island of Puerto Rico. The Office of Field Operations (OFO) regulates and facilitates the flow of trade and travel at Ports of Entry (POE) along these same borders. The USBP and OFO together apprehended over two million individuals in fiscal year 2022, and conducted hundreds of thousands of medical interviews, assessments, and other referrals during this time. The vast majority of those in CBP custody are apprehended at the Southwest Border (SWB), which is the primary focus of the CBP mission under this SOW. However, CBP reserves the right to deploy Contractor staff to CBP facilities across the US. CBP is committed to caring for and seeing to the safety, and security of all individuals in its custody.

As the migrant population transits to the U.S., they endure physically demanding and poor living conditions that adversely affect their health and well-being and pose medical and public health concerns upon apprehension and processing. The care for persons in CBP custody is part of a larger system of medical support for persons in government custody. A critical element of this approach is CBP's trauma-informed care model to provide frontline medical care.

CBP ensures that persons in custody receive high quality care at the appropriate scope of medical support compatible with a front-line operational environment where persons shall be in custody for a short period of time. In this context, the CBP requirement is quite different from clinical facilities at long-term detention centers, which provide a more robust level of medical care. CBP works closely with local health systems and other immigration health partners and relies on referral to the local health system for complex, urgent, or emergent care.

## 2.0    SCOPE OF WORK

2.1. Customs and Border Protection (CBP) requires a targeted and flexible medical contract capability to support operations along the U.S. Southwest Border (SWB), providing medical services to persons in CBP custody. CBP requires healthcare medical staff to work out of Medical Priority Facilities (MPF) located at CBP sites including, OFO POEs and USBP Stations. These medical support contract requirements include multiple key tasks: Front-line medical services, including the establishment, staffing, and operation of Medical Units (MUs) at Medical Priority Facilities (MPFs); medical logistics support; administration and program management; medical data reporting; sentinel events reporting; procurement of medical supplies/equipment; and medical quality management (MQM). Contractor shall perform all medical tasks in conformance with

applicable Department of Homeland Security (DHS) and CBP medical policies and directives.

2.2. Contractor must provide high-quality, professional, trauma-informed medical support services to a diverse population of children, pregnant women, and adults in accordance with guiding principles and practices such as those defined by the U.S. Substance Abuse and Mental Health Services Administration (SAMHSA). Required medical support includes initial health interview (CBP 2500), initial triage, medical assessment, medical encounter, enhanced medical monitoring, 'basic' diagnosis/low acuity treatment, psychological triage and first aid, referral, follow-up, public health/infectious disease support, medical summary (CBP 2501) and medical reporting, as more fully set forth below.

2.3. Contractor shall provide frontline medical staff, to include but not limited to: Physicians, Physician Assistants/Nurse Practitioners, Emergency Medical Technicians (Basic, Advanced and Paramedic level), Certified Medical Assistants, and Certified Nursing Assistants at approximately 80+ sites along the SWB.

2.4. The Contractor, in coordination with the COR, PMO, and OCMO, shall establish and administer a comprehensive Medical Quality Management (MQM) Program in accordance with the CBP guidance and DHS Medical Quality Management Directive 248-01. Refer to Task 3.3 on Medical Quality Management.

2.5. Contractor shall be responsible for the monitoring of all medical support staff licenses and certifications to ensure they are current and providing care within their scope of practice. In addition to program management, medical quality management, and frontline services, the Contractor shall also provide program specialists who can help manage and track vetting, background investigation status, credentialing (in coordination with CBP and the DHS Office of Health Security), and shift scheduling. Contractor shall comply with all CBP and DHS background investigation requirements as per policy. Contractor must manage and be responsive to all aspects of medical unit operations in a dynamic environment to include logistics, procurement of medical supplies, inventory management, program management, contract staff management, agile relocation to locations that require additional support, and continuous scheduling management to meet the needs of a fast-paced, dynamic field based operational environment. The Contractor shall need to adapt workforce staffing levels and requirements to account for surges in non-citizen migrant traffic. There may be the need to maintain several sub-contractors or pool of available staff to assist as emergency needs arise.

2.6. Contractor shall ensure it has recruiting and retention policies and practices to reduce vacancies, limit overtime, and ensure the government's investment of clearing an individual with a Limited or Full background investigation prevails.

2.7. The Contractor shall obtain certification or waiver, for each medical location that performs point of care (POC) testing, through the Clinical Laboratory Improvement Amendments (CLIA) of 1988. To date, CBP has 88 established MUs that perform POC testing. The Contractor shall be responsible for understanding and complying with all Federal regulations governing point of care testing to include applying for and

maintaining a current CLIA certificate to cover each medical unit, staff completion of all CLIA training, annual verification of competence in performance of testing for each staff on each type of POC test, annual Ishihara screening for staff, and maintenance of a CLIA manual with instructions on how to perform any POC test and perform any needed controls for those tests. CLIA POC testing may include, but is not limited to: pregnancy testing, urinalysis, blood glucose testing, and Influenza A/B testing CLIA waiver/certification is required within 30 days from contract award.

2.8. Contractor efforts shall include but are not limited to the following:

- Manages all needed medical supplies
- Administration and Program Management to include staffing, recruiting, vetting, scheduling, source selection of medical candidates, training, security background investigations, and other corporation and government duties
- Conducts and documents enhanced medical monitoring as required or directed for persons in CBP custody (refer to Appendix F)
- Conducts and completes all documentation of patient care and clinical decision-making, including Exit Medical Summaries, and fitness for travel/transfer/release, as appropriate, prior to the transfer of any patient to other providers or facility locations.
- Conducts and documents Health Intake Interviews
- Conducts and documents Medical Assessments
- Conducts and documents Medical Encounters
- Provides trauma-informed behavioral health support, including psychological triage, psychological first aid, and referral
- Provides behavioral health advisors as required or directed to inform, advise, oversee, support behavioral health support for persons in custody
- Conducts frontline medical services including medical screenings and standard-of-care assessments/treatments of both acute and chronic health conditions, as well as appropriate documentation of history, exam findings, assessments, medical decision making, treatments, and response to treatments into an approved electronic health record, as well as providing medical summary documents to facilitate transfer of persons in custody.
- Conducts medical risk reduction through a formalized system of Medical Quality Management, including Quality Assurance and Quality Improvement processes, which are freely shared with CBP at all levels.
- Conducts medical logistics support
  - The Contractor shall not be required to provide any type of medical transport vehicles (i.e., ambulances) or mobile medical clinic/units
- Conducts medical quality management/oversight and assurance
- Coordinates referrals to local health systems for additional evaluation and treatment as required or directed.
  - The Contractor is not required to establish provider agreements with local health systems
- Establishes and staffs medical teams and units as required and directed
- Documents medical information in the CBP Electronic Medical Record. All medical record entries should be completed before the end of the clinical shift with the exception of medical summary documents which should be completed

prior to any transfer of the person in custody to another provider or facility.
  - o Initial medical screening
  - o All medical assessments, including medical history, physical examination findings, medication reconciliation, and post-referral assessment once persons in custody are returned from local/specialty referrals
  - o Medical decision making
  - o All medical treatments and the response to those treatments, vaccinations, and instructions provided to the patient
  - o Justification for referral to specialty care or to local hospital
  - o Medical summary document(s) to facilitate proper medical 'hand-off' during the transfer of persons in custody with identified health concerns or issues.
- Establishes forward medical locations as required and directed
- Conducts Medication Management for persons in CBP custody including initiation of standard-of-care medications for newly identified medical conditions, and continuation of medications reasonably required for previously identified health concerns. Substitution of similar medications may be allowed if the medication the person is typically taking is not available, though justification for this rationale must be entered into the electronic medical record.
- Maintains 24-hour shifts, 365 days per year at most locations as directed
- Provides follow-up care after referral to a local health system or hospitalization, including as necessary, sourcing of medical discharge notes for inclusion into the CBP Electronic Medical Record
  - o If the Contractor refers a migrant to the local health system or hospital, the Contractor shall not accompany the migrant to the facility
- Provides contract programmatic, medical, and security analysis and reporting
- Provides regular and episodic medical data and reporting as directed
- Provides reasonable, standard-of-care supervisory physician oversight, patient safety risk monitoring, total, medical quality management, and regional pediatric advisory services
- Provides telehealth/telemedicine/tele-reach back capability as required or directed for forward medical locations and remote medical staff. This capability can also be tied into staffing shortage issues, reach-back needs, and overall efficiencies for a specific medical unit
  - o The Contractor shall not use any communication except a basic telephonic (e.g., landline, cellphone) device or video via GFE to complete this task unless directed otherwise by OCMO
- Provides emergency medical advice / care to help stabilize CBP employees or visitors for life, death, loss of sight/limb, or other similar emergency situations until Emergency Medical Services arrive and provides those people a copy of their medical record documenting their medical emergency, the assessment provided including any testing performed, and the treatment(s) rendered.
- Infectious Disease testing and vaccine administration if the optional task is executed
- The Contractor shall comply with all applicable local, state, and federal regulations
- All Contractor staff must comply with all required OSHA, DHS, CBP and other federal or state regulatory body guidelines pertaining to employee health as required and/or as indicated by their job duties

2.9. Command, Control, Communication and Coordination

- The contractor will be responsive to direction and requests for information from appropriate CBP authorities, including from CBP Chief Medical Officer, COR, USBP Medical Program Manager, and OFO Medical Program Manager.
- The contractor will be responsive to and cooperate with management inspections and other audits or investigations as appropriate and directed by CBP. Any requests for audit information or participation in investigations by the contractor should be routed through USBP Audits and the COR. Examples of such audits or investigations may arise from: Government Accountability Office, DHS Office of Inspector General, DHS Civil Rights and Civil Liberties, or other federal authorities.
- Operational direction and oversight of HQ approved contractor activities will be provided by local Sector/Station or Field Office/Port of Entry operational leadership and by national USBP and OFO program leadership.
  - o Medical direction and oversight of contractor activities will be provided by the CBP CMO.
- Operational direction and oversight of contractor activities will be provided nationally by the CBP COR and locally by CBP TOMs.

## 3.0    TASK OVERVIEW

The Contractor shall fulfill the requirements identified in this Statement of Work (SOW) through the implementation of the medical key tasks outlined in the below categories. Specific duties and responsibilities of contract staff, based on position, are detailed within this SOW and Appendices. Appendices may continue to be fine-tuned as the maturity of this contract continues, policy and directives change, etc.

### 3.1 Task Category 1: Medical Services and Support

1. The Contractor shall support CBP trauma-informed care medical efforts and perform all medical key tasks as described by DHS and CBP policy in conformance with the CBP Medical Directive, Implementation plans and other procedures and protocols. CBP retains the right to update policies, procedures and protocols to meet emerging medical requirements.
2. The Contractor shall establish and operate MUs.
   a. MUs are primarily located at CBP medical priority sites including, OFO POEs and USBP stations
      i. The requirement in most cases is for the MUs to be functional at these locations on 24 hours – 7 days a week basis, including federal holidays.

1. The construct for MUs shall entail: a trauma informed care family medicine model to provide frontline medical care services utilizing teams made up of trained, licensed, privileged, and credentialed advanced practice providers (APPs) to provide basic assessment, treatment, and referral for the population in CBP custody, including children, pregnant women, and adults, paired with medical support staff as appropriate (such as LVN/LPNs, EMTs or CMAs) at designated locations.
   b. This model does not require physicians to be in the MU, however, they can be utilized in the MU

    c. EMTs and Paramedics shall be primarily considered for support staff. Additional labor categories of support can be utilized with approval from OCMO

2. The specific makeup of MU teams (numbers, qualifications) shall be determined by CBP, in coordination with the contractor, based on local requirements.

3. The core functions of the MU include:

    a. Initial Health Interviews as required by DHS/CBP Medical Directives or directed by OCMO

    b. ***All persons in custody, as required by DHS/CBP Medical Directives or as directed by OCMO, shall receive a medical assessment as their first interaction with a CBP contracted healthcare provider. The medical assessment shall be documented completely (100%) in the EMR and shall include at a minimum the following elements:***

        i. Chief Complaint / Reason for Medical Assessment

        ii. History of Present Illness

        iii. Complete medical history including medical, surgical and allergies

        iv. Review of Systems

        v. Vital Signs (BP, Blood pressure, respiratory rate,, pulse, pulse oximetry, temperature, and level of consciousness)

          a. Note: if any one of the vital signs are abnormal (for example, age-appropriate) the medical support staff shall report this to the medical provider staff or physician advisor as indicated.

        vi. Focused physical examination

        vii. Designation of "medically at-risk" level in accordance with DHS definitions

    c. Medical Encounters – diagnosis and treatment of basic medical conditions Encounters shall be documented completely in the EMR and shall include at a minimum the following elements:

        i. Chief complaint / reason for encounter

        ii. Brief history

        iii. Vital signs as above

        iv. Focused physical exam

        v. Labs / testing results

        vi. Clinical assessment and plan

        vii. Consultation with Pediatric Advisor/Supervising Physician/Specialty Physician as appropriate.

        viii. Enhanced Medical Monitoring

        ix. Medication Prescription

        x. Disposition

Each subsequent clinical contact shall also be documented as an "Encounter".

    d. Referral to the local health system for complex, urgent, or

Exhibit 1 at 69

emergent health conditions

    i. Prior to transferring the person in custody to local health system, Contractor shall complete a Transfer Document which provides the receiving facility critical information needed to assess and treat. At minimum it should contain the patient's identifiers, date of birth if known, chief complaint(s), past medical history, medications, allergies, pertinent assessment information and physical exam findings, laboratory or other tests/diagnostics, concerns as to communicable diseases or needed medical isolation, any applicable treatments provided, as well as contact information for the receiving facility to contact the sending provider. Ideally the Contractor should use a centrally-developed and CBP-approved form to document this transfer information. Any Transfer Document not inherently contained within the electronic health record shall be entered or scanned into the electronic health record.

    ii. If the contractor refers a person in custody to the local health system or hospital, the Contractor shall contact the health facility once every 24- hours for updates until discharged and document this updated information in the EMR daily. The updates shall be tracked and reported to the shift supervisor and local CBP leadership. If the patient is diagnosed with a communicable disease, the Contractor shall notify OCMO for case (disease) surveillance purposes.

    iii. Medical Discharge Summaries and/or other hospital records shall be scanned and uploaded into the EMR upon receipt.

e. Coordination and conduct of follow-up care, as appropriate.

f. Public health/Infectious disease support

    i. To include POC infectious disease testing (e.g., influenza) as required

    ii. As directed by CBP, contractor may be required to provide additional vaccination and testing services, as set forth under Task 3.6 and Task 3.7

    iii. Completion of state or county mandated reporting, as indicated.

    iv. The Contractor shall provide early identification, isolation, quarantine, treatment, exposure risk assessment (contact tracing), prophylaxis, infection control measures, mandated reporting to state and local health departments, and other public health support as appropriate.

    v. This includes the development and utilization, in coordination with OCMO, of specific infectious disease protocols, such as for Seasonal Influenza

    vi. The Contractor shall provide OCMO with a strategic plan outlining notification step following identification of communicable diseases (e.g., notification to OCMO, local health offices, and National CDC notification)

g. Medication management using the appropriate application within the EMR to document the administration of prescription medications and over-the-counter medications. The Enhanced Medical Monitoring (EMM) feature within the EMR shall be used. The contractor shall conduct medical

monitoring as clinically indicated and otherwise directed for persons with active medical issues or concerns. The monitoring, at a minimum, shall include vital signs, symptom checks, and/or administration of medication as appropriate. This may also include pediatric or supervisory physician consultation, follow-up and continuity of care after a hospital referral. Alerts in EMR shall assist in the proper care of persons in CBP custody.

h. Conduct EMR documented clinical assessments every four (4) hours for all juveniles in isolation, every twelve (12) hours for all adults in isolation, and daily for any person in custody seen for a medical complaint and considered to have elevated in-custody medical risk. Notifications must also be made when a person in custody is transferred to an outside medical treatment facility with a medical emergency. [Note: under medical emergency conditions, if time and clinical conditions do not permit notification prior to transfer, notification shall be made to the supervising physician as soon as possible].

i. Medical Summaries to summarize all care provided while in CBP custody.

j. Documentation of all medical information in the CBP EMR system to include scanning of medical records in possession of the person in custody, applicable photos needed to document a medical condition, and medical reports provided after a referral to an outside medical treatment facility.

k. At all medical units, the contractor must brief local CBP leadership on the status of any persons at that medical unit with current medical issues. A Medical Provider, or the highest credentialed Medical Support when a provider is not available, shall deliver the report with a frequency no less than once per shift. The briefing or report can take place at either the beginning or at the end of every shift in coordination with facility leadership. Briefings shall highlight information concerning persons with acute illnesses/injuries or chronic conditions that require ongoing medical care or that could be impacted by time in custody. The medical contractor shall report any potentially life-threatening illnesses/injuries immediately to local CBP leadership. This report shall be made verbally, but local CBP leadership may request the contractor provide the report in a written format.

4. MUs typically require staffing 24/7, requiring the contracted medical staff to be present during the day, evening, weekends, and holidays. During expansion periods, Contractor may be required to activate facilities at a reduced staffing level, as approved by OCMO.

   a. Activation of a MU or FML shall not require the Contractor to provide infrastructure or utilities as MUs and FMLs shall be established within CBP maintained facilities.

5. The Contractor shall maintain designated Medical Units, as directed, with appropriate staff, equipment, and consumables needed to support the unique needs requested location by location, to include medical supplies for emergency care. MUs shall be maintained to support the medical functions described herein and to provide Basic Life Support (BLS) level emergency response. Please refer to Appendix D for the Medical Formulary and Supplies List.

6. The Contractor shall provide modified MU support at remote locations, known as Forward Medical Locations (FMLs) as directed by CBP. FMLs are

Exhibit 1 at 71

contingency, temporary, or expeditionary locations requiring adapted medical support that might differ from the standard MU construct. They shall be established in forward/remote locations as identified by CBP.

    a. Examples of FMLs could include temporary processing sites, temporary holding facilities, forward operating bases, or other air/land/seaports of entry.

        i. CBP shall provide FMLs with the necessary infrastructure to provide examination/treatment rooms, offices, supply room, biohazardous storage, and triage areas.

    b. Level of FML medical support service requirements shall be determined by CBP and could include telehealth/telemedicine/tele reach back capability.

    c. The Contractor shall have 72-hours from receipt of Notice to Proceed to shift staff to areas needing additional support.

    d. CBP OCMO shall determine if a FML shall require POC testing on a case-by- case basis. The Contractor shall be responsible for obtaining CLIA certification or waivers for each FML if indicated by CBP OCMO

7. The Contractor shall provide modified MU support at forward operating bases (FOBs).

    a. CBP shall not provide housing on-site at any FOB for contracted staff. All travel costs shall be paid in accordance with the Federal Travel Regulation and Task 17.0 of this SOW.

8. In addition to the CBP-determined staffing levels provided by location, CBP shall work with the Contractor to determine which MUs and FMLs are amenable to function, as needed, while utilizing EMT-level staff as the highest level of care with tele-reach back medical direction as appropriate. Only Contractor EMTs that have successfully completed the CBP's EMR Comprehensive Clinical Support training and any other required training shall be considered to perform in this role and conduct remotely supervised detainee medical assessments or encounters. This training is required to allow for the proper use of the CBP-mandated record keeping system. The Contractor shall provide tele-reach back medical direction as a resource for the EMT as appropriate. Activation of this approach must be documented in writing, with the approval of CBP OCMO.

9. Medication Management:

    a. The Contractor shall assess the appropriateness of medication and/or prescriptions in the possession of persons in custody.

    b. The Contractor shall prescribe medication as appropriate.

    c. Medications in possession at time of custody: Any person in custody arriving with medication, shall have the medication assessed by a contract medical professional. If the medication appears legitimate, reasonable for the condition(s) being treated, and if sufficient supply exists to treat the person in custody, the contract medical professional may authorize it's continued use. If the medication does not appear legitimate, appears inappropriate for the condition(s) being treated, or the supply is deemed insufficient to continue appropriate treatment, the medication shall be disposed of, a substitute medication prescribed and/or dispensed, with the medical decision making and rationale described in the electronic health record. If the MU does not stock the required medication(s) or have it in current inventory, the medical

providers should prescribe the appropriate medication(s) to be filled/dispensed by an outside pharmacy. The Contractor shall coordinate with appropriate CBP Agents/Officers regarding replacement of, or prescriptions for medications not stocked by the MU.

    d. The Contractor shall coordinate with CBP Agents/Officers regarding proper storage and administration of medications.

    e. The Contractor shall document medication administration in the EMR as appropriate.

    f. The Contractor shall dispose of biohazardous waste material including medications (e.g., unclaimed prescription medications, unclaimed validated medications). This disposal shall be in accordance with all local, state, and federal regulations.

    g. CBP shall provide or procure secure and controlled storage for medications at MUs and FMLs.

10. Complete Medical Summary forms prior to travel, complete transfer or release forms, follow- up instructions, and document medications administered/provided utilizing standardized CBP EMR.

11. MU services are established primarily for persons in custody or detained at USBP stations or OFO POE's. Services may be applied to CBP staff if emergent medical issues arise on duty that requires immediate assessment or intervention. Contract staff at MU locations may be required to also intervene when members of the traveling public, not in custody, or other outsiders, approved by CBP staff, are experiencing medical issues needing urgent or emergency care. These situations are rare, but do occur, as some facilities are far from a hospital or medical facility.

12. The Contractor shall identify patients that require further evaluation or treatment beyond the scope of practice of the APPs or beyond the MU capabilities and shall coordinate the referral of these patients to the Local Medical Treatment Facility (LMTF) for further care.

13. The Contractor shall provide EMTs or Paramedics to support additional locations such as Air POEs, as directed, to support basic health entry screening requirements, such as temperature checks and symptom screenings.

14. It shall be understood, the Health Insurance Portability and Accountability Act of 1996 (HIPAA) does not apply to the sharing of medical information of persons in CBP custody between the contractor and CBP. Therefore, any pertinent information requested by CBP shall be provided in a verbal or written format. The Contractor shall comply with password encryption protocols when sending personally identifiable information (PII) data via email and not expose publicly. The Contractor shall send any PII or sensitive information via the CBP network and not an outside source email. The Contractor must comply with all DHS/CBP's privacy requirements, policies, and procedures.

15. Contractor staff shall participate in emergency drills as required by the facility.

16. Government Furnished Equipment (GFE) shall be provided as necessary. A list of GFE shall be provided upon contract award.

17. The Contractor shall be responsible for establishing and maintaining an efficient and effective "lean" supply chain, "just-in-time" inventory

procurement, and management strategy at each location. This shall ensure the medications and supplies identified in the Medical Formulary and Supplies List

Exhibit 1 at 73

in the Appendix are in adequate supply at each designated MU while lessening the risk of waste. Throughout the period of performance (POP) the Medical Formulary and Supplies list may be updated based on new operational requirements. Please refer to Appendix D for the Medical Formulary and Supplies List.

18. The Contractor shall be expected to maintain recruiting capabilities for a range of medical staff to meet CBP staffing requirements. This includes all positions included in the Appendix C Positions may be added to Appendix C through a contract modification.

19. CBP requires the Contractor to provide appropriate medical logistics support for anyone requiring urgent or emergent medical transfer to a medical facility. The contractor, in addition to providing stabilizing emergency medical care, should document as best as possible the symptoms, working diagnosis, and treatments provided, ideally also documenting past medical history, current medications, allergies, and other pertinent information. The Contractor will work with CBP staff to request emergency medical services (EMS) response, including helicopter EMS when patient acuity and geo-location warrant.

20. Contractor shall continually strive to develop efficiencies to better complement each Medical Unit's needs as it relates to the location, management, and throughput population needs.

21. Pediatric Consultation

Medical Providers providing care for juveniles with complex* medical conditions must consult with a Pediatric Advisor as soon as possible after the juvenile comes into custody and the complex condition is known or discovered. If the Pediatric Advisor is not available, then the Supervising Physician must be contacted and the attempts to contact documented in the EMR. This consultation shall be documented in the EMR in either the Medical Assessment or Medical Encounter section, dependent upon the medical action being taken. The name of the Pediatric Advisor or Supervising Physician and the date/time of call shall also be documented. Refer to Appendix H regarding Flores.

*Examples of Complex Conditions or Observations Requiring a consultation to a Pediatric Advisor include but are not limited to:
- Juveniles with chronic illness requiring specialized medical care, medications, or continuous medical monitoring.
- Juveniles with significant developmental delays and/or requiring special needs care
- Newborns less than 12 weeks old.
- Juveniles placed in medical isolation or quarantine.
- Juveniles with acute or chronic medical conditions that:
  - require medication to maintain daily function.
  - require intensive management by a sub specialist.
  - require durable medical equipment, specialty diet, intensive OT/PT/rehab to maintain daily function.
  - impact daily function.

22. Juveniles in Isolation Locations

Medical monitoring checks shall be conducted every 4 hours for juveniles in

isolation locations. This interaction shall be documented as an Enhanced Medical Monitoring (EMM) action in the EMR, creating a 4-hour alert and include a notation of the health status. Providers shall assess the juvenile for any signs and symptoms of deterioration of their health. This medical monitoring check shall include, at a minimum, a check of vital signs and a review of symptoms. The Medical Service Contractor is responsible for the medical surveillance of the juveniles in isolation. If the health status has worsened, a pediatric consultation or hospital referral shall be warranted, and shall be documented as a Medical Encounter. This requirement may be modified by CBP as needed.

23. Adults in Isolation Locations

Medical monitoring checks shall be conducted every 12 hours for adults in isolation locations. This interaction shall be documented as an Enhanced Medical Monitoring (EMM) action in the EMR, creating a 12-hour alert and include a notation of the health status. Providers shall assess the adult for any signs and symptoms of deterioration of their health. This medical monitoring check shall include, at a minimum, a check of vital signs and a review of symptoms. The Medical Service Contractor is responsible for the medical surveillance of the adults in isolation. If the health status has worsened, a consult with the supervising physician or a hospital referral shall be made and documented as a Medical Encounter. This requirement may be modified by CBP as needed.

24. Medical Risk Reduction

Elevated in-Custody Medical Risk will be determined by a qualified medical provider such as a physician, physician assistant, or nurse practitioner. If the location is staffed by an EMT or other non-qualified medical providers, the In-Custody Medical Risk will be determined through consultation (in-person or via tele-health) with a physician, physician assistant, or nurse practitioner. The contractor shall ensure that medically at-risk individuals in CBP custody, with oversight from CBP Office of the Chief Medical Officer (OCMO), are immediately communicated to local CBP leadership.

25. Clinical Communication and Documentation

The contractor shall comprehensively document all clinical history (including but not limited to at-risk designation and acute medical care issues), medical findings, and care provided by contractor staff while a person is in CBP custody. The contractor shall document any physician consultation and ensure information sharing and accountability at change of shift for medically at-risk persons in CBP custody to include musters with operational, medical, and support staff across the facility. This information sharing and accountability must be electronically documented in the CBP EMR.

**3.2 Task Category 2: Program Management, Administration and Expectations**

1. The Contractor shall provide staffing as per this Statement of Work and the attached Appendix A – Medical Unit Laydown.

2. The Contractor shall provide Program Managers and Deputy Program Managers to provide regional coordination, management, and oversight of medical staff and key tasks in coordination with USBP Sectors and OFO Field Offices.

3. Management staff not assigned to a specific MU can provide on-site and off-site management support. A key function of the PM/DPMs is to work with the local operational command staff to ensure interoperability of the medical and enforcement operations.

4. The PMs and DPMs shall conduct monthly situational reports by Region, to be coordinated with the local Task Order Monitor. These monthly reports shall be a deliverable to the COR and include recommendations of best practices, challenges, risks, issues, and other considerations for Sector facilities, under their supervision. PM and DPMs shall be required to work with the COR and all other applicable federal staff, to include the local CBP TOMs.
5. Contractor shall track Medical Unit staff scheduled time on duty via a software program that shall be available for access to CBP. This system must allow for a "live" look at MU staff who are presently on duty, what their skill level is, and which location they are presently staffing. This live look must be able to isolate searches by location and skill level. This system shall be able to produce authoritative reports as requested by
CBP. The government also reserves the right to perform audits of this system on a periodic basis.
6. The Contractor shall provide the name of software products, processes, and systems to be used to accommodate invoices. This includes what backup data is available, timecard systems and other accounting systems of records to support documentation for actual invoices, showing names, dates, times, locations, and other relevant information.
7. The Contractor shall ensure assigned medical staff assist in the coordination and observation of self-administration of reviewed foreign medications and US prescribed medications in accordance with CBP protocol. This includes tracking, storage and notifying CBP staff when medications shall be administered. Certain medications that require any kind of syringe, needle, or sharps item shall be administered by the Contractor and not self-administered by the patient.
8. The Contractor shall have corporate administrative/recruiting capabilities (best practices methodology and processes, technology, and recruitment/administrative staff) needed to rapidly recruit, streamline, and track the recruitment, vetting, and onboarding process to enable the Contractor to quickly and competently set up CBP MUs. Contractor shall also be able to report and provide detailed status reports regarding staffing status for all locations, to include detailed staffing timelines and where all candidates are within the CBP vetting process.
9. The Contractor shall begin the process of providing CBP Background Investigation packets for candidates requiring clearance to the government beginning 10 days after kick-off meeting and continuously thereafter to fulfil positions.
   a. While CBP does grant provisional clearances (Limited BI), no rapid vetting shall be allowed under this award. All contractors working on this contract are required to have a CBP Tier 4 Background Investigation and Prison Rape Elimination Act (PREA) Screening prior to entrance on duty (EOD).
   b. The Contractor shall have a plan in place to ensure candidates respond to eQIP invitations within 72 hours of receipt.
10. Primary Source Verification and Submission Requirements: The Contractor shall:
   a. Conduct Primary Source Verification (PSV) of the education and credentials of all medical professionals that shall perform under the proposed contract/order.

b. Enroll all proposed medical professionals into the National Practitioner Data Bank (NPDB) http://www.npdb.hrsa.gov for continuous monitoring of his/her professional credentials and include the initial NPDB report and all pages of any deficiency reports as part of the PSV packet.

c. Submit to the COR for each proposed medical professional, a PSV packet, documenting contract verification requirements were met. PSV packets must be submitted to and approved by the COR before the medical professional performs services under the contract/order and shall include:

    i. proof of a completed Background Investigation clearance,

    ii. proof of current licensure and appropriate credentialing

    iii. a copy of an active and unencumbered professional state, District of Columbia, Commonwealth of Puerto Rico, or territory of the United States license, certification(s) and registration.

    iv. verification of a professional degree,

    v. a copy of the initial NPDB report and all pages of any deficiency reports to ensure there are no infractions or derogatory actions against the individual's professional license, and

    vi. completed Health Care Provider Credentialing Form (DHS Form e5207) and Non-Disclosure Agreement (DHS Form 11000-6).

d. The contractor may submit medical credentialing information (items b., c., and d.) concurrent with the completion of the background investigation. However, all elements of the PSV packet shall be submitted to and approved by the COR before a medical professional may perform services under the contract/order in accordance with DHS Policy Directive 248-02.

e. The Contractor assumes sole responsibility for determining whether license portability is permissible when performing under this contract.

11. Audits of Contractor Medical Professional Credentialing Files

a. Audits of Medical Professional Credentialing Files (New Contractors)

    i. DHS shall conduct random audits of credentials of medical professionals performing under the contract. In support of DHS audits, the contractor shall submit to the COR the below listed information. Information shall be submitted within five business days of the request.

        1. an active and unencumbered license, certification(s), and/or registrations(s), and

        2. a recent NPDB report and all pages of any deficiency reports to ensure there are no infractions or derogatory actions against his/her professional license.

b. Audits of Medical Professional Credentialing Files (Existing Contractors).

    i. DHS shall conduct random audits of credentials of medical professionals performing under the contract. In support of DHS audits, the contractor shall provide to the COR the below listed information. Information shall be submitted within five business days of the request.

        1. proof of a completed Background Investigation,

        2. an active and unencumbered license, certification(s), and/or registration(s),

3. proof of a professional degree; and
4. a recent NPDB report and all pages of any deficiency reports to ensure there are no infractions or derogatory actions against his/her professional license.

12. Contractor shall conduct site survey/assessments for each potential new location where MUs or FMLs may be established to determine appropriate staffing levels and logistical requirements and make recommendations to the government of changes. Once a start date is determined for a new location, Contractor shall recruit and vet staff, and retrofit space with supplies and equipment for medical support by the start date. Contractor shall also meet with local leadership to discuss associated tasks and operational needs. CBP retains the final authority to determine staffing levels and designation of locations for MUs and FMLs.

13. The Contractor shall have the capabilities to establish and fully staff a MU at a CBP location anywhere in the U.S. within 30 days.

14. The Contractor shall accurately manage multiple schedules at multiple locations to ensure consistent coverage. Most CBP facilities require contract medical staff to be on site 24/7. The Contractor shall also manage travel, scheduling, and coordination for traveling employees. All contract staff on authorized travel in support of the MSC must adhere to the requirements of the Federal Travel Regulation, issued by the General Services Administration, Office of Government-wide Policy.

15. The Contractor shall manage all DHS/CBP/OCMO training requirements by ensuring employees have completed necessary required and ad hoc training and scheduling future training to meet deadline requirements listed next to each required training. All contract employees must complete DHS/CBP/OCMO training by the applicable due date given. The Contractor shall also ensure that all Contractor employees are in compliance with all federal and DHS/CBP/OCMO policy and mandatory training requirements.
    a. All DHS, CBP and OCMO mandatory training shall be completed during normal duty hours and all associated costs shall be covered by this contract.

16. Contractor shall produce reports validating contract employee training status and training completion when requested by the CO or COR. Orientation and annual training includes, but are not limited to:
    a. DHS/CBP EEO related training
    b. DHS/CBP Cyber-Security Awareness and Rules of Behavior training
    c. CBP Information Technology training

       DHS/CBP Safeguarding PII Data training (Privacy at DHS: Protecting Personal Information)
    d. DHS/CBP Anti-Harassment training
    e. Non-Disclosure Agreements
    f. Preventing and Addressing Sexual Abuse and Assault of Individuals in CBP Holding Facilities
    g. Suicide Prevention
    h. DHS Mandatory: Records Management for Everyone
    i. Fentanyl: The Real Deal
    j. DHS Insider Threat training
    k. Domestic Violence Awareness

Exhibit 1 at 78

l. CBP Annual Integrity Awareness training
m. Counterintelligence Awareness training for the Homeland Security Enterprise
n. CBP Trauma-Informed Care Training for Medical Staff
o. Any future or updated versions of the above
p. Any additional OCMO specified and designated training

17. Yearly CBP Cybersecurity Awareness and Rules of Behavior Training shall be completed during orientation and upon initial log into the CBP system to maintain new access requirements. Thereafter, yearly training exists. Failure to complete the training shall result in loss of computer access.

18. The Contractor shall proactively manage and track the credentials of all medical staff certifications, licenses, and Basic Life Support (BLS)/ Cardiopulmonary Resuscitation (CPR) status, and National Practitioner Database status ensuring that all are current at all times and that reports detailing current status and date of expiration could be produced for the COR as needed.

19. It is understood by the Contractor that this is a nonpersonal services contract, as defined in Federal Acquisition Regulation (FAR) 37.101, under which the professional services rendered by the Contractor are rendered in its capacity as an independent contractor. CBP may evaluate the quality of professional services provided but retains no control over professional aspects of the services rendered, including by example, the Contractor's professional medical judgment, diagnosis, or specific medical treatments. The Contractor shall be solely liable for and expressly agrees to indemnify CBP with respect to any liability producing acts or omissions by it or by its employees or agents. The Contractor shall maintain during the term of this contract liability insurance coverage to include malpractice insurance issued by a responsible insurance carrier of not less than the following amount(s) per specialty per occurrence: $1 million per occurrence / $3 million aggregate.

20. At the direction of the COR, CO, or OCMO, the Contractor shall promptly provide needed support to the government regarding requests for information, sentinel events, security incidents, medical detainee records, medical care involvement and any other events needing collaborative response.

21. At the Contractor's own expense, the Contractor shall fit-test medical staff and all staff who enter any MU for N95 respirators or, when identified by the COR, higher levels of PPE. Verification of fit testing and medical clearance to wear the N-95 or other medical approved masks and screenings and are to be performed

annually by Contractor (unless otherwise obtained) in accordance with the Centers for Disease Control and Prevention (CDC) and Occupational Safety and Health Organization (OSHA) regulations. Documentation of the completed N-95 medical clearance and completed FIT test shall be maintained for each healthcare staff that enters into the MU. The Contractor shall provide the COR with documentation of the specific make, model, and size of each respirator for which he or she was successfully fit-tested and validation of a medical clearance to be able to use the N-95 respirator/mask. If special equipment is required that is not used, or available, at the site then the Contractor shall be responsible for providing such to their employee.

22. Based on operational need, additional specialized healthcare practitioners and/or non- medical staff may be requested. Action shall be taken by executing a contract modification.

23. The program management staff shall ensure all actions under this contract adhere to the appropriate federal guidelines for licensure and certification, as well as the U.S. Department of Homeland Security Medical Management Directives and Instructions.

24. The program management staff shall schedule healthcare practitioner shift coverage to meet the needs of CBP, based on operational and expansion requirements in each location, and in coordination with the COR.

25. The program management staff shall provide a monthly staffing schedule to the contract COR and regional TOMs.

26. The program management staff shall be available as needed to support and liaise with the government COR and/or their respective regional government TOM when incidents arise. Program management staff shall also be available to provide situation reports as needed to the government within 12 hours for any significant incidents that may arise involving medical issues or contract staff in their Area of Responsibility (AOR).

27. The program management staff may additionally be required to perform reviews of management documents or assist in the preparation of various reports.

28. In addition, CBP requires offsite program support specialists to assist with critical administrative and human resource related tasks such as recruitment tracking and reporting, invoice related tasks, schedule management at all locations, and assisting Contractors with travel. The program support specialists shall help to ensure that CBP MUs, which are oftentimes located in austere areas of the border, are rapidly and consistently staffed and equipped on a 24/7 basis, or otherwise as directed, to meet CBP requirements.

29. The Contractor shall not communicate any contract matters with outside entities without prior written approval from the CO. Any communication by the Contractor regarding contract matters with or between entities outside and inside of CBP shall include the CO and a representative from OCMO.

CBP Operational direction and oversight of Headquarters (HQ) approved Contractor activities shall be provided by the local Sector/Station or Field Office/Port of Entry operational leadership and by national USBP and OFO program leadership. However, only the CO can modify the contract terms, including directing activities that increase contract price.

30. Program management, medical direction, and oversight of Contractor activities shall be provided by OCMO. However, only the CO can modify the contract terms, including directing activities that increase contract price.

31. Direction and oversight of Contractor activities shall be provided nationally by the CBP CO, COR and locally by CBP Task Order Monitors (TOMs). However, only the CO can modify the contract terms, including directing activities that increase contract price.

32. The Contractor shall be responsible for providing overall Program Management support for the services identified in this SOW.

33. The Contractor Program Manager shall implement adequate quality controls, metrics, and measures to ensure all the services and tasks identified in the

Exhibit 1 at 80

SOW are provided as required.

34. The Contractor Program Manager shall ensure that all Contractor staff are adequately trained in the tools, processes, and procedures required to perform the services outlined in this SOW.

35. The Contractor shall employ skilled project managers, processes, and communications strategies to ensure effective management of projects and day-to-day operations.

36. The contractor shall be required to utilize the CBP Electronic Medical Record (CBP EMR) system to document ALL medical information and data as directed, including the input of scanned medical documents from outside referral sources. For EMR requirements, see Section 3.4.

37. The Contractor is required to have 24x7 access to adult and pediatric supervisory physicians for all levels of health care practitioners and reachable by all CBP locations. The Contractor shall ensure these supervisory physicians are available for support calls.

38. At the Contractor's own expense, the Contractor shall provide a current TST or IGRA test result if the employee previously tested negative for LTBI, evaluation for TB symptoms if the employee previously tested positive for LTBI and follow up as appropriate in accordance with CDC guidelines. Contract healthcare practitioners shall be encouraged to get the annual influenza vaccination.

39. The Contractor is responsible for providing any appropriate PPE for all staff, and assuring the employee knows how to use it correctly and demonstrates that use during orientation. PPE shall not be provided by the Government.

40. All contractor healthcare practitioners requiring professional licensure or certification must have valid and current licensure. The contractor shall ensure any requirements to maintain that licensure or certification is complete in order to keep that licensure or certification in an active status. The contractor has the burden to ensure that its contract personnel have and maintain in good standing the appropriate medical licensing and training to perform the duties in the SOW and as otherwise required by their medical malpractice insurance coverage. The Contractor assumes sole responsibility for determining whether license portability is permissible when performing under this contract.

41. **All healthcare practitioners involved in the direct care of individuals, or who may be tasked to be involved, are required to have current certification in Basic Life Support (BLS) if their position involves direct care of individuals covered under this contract. The Contractor shall be responsible for providing any training and certification at their own expense. Contractor must provide proof of certification prior to first day of work.**

42. Contract employees must maintain current skills in the medical units and thereby shall be required to complete a tour of duty that consists of a minimum of 12 hours working in a clinical capacity, every 30 days. This requirement shall apply to all contract employees unless otherwise specified in the position description. This shall ensure the contractor staff maintain active directory accounts by logging into the CBP network as well continuity of background investigations.

43. The Contractor shall ensure that its employees wear medically appropriate attire, which clearly differentiates contractor staff from DHS/CBP staff or visitor staff.

44. The medical unit laydown shall be used as the staffing structure for each region, location, and medical unit staffing requirement. However, due to the dynamic nature of

CBP operations, CBP requires the contractor to maintain an agile and flexible posture when staffing medical units. The contractor may identify opportunities to adjust staffing requirements as operational conditions and/or requirements change. In such case, the contractor shall request to adjust MSC requirements. All requests for temporary reassignments of medical unit staffing requirements must be processed by OCMO, and if approved, formal notification of approval will come from the CBP Contracting Officer. The contractor shall follow the below procedures to request temporary reassignments of medical unit staffing requirements:

- o In the event of either a disruption or surge in operations at medical priority facilities, the contractor shall:
  - Conduct integrated planning with CBP leadership with authority over the impacted area to develop a response plan.
  - Notify OCMO of the response plan by email to:
    - CBPmedicalservicescontract@cbp.dhs.gov
    - CBP Contracting Officer Representatives
    - Notification shall include a pricing estimate or statement of the plan being cost neutral.
  - For a response plan with a request to temporarily reassign medical unit staffing requirements in 48 hours or less, the contractor shall contact OCMO by telephone.
- o OCMO will review the response plan and process accordingly. Time required for OCMO to review and process the response plan will be dependent upon the situation.
- o For temporary reassignments executed in response to a disruption in operations, and until continuity of operations is re-established, the contractor shall provide, at minimum, daily situation updates by email to:
  - CBPmedicalservicescontract@cbp.dhs.gov
  - CBP Contracting Officer Representatives

A surge is defined as a sudden increase in CBP custodial requirements that exceeds the current custodial operational capabilities. MSC support that is delivered to support surge requirements are expected to be demobilized when/if the situation returns to the pre surge level of activity.

## 3.3 Task Category 3: Medical Quality Management (MQM)

A. The Contractor, in coordination with the COR, PMO, and OCMO, shall establish and administer a comprehensive MQM Program in accordance with the CBP guidance and DHS Medical Quality Management Directive 248-01. The Contractor shall provide a robust and transparent medical quality management, with written policies and procedures approved by CBP, to evaluate and manage the quality of both medical operational processes (including, but not limited to, timeliness of clinical assessments, completeness of documentation, etc.) as well as clinical decision-making (including, but not limited to, consistency of clinical decisions with national standards of care, sentinel and near-miss event peer review, etc.). The MQM program is to include supervisory physician oversight at the local, regional, and national levels, as well as a layer of patient safety risk management at the national and regional levels.

B. CBP anticipates that the MQM program will also include the following features for the clinical aspects of MQM: adherence to a published standard of care (such as UpToDate.com); the Contractor will document all divergences from that standard

of care; and, as needed based on guidance from CBP, the Contractor will establish clinical pathways based on the standard of care for common diagnoses and will incorporate the clinical pathways into the CBP EMR system.

C. CBP desires a solution that allows CBP to directly access all elements of the contractor MQM program and data collection. The Contractor must be capable of providing this solution in collaboration with CBP. The Contractor shall make findings from the MQM program available to CBP, including access to case-level details, for oversight purposes.

D. The Contractor shall ensure appropriate national level MQM leadership by providing a National Medical Director, National Patient Safety Quality Management Director, and a National Patient Safety Risk Manager to work collaboratively to direct and coordinate the overall MQM program. Please refer to Appendix C for Position Descriptions.

E. The Contractor shall ensure appropriate regional MQM leadership by providing National Deputy Medical Director, Regional Physician Supervisors, Regional Pediatric Advisors, Patient Safety Risk Managers, and Supervisory Behavioral Health Advisor who are non-key personnel to work collaboratively to direct and coordinate the overall MQM program. Please refer to Appendix C for Position Descriptions.

F. The Contractor shall provide Regional Physician Supervisors as appropriate to provide APP supervision, oversight, consultation, coordination, reach back, and direction for all medical services provided.

G. The Contractor shall provide Regional Pediatric Advisors to provide supervision, oversight, consultation, coordination, reach back, and direction for pediatric medical services provided.

H. The Contractor shall provide Behavioral Health Advisors to provide supervision, oversight, consultation, coordination, reach back, and direction for behavioral health support efforts.

I. The Contractor is responsible for ensuring appropriate licensing, credentialing, and privileging as applicable for contract medical staff in consultation with CBP.

J. The Contractor shall conduct additional elements of a comprehensive MQM program, including Licensing/Credentialing/Privileging, focused professional practice evaluation (FPPE); ongoing professional practice evaluation (OPPE); continued training and protocol update, medical adverse event and sentinel event reporting, root cause analysis, quality assurance and performance improvement, policy/procedure/standing order annual reviews, risk management, documentation, monitoring, and reporting.

K. The MQM Program shall ensure the proper level of clinical oversight and supervision, monthly chart reviews, and medical direction are undertaken, and the necessary guidance is provided to Regional Physician Supervisors. As part of the MQM program, clinical supervision of staff shall be provided through the following mechanisms: monthly site visits at each facility by contract Patient Safety Risk Managers and quarterly site visits at each facility by RegionalPhysician Supervisors and Pediatric Advisors. The Regional Supervising Physicians and Pediatric Advisors shall also be responsible for supervising clinical staff, monthly professional staff meetings, monthly medical chart reviews, quarterly focused professional provider (APP) feedback, participation with national and local medical quality management committee meetings, ongoing training, annual evaluations

for those supervised, and 24/7 on-call availability.

L.  The MQM program shall include mechanisms to track and monitor disposition of patients referred to hospitals for further evaluation, including those admitted to hospitals.

M.  The MQM program shall include mechanisms for the contractor medical leadership and medical quality/patient safety leadership to periodically conduct site visits and assessments at MUs and FMLs of their ongoing compliance with medical process requirements as delineated in this SOW.

N.  The Contractor shall establish and administer a comprehensive Patient Safety Risk Management Program, as part of a Medical Quality Management Plan, to monitor, lower, and manage patient safety risk and hazardous conditions. This program shall ensure medical quality management and risk management policies conform to CBP and DHS specific directives for patient healthcare. The Contractor shall provide all policies and procedures for services performed under the contract annually, and as updated. The program shall also ensure that a comprehensive health and safety/risk management program introduces and implements the measures necessary to meet prevailing federal and state patient safety guidelines, to include OSHA guidelines, and ensure a proactive risk and incident management program is applied consistently throughout all facilities. The Medical Quality Management plan shall be a living document reviewed yearly and updated as needed to incorporate lessons learned, best practices, and any new requirements that are mutually agreed upon by the Contractor and Government. Quarterly MQM summaries shall be provided to OCMO regarding MQM processes and efforts. In addition, an annual review of the Medical Quality Management program, shall be conducted and reviewed with OCMO. Supporting documentation shall be provided to the COR to support the quarterly summary and annual review.

O.  The Contractor shall provide a National Patient Safety Quality Management Director to work in conjunction with the National Medical Director to execute and oversee the Medical Quality Management Program. This position shall be responsible for establishing a process to conduct a root cause analysis of sentinel events, implementing a formal performance review committee and meeting at least quarterly to discuss quality assurance performance improvement activities (meeting minutes shall be recorded and disseminated), managing the activities of the regional Patient Safety Risk Managers and implementing and executing reliable risk management and quality assurance/performance improvement processes across all locations. Specifically, the National Patient Safety and Quality Management Director shall proactively prepare and implement risk management strategies, monitor incidents, and risk on a continuous basis, and promote best practices to reduce patient safety risks, hazardous conditions, and ensure quality in service delivery A detailed report of all activities shall be provided quarterly to the COR, OCMO, OHS, and OCMO MQM. An annual review and submission of the entire Medical Quality Management Plan shall be completed at the end of the calendar year.

P.  The Regional Patient Safety Risk Managers shall monitor and document performance improvement activities to assess the effectiveness and the need for further corrective actions which should be reinforced to staff by providing monthly in-service training. The Regional Patient Safety Managers shall implement performance measures to evaluate the effectiveness of the performance

improvement activities on patient care and develop reports to evaluate and provide trending information on quality improvement.

Q. The Contractor shall provide medical recommendations on specific topics, course of action (COA) recommendations, and other medical expertise upon request by CBP. These reports may be requested by the government with very short turnaround times. Contractor shall be responsive in providing these reports in a timely manner as identified in Appendix B, and including comprehensive options and recommendations, to include, but not limited to, medical quality, safety, financial, and operational considerations.

## 3.4 Task Category 4: Electronic Medical Record (EMR) Application System:

A. CBP utilizes a custom EMR system that is not a Commercial Off the Shelf (COTS) product. The Contractor is not required to establish an interface with the CBP EMR systems. All contracted staff shall use a GFE device to access the CBP EMR system within a MU or FML.

B. CBP requires the Contractor to conduct and provide regular reporting of medical support efforts and medical key tasks through several approaches, including medical record data; episodic medical sentinel event reporting; periodic summary reporting; and ongoing deliverable reporting.

C. The Contractor is required to login and utilize the CBP Electronic Medical Record (CBP EMR) system to document medical information as directed by OCMO, ensuring that all medical information is appropriately inputted to the CBP EMR system. This includes, but is not limited to:
   1. Initial Health Interviews as directed,
   2. Medical Assessments,
   3. Medical Encounters,
   4. Medical Summaries,
   5. Medication Management,
   6. Enhanced Medical Monitoring Actions,
   7. Medical Supervision
   8. Statistical Information
   9. Or any other documentation required by OCMO.

D. Training on the use of the CBP EMR and any subcomponent within it shall be conducted by CBP.

CBP EMR training is required for all contract staff who shall be inputting medical information into the CBP EMR, reviewing any data input into the CBP EMR system, gathering statistical data from the CBP EMR. The purpose of the CBP EMR training is to teach contractor medical staff how to properly query the CBP EMR system for the information they are searching for.

E. The Contractor shall provide facilities, physical or virtual training rooms, and capability to further facilitate such required CBP training.

F. The Contractor shall be required to identify an individual from each Region who shall serve as a CBP EMR Subject Matter Expert (SME) to support and adopt the use of the CBP EMR system. This individual shall undergo quarterly virtual training to remain current on matters related to CBP EMR, CBP Medicine Application and other related medical training topics.
   o The Contractor is required to have all staff who are inputting data into the EMR system attend the appropriate CBP EMR training as

dictated by OCMO to accomplish proficient use in the CBP EMR.
Comprehensive CBP EMR Training
- This training is required for all contract staff who are inputting any data into the CBP EMR system. This training must be taken prior to their first shift and shall be provided by the OCMO trainer.
  - o Comprehensive Clinical Support Training
    - This training is required for all clinical support who are EMTs and could potentially operate in a solo-EMT role. This training is required to gain access to the CBP EMR EMT role to document medical assessments.
  - o MQM Training
    - This training assists the individuals responsible for chart reviews in understanding the search capabilities with the CBP EMR system.
      It also teaches them what each view allows them to see within the system.

G. The Contractor shall ensure all medical staff complete all trainings offered regarding the use of the CBP EMR system and conduct monthly random chart reviews to assess for proper and proficient EMR usage. The Contractor shall follow up with any medical personal who demonstrate a lack of knowledge on the proper usage of the CBP EMR system and ensure corrective action is taken.

H. Since Information Technology systems can have temporary outages, or the CBP facility can experience a sudden increase in migrant activity (surge) which can disrupt normal operations, the following shall be followed during these circumstances:

1. Guidance for CBP EMR Outages:
   During any outage or disruption of the CBP EMR system, only the CBP OCMO PM, or his/her designee, has the authority to decide whether to authorize the use of CBP-approved paper documentation for the collection of medical interactions. When the authorization to use paper documentation is granted, the CBP OCMO PM or his/her designee shall send email notification of the authorization to the Contractor, CBP OCMO, COR, and CO.

   The Contractor shall complete the following steps once the CBP EMR system comes back online:

   i. The Contractor shall manually enter the information from each paper document into the CBP EMR by the end of their shift, if possible. If this is not feasible, within 24 hours after the CBP EMR comes back online and is operational.

   ii. In addition, the Contractor shall scan and upload each paper document as an attachment to the patient's medical record within the CBP EMR.

   iii. The Contractor shall provide a daily Paper Documentation Report of how many patients were documented on paper and successfully entered and scanned into the CBP EMR. The report shall also include the number of documents not inputted, the reasons the documents were not inputted, and an estimated time of when it shall be inputted.

   iv. The Contractor shall, as per the records retention schedule, ensure

that all documents are successfully entered and uploaded into the CBP EMR and dispose of the paper records within a CBP locked shred bin or shredder in accordance with General Records Schedule (GRS) 5.2, item 0200 ([https://www.archives.gov/files/records-mgmt/grs/grs05-2.pdf](https://www.archives.gov/files/records-mgmt/grs/grs05-2.pdf)). No paper copies of medical records are to be maintained on site after they have been inputted into the EMR. If the locked shred bin or shredder is unavailable, then the medical records shall be turned over to a USBP or OFO Supervisor for proper disposal.

2. Guidance for CBP EMR Surge Activities:
During a Migrant Surge, the need may arise to pause the use of the CBP EMR. The local Patrol Agent in Charge (PAIC), Port Director (PD), or their designee, shall decide whether to allow this pause in coordination with the Contractor and the CBP OCMO PM or his/her designee. If the approval is granted, the PAIC, PD, or their designee shall send email notification to CBP OCMO PMO and the Contractor. The CBP OCMO PM or his/her designee shall then notify the COR and the CO.

A Migrant Surge does not negate the requirement to input medical information and interactions into the CBP EMR. Instead, it allows for the delayed entry of the information into the CBP EMR.

In the event of a Migrant Surge the Contractor shall complete following steps:
   i. The Contractor shall enter the information from each paper document into the CBP EMR by the end of the shift if possible. If this is not feasible, within 24 hours after the initiation of a Migrant Surge pause.
   ii. In addition, the Contractor shall scan and upload each paper document as an attachment to the patient's medical record within the CBP EMR.

   The Contractor shall provide a daily report of how many patients were documented on paper and successfully entered and scanned into the CBP EMR. The report shall also include the number of documents not inputted, the reasons the documents were not inputted, and an estimated time of when it shall be inputted.
   iii. The Contractor shall, as per the records retention schedule, ensure that all documents are successfully entered and uploaded into the CBP EMR and dispose of the paper records within a CBP locked shred bin or shredder in accordance with GRS 5.2, item 0200 ([https://www.archives.gov/files/records-mgmt/grs/grs05-2.pdf](https://www.archives.gov/files/records-mgmt/grs/grs05-2.pdf)). No paper copies of medical records are to be maintained on site after they have been inputted into the EMR. If the locked shred bin or shredder is unavailable, then the medical records shall be turned over to a USBP or OFO Supervisor for proper disposal.

3. Guidance for Medical Records NOT inputted before the End of Shift:
   i. If the Contractor is not able to successfully enter and upload all paper documents before the end of their shift, the records must be retained and stored in a lockable filing cabinet within the MU pending entry into the CBP EMR no more than 24 hours after the surge approval or after the CBP EMR comes back online from an outage.

Exhibit 1 at 87

I. The Contractor staff is required to login in to the CBP system at least once every 30 days to maintain access and comply with CBP policies. Failure to do so shall result in the CBP Office of Information Technology (OIT) automatically locking the Contractor staff out of their account.

    1. If the Contractor staff fails to login to the CBP system within 90 days, their account shall be deleted by CBP OIT automatically and shall require a new request for access to be submitted to the COR or EMR Support.

    2. In the event an account is deleted, it takes 24 to 48-hours for an account to be recreated. The contract staff may be required to recomplete all DHS and CBP training due to this deletion.

J. Printing of anything from the CBP EMR, except the CBP Medical Summary Form (CBP Form 2501), Prescription form, and "Med List", requires authorization by the CBP OCMO PM, his/her designee, or the CO. Unauthorized printing of any form or medical records from the CBP EMR violates CBP Privacy Policy.

    1. Guidance for Printing Forms from the CBP EMR:

The Contractor shall complete and print the Medical Summary Form (CBP Form 2501) from the CBP EMR system for the processing of persons in CBP Custody. This form is only to be printed at the direction of CBP Officers or Agents. The form is only to be printed once and shall travel with the person in custody for the purpose of processing only. Additional copies can be printed at the request of CBP Officers or Agents, however, no additional copies of medical records are to be maintained in the MU.

i. The Contractor is authorized to print a Hospital Referral Form utilizing the appropriate button within the CBP EMR. This form shall be sent with a person in custody who is referred to an outside medical treatment facility and contains instructions on reporting and a request for continuity of care information.

ii. The Contractor is authorized to print prescriptions and ICE Pharmacy Benefits Letter utilizing the appropriate function within the CBP EMR. This functionality currently allows Medical Providers to write prescriptions with the CBP EMR and print out the appropriate paperwork to fax to the designated pharmacy in their area. Once the prescription has been transmitted to the pharmacy, the original paper record shall be disposed within a CBP locked shred bin or shredder in accordance with GRS 5.2, Item 0200. If the locked shred bin or shredder is unavailable, the "Med List" shall be turned over to a USBP or OFO Supervisor for proper disposal.

iii. The Contractor is authorized to print the "Med List" utilizing the appropriate function within the CBP EMR. This "Med List" shall allow the Contractor to handle the medication observation task of this SOW. Once they have completed all observations for the cycle it was printed for, the paper record shall be disposed within a CBP locked shred bin or shredder in accordance with GRS 5.2, Item 0200. If the locked shred bin or shredder is unavailable, the "Med List" shall be turned over to a USBP or OFO Supervisor for proper disposal.

### 3.5 Optional Task Category 5: Surge

The Contractor shall have the capability to shift, and increase staffing, equipment, materials, and supplies as operationally required.

Shifting and increasing staffing, equipment, materials, and supplies may be required as

certain regions experience unplanned, emergent crisis to include surges in persons in custody at certain facilities and any immigration events that effect an area within the continental United States.

The contractor shall have an agile staffing plan outlining surge support effort. Coverage of extra shifts due to surge activity is mission dependent and would entail close coordination with CBP.

The Contractor shall have up to 72-hours after receipt of Notice to Proceed to shift and/or increase staffing, equipment, materials and supplies to be fully operational, as determined by CBP.

This Optional CLIN will be Time and Material (T&M) contract type. Option pricing will be based on the applicable labor categories at the established labor rates on the

Pricing Worksheet in place at the time of exercise of the option through the end of the current period of performance for the Task Order. Please also refer to FAR 52.217-7, Option for Increased Quantity-Separately Priced Line Items. This Option will have an NTE amount that the contractor exceeds at its own risk and cost.

### 3.6 Optional Task Category 6: Vaccination

#### Services COVID Vaccination Services

CBP may be required to continue the administration of COVID-19 vaccinations and seasonal flu vaccinations for non-citizens who are processed and held in CBP custody, at various locations throughout the Southwest Border Area of Operations (SWB AOR).

If the task is executed, the Contractor shall be required to provide all material, supervision, labor, equipment, and services to provide a turnkey solution for the set- up, operation, and removal of temporary COVID-19 vaccination operations, as well as seasonal flu vaccination requirements, at U.S. government facilities along the SWB AOR locations to be determined. The Government shall provide working space for the Contractor to perform these services.

Service shall include all requirements to support the tasks outlined in Appendix E, to include the following categories:
1. All infrastructure for COVID-19 Services.
   a. Consenting Individuals presented to the Contractor shall be vaccinated for COVID-19 with an appropriate CDC-approved vaccine unless it is shown that they have received the prior full dose of the COVID-19 vaccination for that year, per CDC guidelines and standards, or the contractor determines that there is a medical contraindication, consistent with CDC clinical guidance.
2. Coordination with local, state, or federal government channels to obtain all vaccines.
3. Ensure vaccine program enrollment and reporting requirements are met.
4. Proper storage of vaccines.
5. Ensure inventory reporting requirements are met.
6. Ensure adverse event reporting requirements are met.
7. Support services to include Emergency Support Services assistance.

COVID-19 vaccination services at each location shall occur during the hours based on

location. The vaccination stations shall remain operational until all individual vaccinations required for the location are completed, including observation times pursuant to applicable guidelines. The vaccination facilities are expected to operate 7 days a week, including federal Holidays. Vaccination on-station hours for Contractor staff times are subject to change based on operations and shall be coordinated on-site with the local points of contact. See Appendix E for further requirements.

**Flu Vaccination Services:**
The Contractor shall provide all material, supervision, labor, equipment, and services to provide a turnkey solution for the set-up, operation, and removal of Seasonal Influenza vaccination operations, at U.S. government facilities along the SWB AOR locations to be determined. The Government shall provide working space for the

Contractor to perform these services. Service shall include all requirements to support the tasks outlined in Appendix E, to include the following categories:
1. All infrastructure for Seasonal Influenza (flu) vaccination Services
   a. Consenting Individuals presented to the Contractor shall be vaccinated for Seasonal Influenza unless it is shown that they had already received the current seasonal flu vaccination or the contractor determines that there is a medical contraindication, consistent with CDC clinical guidance.
2. Coordination with local, state, federal, commercial channels to obtain all vaccines.
3. Ensure vaccine program enrollment and reporting requirements are met.
4. Proper storage of vaccines.
5. Ensure inventory reporting requirements are met.
6. Ensure adverse event reporting requirements are met.
7. Support services to include Emergency Support Services assistance.

Flu vaccination services at each location shall occur during the hours based on each location. The vaccination stations shall remain operational until all individual vaccinations required for the location are completed, including observation times pursuant to applicable guidelines. The vaccination facilities are expected to operate 7 days a week, including federal Holidays.

Vaccination on-station hours for Contractor staff times are subject to change based on operations and shall be coordinated on-site with the local points of contact. See Appendix E for further requirements.

**Other Vaccinations**
The Contractor may be required to provide additional vaccinations as determined by DHS or CBP. CBP reserves the right to require additional vaccinations as directed. This Optional CLIN shall be Time and Material (T&M) contract type. Option pricing shall be based on the applicable labor categories at the established labor rates on the Pricing Worksheet in place at the time of exercise of the option through the end of the current period of performance for the Task Order. Please also refer to FAR 52.217-7, Option for Increased Quantity-Separately Priced Line Items. This Option shall have an NTE amount that the contractor exceeds at its own risk and cost.

**3.7 Optional Task Category 7: Infectious Disease Screening Testing**
CBP may require the Contractor to conduct infectious disease screening testing, such as COVID-19 or other infectious diseases, on some or all persons in CBP custody as

identified and specified by CBP.

This Optional CLIN shall be Time and Material (T&M) contract type. Option pricing shall be based on the applicable labor categories at the established labor rates on the Pricing Worksheet in place at the time of exercise of the option through the end of the current period of performance for the Task Order. Please also refer to FAR 52.217-7, Option for Increased Quantity-Separately Priced Line Items. This Option shall have an NTE amount that the contractor exceeds at its own risk and cost.

### 3.8 Task Category 8: Staffing Report
The Contractor shall provide the COR and/or designees with a comprehensive staffing report, at minimum, once a week that details key statistics to include a narrative describing the current status of the recruitment, vetting, and staffing efforts. This shall also include the following key statistics: number and location of active USBP and OFO MUs, number of active Contractor staff, number of staff credentialing/onboarding with pending completion dates for those in progress, increase since last report, status of any denied BI clearances, and average number of staff working in a 24-hour period broken down by labor category. The contractor shall provide the number of employees broken down by medical credential and certification. Additional required statistics include but are not limited to vacancy rate for each facility, sector, and national vacancy levels. It shall also include a text description of any current risks, issues, and challenges, the current state of recruiting and priority focus, and any impacts of the background/security clearance process.

### 3.9 Task Category 9: Staffing and Vacancy Schedules
The Contractor shall have the ability to provide a live dashboard showing on-duty staff by medical unit and position. The dashboard shall display the position description of the medical unit staff. The dashboard must have the ability to display not only on-duty medical unit staff at any given time, but also, and at a minimum, a system of tracking daily and bi-weekly schedules that is adjusted as a shift becomes available and can be accessed remotely by the Government.

On a weekly basis, and in advance every two weeks for the upcoming work period, the Contractor shall provide the COR and/or designees with staffing and vacancy schedules, in an agreed to format, with a separate worksheet for each USBP sector and OFO field office. The schedules shall indicate the names of staff with their associated discipline scheduled to work each date and shift during the bi-weekly schedule period and a list of vacancies by location.

Any changes to the number of staff needed for each location must be coordinated in advance through the OCMO PM and approved in writing by the CO. The Contractor shall maintain the means to fill any shift "call outs" with replacement staff at all times. In the event of an APP or solo support EMT call out without replacement coverage by an equal discipline level staff member, the Contractor shall notify the COR and/or the OCMO PM within 3 hours of the event.

The vendor must create and manage a solid schedule strategy to reduce overtime, travel per diem, and shifts not being filled.

Onsite staff for each site location are expected to maintain a 100% adherence to schedule (not including planned/scheduled absences). Based upon constraints and operational priorities, the COR and/or OCMO PM may approve a lower adherence to schedule, depending on surges and other acceptance criteria.

## 3.10 Task Category 10: Medical Quality Management (MQM) Reports

The Contractor shall provide the reports listed below in an electronic capacity and in the frequency indicated by OCMO PM or COR. Samples of completed documents supporting any deliverable report or summary may be requested at any time by OCMO or COR, which may include completed FPPE documentation, completed OPPE documentation, completed plans that address risk management activities or sentinel events, or supporting meeting minutes. The format of the report and elements required shall be determined by OCMO in conjunction with the OCMO PM. Changes to the reports, processes, or policies may be requested by the Government at any time. More information on these reports may be found in Appendix B.

### 3.10.1 Medical Statistics Report:

   (NOTE: additional parameters may be added to meet CBP mission needs)
- Number of medical encounters and patients treated.
- Number/percentage with Health Interviews, assessments, and encounters-Adult and Juvenile.
- Number/percentage admitted to hospital - Adult and Juvenile.
- Number/percentage referred to local health system- Adult and Juvenile.
- Number/type of cases of significant infectious disease broken down into categories: COVID-19, HIV/AIDS, Influenza, Measles, Mumps, Meningitis, Tuberculosis, Varicella, Other (or as designated by OCMO).

### 3.10.2 Medical Reports

- Ad hoc Medical Surveillance Report (includes disease reporting) as requested within 24 hours after being requested.
- FPPE summary report, OPPE summary report, including Supervising Regional Physician Chart Review Summaries. Examples of completed FPPE documentation, OPPE documentation, or Chart review documents shall be made available upon request from USBP National Medical Program Manager, COR, OCMO, or OCMO MQM.
- Risk Management Report identifying risks to include risk mitigation/reduction plans with status updates of completion, noting number of incident reports and root cause analysis filed broken down into months with categories defined. Risk mitigation/reduction plans shall be provided upon request by USBP National Medical Program Manager, COR, OCMO, or OCMO MQM

### 3.10.3 Periodic Medical Reports

- **Medical near miss, adverse and sentinel event reports** – Medical near miss, adverse and sentinel events and required reporting shall be defined in the Medical Quality Management Plan to be developed with the Contractor. A root cause analysis is required

for all sentinel events. This novel review process shall be designed, documented, and transmitted to CBP OCMO. The process shall include:
  a. A near miss, adverse event and sentinel event dashboard agreed upon by OCMO,
  b. A joint exit/review conference after each adverse and sentinel event review between MSC, CBP OCMO, and DHS OHS.

- **Infectious disease occurrence and outbreak reports** – Written reports and telephonic notification regarding infectious disease occurrences or outbreaks must be provided to OCMO, OCMO Director of Public Health, OCMO PM and COR within 3 hours of identification of an infectious disease occurrence or outbreak, as well as follow-up written situation reports as requested Notification to the health department must be completed as required by local or state legislation.

## 3.11 CBP Deliverable Plans

By no later than 10 business days after post award kick-off meeting, the Contractor shall be expected to draft the 4 plans listed below for government review by the COR and CBP OCMO who shall either approve the plans or request edits due within 5 days of the request. The drafts and updates to these plans shall be informed by the CBP Enhanced Medical Support Efforts Directive, Implementation Plans, DHS Medical Quality Management Policies, CBP Medical Quality Management Guidance, CBP Standards of Conduct, CBP National Standards on TEDS, CBP Staff Security Handbook, CBP Mandatory Training guidance and any other relevant information provided by the OCMO and OCMO PM. These plans shall also be reviewed and updated at least once annually as well as when requested by the OCMO.

1. **Strategic Program Plan** – This plan shall provide a comprehensive guide, with timelines and visuals, to describe the programmatic process and activities required for rapidly mobilizing, staffing, and maintaining CBP MUs. The comprehensive strategic program plan shall include all aspects of standing up and managing the CBP MUs. This includes but is not limited to the following areas: timeline/schedules for all activities needed to rapidly establish and maintain CBP MUs (i.e., activities related to strategic planning, execution, sustainment, continuous learning, to include target timeline/schedules). Sub- sections shall also be developed to describe the necessary tasks for the following work areas: recruiting, credentialing, human resource, onboarding, orientation, customer service, customer communications, scheduling, performance evaluations, administration, logistics, and information technology to include EMR. The plan shall be developed by the Contractor but shall be edited and updated based on input from the CBP OCMO.

2. **Medical Quality Management Program (MQM) Plan** - The anticipated contents of this plan are described above in Section 2.4 and 3.3.

3. **Performance Improvement and Risk Management Plan** – The plan shall be an integrated element of the broader MQM plan and describe how the Contractor shall monitor, lower, and manage patient and staff safety risk. This program plan shall describe risk management policies that support and promote CBP and DHS healthcare policies. The Centers for Disease Control

and OSHA standards and guidelines shall be utilized in the development of the plan. The program shall also describe how the Contractor implements the measures necessary to meet prevailing federal and state patient and staff safety guidelines and proactively administer a risk and incident management program tailored to CBP that is applied consistently throughout all CBP facilities. The plan shall be developed by the contracted National Patient Safety Quality Management Director collaboratively with the National Medical Director and, in coordination with the CBP OCMO. This plan shall support and build upon the MQM plan.

4. **CBP Medical Contractor Orientation/Training Plan –** Contractor shall develop a plan to provide all contract employees with the information and training needed relative to the CBP medical services requirement. Contractor training shall include but not be limited to information on the job description/position description, code of conduct, scope of practice or collaborative agreement for all positions, teaching manuals, training to include online, orientation, and annual refresher training through DHS' approved training vendor, CLIA, OSHA, CDC, and other resources, initial and annual review of all policies, procedures, protocols, and SOPs, medical quality management, as well as information on reporting requirements. The plan shall be developed by the Contractor but shall be edited and updated based on input from the OCMO PM, OCMO, and COR.

## 4.0    PERIOD OF PERFORMANCE (POP)

See clause "Term of Contract" In Section of the request for quote.

In the Government's discretion, the Government intends to exercise the options as set forth above but may shorten the option periods depending on the funding available.

The Government intends for the overall Period of Performance, inclusive of options (which may be more than 5), to be 60- months under this contract.

## 5.0    TRANSITIONAL PLANNING SUPPORT
### 5.1    Incoming Transition

The contractor shall participate in a post award kick-off meeting to be held seven days from contract award.

Within ten business days from post award kick-off meeting the Contractor shall provide a draft comprehensive Transition-In Plan detailing facilitation of a smooth transfer of responsibility over a period of thirty (30) to sixty (60) days. Final Transition- In Plan shall be provided five business days from CBP final comments/edits. The Contractor shall accept transfer of 100% responsibility at a minimum of 30 days but not-to-exceed 60 days after the acceptance of the Transition-In Plan.

The Contractor's Transition-In Plan shall include the following at a minimum:

- A comprehensive communications plan to inform the designated government lead and other management of transition objectives and on-going status and key deliverables and the underlying technical requirements to keep the projects on schedule.

- Identification of any management barriers that could complicate the transition and remedial plans to effectively overcome the barriers.
- Risks and risk mitigation strategies associated with the change in Contractors.

Exhibit 1 at 94

- Plan for knowledge transfer.
- Define the general means for measuring the on-going progress against the Transition Plan including, measurement criteria and tools, milestone dates and deliverables.
- Recommendations for improving support.
- Review, evaluation, and transition of current processes and workflows.
- Orientation phase and program to introduce staff, programs, and users to the Contractor's team, tools, methodologies, and business processes.
- Plan for background investigation (BI) and onboarding process of incoming staff.
- The Contractor shall begin submitting completed BI Packets for adjudication and approval immediately following the kick-off meeting for Key Personnel.
- Submission of all other candidates' BI packets shall begin no later than 10 days after the kick-off meeting and continue throughout the contract award as necessary.
- Within the 30 to 60 days transition-in period, the Contractor shall submit at a minimum, completed BI Packets and/or proposed incumbents list for staffing the active medical units outlined in Appendix A.
- Plan and projection for overall of staffing medical units during the 30 to 60 days transition-in period and continuously through the contract until 100% staffing is achieved.
- The Contractor shall update its Transition-In Plan as required to address any changes resulting from additional information and due diligence.

## 5.2    Outgoing Transition

The Contractor shall provide an Exit Transition Out Plan that identifies support activities for all transition efforts for follow-on requirements to minimize disruption of services. The outgoing Contractor shall work with the new Contractor to provide knowledge transfer and transition support facilitating a smooth transfer of responsibility. The Exit Transition Plan and support shall include the following areas:
- Coordination with Government Representatives and incoming Contractor.
- Review, evaluation, and transition of current support services.
- Transfer of all necessary business and/or technical documentation and/or updates to Standard Operating Procedures, in hard copy and electronic formats.
- Inventory and return all GFE and other Government Furnished Supplies in Contractor possession.
- Return all Government keys, PIV and/or Proxy Access Identification (ID) and any security codes.
- Provide report on status of all deliverables.
- Provide report on problems encountered during the POP.
- Provide report on current issues, problems, or activities in process that require immediate action.
- Identify the plan on how the Contractor intends to transition follow-on requirements, and the list of key personnel involved in this effort.
- Applicable debriefing and staff out-processing procedures.

- Identify and provide a schedule of routine events for continuity of the MSC program (e.g., reports and processes)

Updates to the Outgoing Transition plan are due sixty (60) calendar days prior to the end of the base and each option period, unless otherwise directed by the Contracting Officer.

The COR shall approve this plan and transition support. Upon Government approval of this plan, the Contractor shall execute the exit transition support to commence 30 days prior to the expiration of this Task Order. Successful transition shall be measured by the seamless transfer of responsibility from the current providers of support services to the new Contractor, without impact to end users, and while meeting agreed upon service levels.

For contractor staff who are covered by the Service Contract Act of 1965, 41 U.S.C. 6701 et seq., and its implementing regulations, the Executive Order 14055 on Nondisplacement of Qualified Worker under Service Contracts applies, including the clause in Section 3, to the extent applicable: https://www.whitehouse.gov/briefing-room/presidential- actions/2021/11/18/executive-order-on-nondisplacement-of-qualified-workers-under-service- contracts/

## 6.0 CONTRACT VEHICLE/ CONTRACT TYPE

The Government intends to award a single hybrid (firm-fixed price and time and materials) Task Order. The Government does not intend to award a requirements Task Order. The Government may utilize other contracts to acquire the same or similar services.

## 7.0 PLACE(S) OF PERFORMANCE

CBP shall require healthcare practitioners at USBP and OFO identified location MUs and FMLs. These locations may include, but not be limited to: USBP stations, indoor and outdoor processing sites, FOB's, and OFO POE's, primarily at locations along the SWB. Possible expansion locations are at the discretion of the Government. The Contractor may have to move staff to various locations throughout the SWB to accommodate any influx of non-citizen migrants, dependent upon the medical needs at applicable locations. Refer to Appendix A for full listing. However, CBP reserves the right to deploy Contractor staff to CBP facilities across the US.

## 8.0 TRAINING TO MAINTAIN LICENSURE AND CREDENTIALING

Any training necessary for licensure, certification, and credentialing, malpractice insurance for contactor staff to perform the tasks defined in this SOW or otherwise, shall be at the expense of the employee or Contractor. The Contractor shall be responsible for ensuring each employee completes all new employee orientation requirements and training, and shall provide a summary of CBP specific training or at the request of the COR. During expansion periods, the Contractor may be required to ensure staff are orientated and acclimated to the CBP medical programs at other locations where contract medical staff are fully functional and for a period designated

and approved by the COR.

## 9.0 GOVERNMENT FURNISHED EQUIPMENT (GFE)

Contractor must take all reasonable efforts to safely, securely, and properly handle and maintain all Government-furnished property provided for use under this contract. The Contractor must track and maintain all Government furnished property, and only use Government-furnished property for use in the performance of this contract. The Contractor is responsible for and shall replace any loss or damaged Government- furnished property. A list of GFE shall be provided post contract award.

## 10.0 FEDERAL HOLIDAYS

The MSC is generally a 24/7 operation, however, some sites may reduce or increase during holidays. The COR shall work with field staff and locations and determine beforehand any changes to schedule and needs. Federal Holidays shall follow the OPM schedule found here: https://www.opm.gov/policy-data- oversight/pay-leave/federal-holidays/. Should additional holidays be stated or offered, the CO shall make a ruling as to whether the Contractor shall adhere to such additional holiday or deem as a regular workday.

## 11.0 CONTRACT EMPLOYEE IDENTIFICATION

In accordance with Federal Acquisition Regulation (FAR) 37.114 (c), Special Acquisition Requirements, all Contractor staff attending meetings, answering Government telephones, and working in other situations where their Contractor status is not obvious to third parties are required to identify themselves as Contractor employees, including in email signature blocks and voicemail, to avoid creating an impression in the minds of members of the public or Congress that they are Government employees. They must also ensure that all documents or reports produced by Contractors are suitably marked as Contractor products, or that Contractor participation is appropriately disclosed.

The Contractor shall ensure that its employees wear attire that clearly differentiates contractor staff from DHS/CBP or visitor staff.

## 12.0 STAFF AND STAFFING

### 12.1 Key Personnel

The Government considers certain positions as key personnel, critical, and essential to the ongoing maturity and conformity on this contract.

Key personnel is identified as Contractor staff who are recognized by the Government and Contractor as essential to the successful completion and execution of this task order. Contractor shall provide resumes with the proposal for key personnel.

Contractor shall identify the following positions as key personnel with appropriate educational credentials, skills, and experiences to support CBP missions and lines of business as efficiently and effectively as possible. Key personnel shall serve until replacements with equivalent skills and background clearances are submitted by the Contractor and approved by the CO, in accordance with Homeland Security Acquisition Regulation (HSAR) 3052.215-70. The CO shall confer with the COR and

Program Office to use their best efforts to accept or reject the résumé of proposed key personnel replacements within 3 working days. Approved key personnel changes shall be incorporated into the relevant provisions of the contract via a contract modification.

Exhibit 1 at 97

The request for a key personnel change shall provide a short explanation of the circumstances necessitating the proposed substitution and a complete resume of the proposed new staff. The qualifications of proposed substitute key personnel must meet or exceed the qualifications of staff who filled the position at time of contract award.

| Position Descriptions |
|---|
| National Patient Safety Risk Manager |
| National Accounting and Budget Manager |
| National HR Manager/Director |
| National Medical Director |
| National Patient Safety Quality Management Director |
| National Program Director |
| National Security and Background Investigation Manager |

## 12.2 Medical Staffing

The Contractor shall provide staffing, as requested by the OCMO PM through the COR, at identified MUs to assist in the medical key tasks and support efforts described in section 2.0 and 3.0. Staff positions include, but are not limited to: Physician Supervisor, Pediatric Advisor, Patient Safety Risk Manager, Physician Assistant (PA), Nurse Practitioner (NP), Licensed Vocational Nurse/Licensed Practical Nurse (LVN/LPN), Emergency Medical Technician (EMT) Basic and Paramedic, Certified Medical Assistant (CMA), and Certified Nursing Assistant (CNA). Refer to Appendix C for Position Descriptions.

## 12.3 Other Related Services

The Contractor shall provide sufficient recruitment resources, staffing flexibility and capability to meet the contingency needs of CBP as required.

All Contractor staff that shall be working in government facilities or receive access to government IT systems are required to meet Background Investigation and systems access requirements. This includes but is not limited to credentialing/licensure, employee health requirements, background investigation clearance, facility and security training, emergency call back requirements, personally identifiable information and privacy requirements, prison rape elimination act requirements, and any refresher training deemed necessary or as required by DHS or CBP policy. The contactor shall identify a conduit by which external messaging can be disseminated to frontline medical staff in a timely manner as requested by CBP.

## 12.4 Position Descriptions

CBP requires that medical staff be properly licensed, credentialed, and have relevant training and experience to meet contract needs. Medical staff are required to be licensed in accordance with the position description as appropriate for the locality to which they are assigned. See Appendix C for the position descriptions.

## 13.0 SERVICE DELIVERY AND DELIVERABLES

Exhibit 1 at 98

The Government reserves the right to reject any deliverable based on defects with respect to completeness correctness, clarity, and consistencies. In the event of a rejection of any deliverable, the COR shall notify the Contractor in writing within five (5) business days of the receipt of the deliverable of any deficiencies to be corrected. The Contractor shall have five (5) business days to correct the deficiencies.

    a. Accuracy – All deliverables shall be accurate in presentation, content and adhere to the guidelines set forth in this document. All documentation presented to the Government shall be complete, correct, clear, and consistent.

    b. Clarity – Deliverables shall be clear and concise.

    c. Timeliness – Deliverables shall be submitted on or before the due date specified in this SOW or submitted in accordance with a later scheduled dated mutually agreed upon by the Government and Contractor. A deliverable is considered timely if submitted on or before the date specified in the SOW/Deliverables Table, and if the Government provides any written notifications of deficiencies, the Contractor corrects the deficiencies within five (5) business days.

An appendix is provided that outlines the deliverable requirements. The items specified for delivery are subject to the review and approval of the COR, and CBP MSC PM and/or designees before final acceptance. For any rejected deliverables, the Contractor shall be required to make revisions deemed necessary by the COR, CBP MSC PM and/or designees within five (5) business days. The Contractor shall submit all items, except as noted below, to the COR, CBP MSC PM and/or designees. The COR, CBP MSC PM and/or designees shall be designated by a separate correspondence.

## 13.1 Acceptable Criteria

OCMO and the Contractor shall review all deliverables submitted to ensure accuracy, functionality, completeness, professional quality, and overall compliance within the guidelines/requirements of the SOW, CBP policies, and Federal policies. The Government shall consider errors, misleading or unclear statements, incomplete or irrelevant information, and or excessive rhetoric, repetition, and "padding" to be deficiencies. The Contractor shall correct these at no additional cost to the Government. The Government shall attempt to review and comment on all deliverables within 10 business days, but deliverables are not accepted until the Government formally accepts such deliverable in writing. If the deliverable is deemed unacceptable the Government shall return it to the Contractor describing what is

missing or incorrectly stated. The contractor's resubmission of the deliverable is due 3 business days of the date/time the Contractor receives the notice the deliverable is unacceptable.

## 14.0 SPECIAL CONSIDERATIONS

## 14.1 Subcontracting

A subcontracting plan shall be required and is available under the VA FSS 621i schedule holder. The Contracting Office shall request the awardee's Subcontracting Plan from the VA FSS Contracting Officer within 7 days after the award is made.

## 14.2 Invoicing

ELECTRONIC INVOICING AND PAYMENT REQUIREMENTS - INVOICE PROCESSING PLATFORM (IPP) (JAN 2016)

Beginning April 11, 2016, payment requests for all new awards must be submitted electronically through the U. S. Department of the Treasury's Invoice Processing Platform System (IPP).

Payment terms for existing contracts and orders awarded prior to April 11, 2016, remain the same. The Contractor must use IPP for contracts and orders awarded April 11, 2016, or later, and must use the non-IPP invoicing process for those contracts and orders awarded prior to April 11, 2016.

"Payment request" means any request for contract financing payment or invoice payment by the Contractor. To constitute a proper invoice, the payment request must comply with the requirements identified in FAR 32.905(b), "Payment documentation and process" and the applicable Prompt Payment clause included in this contract. The IPP website address is: https://www.ipp.gov.

Under this contract, the following documents are required to be submitted as an attachment to the IPP invoice:

1. Timecards
2. Receipts for any hotel, rental cars, gas, and other expenses being billed for by travelers.
3. Medical Supplies, Equipment and Materials receipts.

The IPP was designed and developed for Contractors to enroll, access, and use IPP for submitting requests for payment. Contractor assistance with enrollment can be obtained by contacting IPPCustomerSupport@fms.treas.gov or phone (866) 973- 3131.

If the Contractor is unable to comply with the requirement to use IPP for submitting invoices for payment, the Contractor must submit a waiver request in writing to the contracting officer.

## 15.0 GENERAL SECURITY REQUIREMENTS

All on-site Contractor staff are required to have a CBP security investigation prior to starting work at the facility or headquarters. Contractors shall be required to have a CBP security investigation prior to providing services at the facility. The investigation process includes but is not limited to a security questionnaire, a credit check, and fingerprints. The anticipated time to complete the process for the security investigation may exceed eight weeks in some cases; therefore, the Contractor must start the CBP security investigation application process as soon as possible upon selection of a suitable candidate for a vacant position.

The DHS has determined that performance of the tasks as described in this SOW requires that the Contractor, subcontractor(s), etc. (herein known as Contractor) have access to sensitive DHS information, and that the Contractor shall adhere to the following:

The Contractor must comply with administrative, physical, and technical security controls to ensure that the Government's security requirements are met. During the course of this task order, Contractor must not use, disclose, or reproduce data, which bears a restrictive legend, other than as required in the performance of this SOW.

## 15.1 Background Suitability Determination

All Contractors shall have appropriately adjudicated suitability BIs and shall be US citizens. Under normal conditions, only U.S. Citizens are allowed access to DHS systems and networks, however, at times there is a need to grant access to foreign nationals. If a non-US citizen has access to OIT assets, appropriate exceptions must be documented in accordance with DHS policy (approved waiver request). Access for foreign nationals is normally a long-term commitment, and exceptions to appropriate policies are treated separately from standard exceptions and waivers. The approval chain for an exception to the U.S. Citizenship requirement flows through the Component Head, the Office of Security, and the Chief Information Officer.

Attachment B to the DHS 4300A Sensitive Systems Handbook provides an electronic form for requesting exceptions to the U.S. Citizenship requirements. DHS shall exercise full control over granting; denying, withholding, or terminating unescorted Government facility and/or sensitive Government information, or patient information access for Contractor employees, based upon the results of a background investigation. DHS may, as it deems appropriate, authorize, and make a favorable expedited entry on duty (EOD) decision based on preliminary investigation checks through the CBP Office of Professional Responsibility (OPR), Personnel Security Division (PSD). The OPR EOD decision shall allow the employees to commence work temporarily prior to the completion of the full investigation. The granting of a favorable OPR EOD decision shall not be considered as assurance that a favorable full employment suitability authorization shall follow as a result thereof. The granting of a favorable OPR EOD decision or a full employment suitability determination shall in no way prevent, preclude, or bar the withdrawal or termination of any such access by DHS, at any time during the term of the contract. No employee of the Contractor shall be allowed to EOD and/or access sensitive information or systems without a favorable OPR EOD decision or suitability determination.

No employee of the Contractor shall be allowed unescorted access to a Government facility without a favorable EOD decision, limited clearance, or a provisional full clearance by the CBP OPR PSD.

Contractors requiring recurring access to Government facilities or access to sensitive but unclassified information and/or logical access to IT resources shall verify minimal suitability requirements, as described below, for all persons/candidates designated for employment under any CBP contract by pre-screening the person/candidate prior to submitting the name for consideration. Pre-screening the candidate ensures that minimum suitability requirements are considered and mitigates the burden of DHS having to conduct background investigations on objectionable candidates.

The Contractor shall pre-vet all candidates by conducting a local and national criminal check, credit check, and other pre-employment checks allowed by state and federal law.

The Contractor shall determine the level of risk such reports indicate and determine if they are comfortable with submitting the candidate into the CBP background investigation process or not.

The Contractor shall submit only those candidates that have not had a felony conviction within the past 36 months or illegal drug use within the past 12 months from the date of submission of their name as a candidate to perform work under this contract. Contractors are required to flow this requirement down to subcontractors.
Pre-screening involves Contractors and subcontractors reviewing:

- Felony convictions within the past 36 months. An acceptable means of obtaining information on felony convictions is from public records, free of charge, or from the National Crime Information Center (NCIC).
- Illegal drug use within the past 12 months. An acceptable means of obtaining information related to drug use is through employee self-certification, by public records check or if the Contractor or subcontractor already has drug testing in place. There is no requirement for Contractors and/or subcontracts to initiate a drug-testing program if they do not have one already in place.
- Misconduct such as criminal activity on the job relating to fraud or theft within the past 12 months. An acceptable means of obtaining information related to misconduct is through employee self-certification, by public records check, or other reference checks conducted in the normal course of business.
- Financial irresponsibility related to tax liens and bankruptcy within the last 7- 10 years. An acceptable means of obtaining information related to financial irresponsibility is through a financial background check.
- A check to verify requirements of 6 C.F.R § 115.117 and CBP Clause PREVENT, DETECT AND RESPOND TO SEXUAL ABUSE AND ASSAULT IN CONFINEMENT FACILITIES (FEB 2017) – refer to PREA Prescreening requirements listed below.

Pre-screening shall be conducted within seven (7) business days after contract award. This requirement shall be placed in all subcontracts if the subcontractor requires routine physical access, access to sensitive but unclassified information, and/or logical access to IT resources. Failure to comply with the pre-screening requirement may result in the Contracting Officer taking the appropriate remedial action.
Contractor Employees requiring access to CBP facilities, sensitive information or information technology resources are required to have a favorably adjudicated background investigation (BI) or a single scope background investigation (SSBI) prior to commencing work on this contract. Exceptions shall be approved on a case-by- case basis with the Contractor Employee's access to facilities, systems, and information limited until the Contractor employee receives a favorably adjudicated BI or SSBI.

Executive Order 13467 allows for the acceptance of "suitability reciprocity" to contract staff who are component employees within DHS.

Within 10 working days after contract award, the Contractor shall submit a list of Contractor staff it shall propose for BIs by CBP. The COR shall inform the Contractor of the information needed to start this process.

Exhibit 1 at 102

Information must be correct and shall be reviewed by the COR and then the designated CBP Security Official for completeness. Normally, information requests for a BI consists of SF-85P, "Questionnaire for Public Trust Positions" or SF-86, "Questionnaire for Sensitive Positions (For National Security)" TDF 67-32.4 "U.S. USCS Authorization for Release of Information", FD- 258, "Fingerprint Charts" and a Financial Statement. Failure of any contract staff to successfully pass a BI shall be cause for the candidate's immediate dismissal from the project and replacement by a similar and equally qualified candidate as determined and approved by the CO/COR. This policy also applies to any staff hired as replacements during the contract's period of performance.

All BI forms must be accepted by CBP with written (email) approval from a representative of CBP's Office of Management Inspection and Integrity Assurance, Security Program Division (MIIA-SPD) before contract staff can begin work under this order. MIAA-SPD estimates these procedures shall take approximately ten (10) days from the time they receive the packet.

Currently, completion of BIs is taking approximately six (6) months from initial acceptance of the package.

The Contractor shall notify the COR and CBP OIT Workforce Management Group (WMG), BI Coordinator of any changes in access requirements for its staff no later than one (1) business day after any staff changes occur. This includes name changes, resignations, terminations, and reassignments, including those to another contract. The Contractor/Project Manager/Program Manager is responsible for the completion and timely (within 5 business days) submission to the COR of the CF-242 for all departing task order staff.
- Full Name
- Social Security Number
- Effective Date
- Reason for change

In accordance with Customs Directive No. 51715-006, "Separation procedures for Contractor Employees (CF-242)," the Contractor is responsible for ensuring that contract employees separating from the agency complete the relevant portions of the CF-242. This requirement covers all Contract employees who depart while the contract is still active (including resignations, terminations, etc.) or upon final completion of contract. Failure of a Contractor to properly comply with these requirements shall be documented and considered when incomplete. The Contractor shall develop a plan to ensure staff who leave the contract are out- processed using the CF-242 as soon as possible, to include collecting and returning the PIV Card to CBP.

**PREA Pre-Screening**
Contractor agrees to pre-screen applicants to ensure compliance with 6 C.F.R. §

115.117 and CBP Clause H.26 PREVENT, DETECT AND RESPOND TO SEXUAL ABUSE AND ASSAULT IN CONFINEMENT FACILITIES (FEB 2017), and this supplementary term and condition prior to submitting names to CBP for background clearance. Contractor must affirmatively ask all personnel who may have contact with detainees on this contract about previous misconduct described in 6 C.F.R §115.117(a) in written applications or interviews and document and preserve the responses before making prospective personnel available for onboarding. Please refer to CBP PREA Questionnaire for questions that the contractor should ask in written applications or interviews. Contractor must maintain documents with responses during the contract term and submit to CBP upon request.

Further, consistent with Federal, State, and local law, the contractor will make its best efforts to contact all prior institutional employers (as defined in 42 U.S.C. § 1997) where the proposed contractor personnel performed services to inquire about substantiated allegations of sexual abuse, including prior or pending investigations and their outcome. Contractor personnel having contact with detainees shall not have substantiated allegations of engaging or attempting to engage in sexual abuse or sexual activity facilitated by force, overt or implied threats of force, or coercion, or if the victim did not consent or was unable to consent or refuse. The contractor shall inquire with all prior institutional employers about allegations, investigations, convictions, and civil or administrative adjudications of such conduct. When submitting the name of an applicant for CBP background clearance, the Contractor shall provide to the Contracting Officer's Representative (COR) the steps taken to comply with these pre-screening requirements, the information obtained from the investigation, and verification that the Contractor has no reason to believe that the proposed contractor personnel had previously engaged in any activities as defined above. The contractor shall further certify in writing that the vetting included all of the stated PREA requirements and produced negative results. The contractor shall impose on such personnel the continuing affirmative duty to disclose any such misconduct and the contractor must promptly report that information to the COR.

The Contractor acknowledges that, in addition to self-monitoring requirements, Government agencies may conduct third party audits of holding facilities to include on-site monitoring. Upon request by the Contracting Officer or COR, the Contractor is required to make contract staff available to auditors and agency personnel for interviews, site inspection, and provide relevant documentation to complete a thorough audit of the holding facilities identified for audit. At all times, the Contractor shall adhere to the standards set forth in the Regulations and applicable DHS/CBP policy. Failure to comply with the Regulations or policy may result in termination of the contract.

## 15.2 Background Investigations

The Contractor shall exercise due diligence to the greatest extent possible when vetting potential employees to work in CBP facilities. Due to the scrutiny of the background investigation, the contractor shall utilize appropriate methodologies, industry standard practices or processes to mitigate any negative results on the front end. Background investigations shall be processed through the CBP Office of Professional Responsibility (OPR).

Contractor shall submit the following completed forms (most recent version) to the Contractor Officer Representative (COR) for review.

1. CBP Form 78 - Background Investigation Requirements Determination (BIRD)
2. Standard Form 85P, "Questionnaire for Public Trust Positions" Form shall be submitted via e-QIP (electronic Questionnaires for Investigation Processing)
3. Fair Credit Reporting Act (FCRA) Disclosure Form
4. SF 87 or FD Form 258, "Fingerprint Card" (2 copies) or electronic submission at sectors
5. Foreign National Relatives or Associates Statement
6. DHS 11000-9, "Disclosure and Authorization Pertaining to Consumer Reports Pursuant to the Fair Credit Reporting Act"
7. Optional Form 306 Declaration for Federal Employment (applies to Contractors as well)
8. Authorization for Release of Medical Information.

Prospective Contractor employees who need their e-QIP reactivated shall contact the COR to request re-initiation through CBP OIT/WMD.

Prospective Contractor employees who currently have an adequate current investigation and security clearance issued by another Federal Agency may be accepted for adjudication under reciprocity, however if reciprocity is not granted, then the individual is required to submit a complete security background investigation package. An adequate and current investigation is one where the investigation is not more than five (5) years old, and the subject has not had a break in service of more than two years.

Required forms shall be provided by DHS at the time of award of the contract. Only complete packages shall be accepted. Specific instructions on submission of packages shall be provided upon award of the contract.

Be advised that unless an applicant requiring access to sensitive information has resided in the U.S. for three of the past five (5) years, the Government may not be able to complete a satisfactory background investigation. In such cases, DHS retains the right to deem an applicant as ineligible due to insufficient background information.

The use of non-U.S. citizens, including Lawful Permanent Residents (LPRs), is not permitted in the performance of this contract for any position that involves access to DHS IT systems and the information contained therein, to include the development and/or maintenance of DHS IT systems or access to information contained in and/or derived from any DHS IT system.

At the direction of CBP, the Contractor shall reassign any staff person who has been arrested or who is under a pending allegation of abuse or misconduct to duties that do not allow direct contact with non-citizens pending the disposition of the charge. Any alleged misconduct shall be reported immediately to CBP.

## 15.3   Transfers from Other DHS Contracts

Staff may transfer from other DHS Contracts provided they have an adequate and current investigation (see section 11.3). If the prospective employee does not have an adequate and current investigation, an e-QIP Worksheet shall be submitted to the COR to initiate a new investigation.

Exhibit 1 at 105

### 15.4 Continued Eligibility

If a prospective employee is found to be ineligible for access to Government facilities or information, CBP shall advise the Contractor that the employee shall not continue to work or to be assigned to work under the contract. CBP may require drug screening or other tests at any time and/or when the Contractor independently identifies, circumstances where probable cause exists.

CBP may require reinvestigations when derogatory information is received and/or every 5 years. CBP reserves the right and prerogative to deny and/or restrict the facility and information access of any Contractor employee whose actions are in conflict with the standards of conduct, 5 CFR 2635 and 5 CFR 3801, or whom DHS determines to present a risk of compromising sensitive Government information to which he or she would have access under this contract.

All Contractor staff must adhere to standards of behavior that reflect professionalism and integrity on the individual, his or her employer, and the Federal Government. All staff must behave courteously and professionally toward all persons encountered in the performance of duties.

The Government maintains sole discretion to deny Contractor staff access to Government- controlled space and to prohibit individuals from working on the contract if the government deems their initial or continued employment contrary to the public interest for any reason, including, but not limited to, failing to meet contract performance standards; failure to perform to the quality standards of the profession; carelessness; unprofessional, inappropriate, or improper conduct; security concerns; insubordination, or incompetence.

Under no circumstance shall the Government's actions in its request for removal or reassignment of an individual under the contract, create an employee-employer relationship with Contractor staff. The Contractor is solely responsible for addressing employee matters and for all decisions concerning employment of its staff. The Contractor shall report any adverse information coming to their attention concerning Contractor employees under the contract to the CBP MSC PM through the COR, and the CO. Reports based on rumor or innuendo shall not be made. The subsequent termination of employment of an employee does not obviate the requirement to submit this report. The report shall include the employees' name and social security number, along with the adverse information being reported.

The COR must be notified of all terminations/resignations within one (1) day of occurrence. The Contractor shall return any expired DHS issued identification cards and building passes, or those of terminated employees to the COR. If an identification card or building pass is not available to be returned, a report must be submitted to the COR, referencing the pass or card number, name of individual to whom issued, the last known location and disposition of the pass or card. The Contractor is responsible for retrieving identification cards and building passes from terminated employees.

### 15.5 Employment Eligibility

Exhibit 1 at 106

The Contractor shall agree that each employee working on this contract shall successfully pass the DHS Employment Eligibility Verification (E-Verify) program operated by USCIS to establish work authorization.

The E-Verify system, formerly known as the Basic Pilot/Employment Eligibility verification Program, is an Internet-based system operated by DHS USCIS, in partnership with the Social Security Administration (SSA) that allows participating employers to electronically verify the employment eligibility of their newly hired employees. E-Verify represents the best means currently available for employers to verify the work authorization of their employees.

The Contractor must agree that each employee working on this contract shall have a Social Security Card issued and approved by the SSA. The Contractor shall be responsible to the Government for acts and omissions of his own employees and for any subcontractor(s) and their employees.

Subject to existing laws, regulations and/or other provisions of this contract, no undocumented, noncitizen, nor migrants shall be employed by the Contractor, or with this contract. The Contractor shall ensure that this provision is expressly incorporated into any and all Subcontracts or subordinate agreements issued in support of this contract.

## 15.6   Security Management

The Contractor Regional Program Manager or Regional Deputy Program Manager shall interface with the COR on all security matters, to include physical, staff, and protection of all Government information and data accessed by the Contractor.

The COR shall have the right to inspect the procedures, methods, and facilities used by the Contractor in complying with the security requirements under this contract. Should the COR determine the Contractor is not complying with the security requirements of this contract, the Contractor shall be informed in writing by the COR of the proper action to be taken in order to effect compliance with such requirements.

## 15.7   Disclosure of Information and Confidentiality

Any information made available to the Contractor by the Government, or its customers shall be used only for the purpose of carrying out the provisions of this contract. This information shall not be divulged or made known in any manner to any persons except as may be necessary in the performance of the contract. The Contractor is

prohibited from publicizing or disseminating any information pertaining to the supplies, services, or equipment furnished under this contract without first obtaining explicit written consent to do so from the CO. Contract staff shall not respond to any media inquiries and/or interview requests, unless authorized by the CO All products, reports, and any supporting documentation for the creation of such, produced under this contract shall be the exclusive and sole property of CBP, and must remain confidential. CBP shall obtain unlimited and exclusive rights to data first produced in the performance of this contract. The Contractor assumes responsibility for the protection of the confidentiality of all such Government records and documents produced in the performance of this contract. The Contractor shall adhere to the requirements found in Part 24 of the FAR, Protection of Privacy and Freedom of Information. When sensitive government information is

Exhibit 1 at 107

processed on Department telecommunications and automated information systems, the Contractor agrees to provide for the administrative control of sensitive data being processed and to adhere to the procedures governing such data as outlined in DHS IT Security Program Publication DHS MD 4300 Publications or its replacement. Contractor staff must have favorably adjudicated background investigations commensurate with the defined sensitivity level. Contractors who fail to comply with Department security policy are subject to having their access to Department IT systems and facilities terminated, whether or not the failure results in criminal prosecution. Any person who improperly discloses sensitive information is subject to criminal and civil penalties and sanctions under a variety of laws (e.g., Privacy Act).

## 15.8   Information Technology Security Training and Oversight

All contract employees using DHS/CBP automated systems or processing DHS/CBP sensitive data shall be required to receive Security Awareness Training. This training shall be provided by the appropriate component agency of DHS and is available via DHS approved training system. A certificate of completion is required prior to accessing any automated system, computer, or sensitive/protected information. All contract employees who are involved with management, use, or operation of any IT systems that handle sensitive information within or under the supervision of the DHS/CBP, shall receive periodic training at least annually in security awareness and accepted security practices and systems rules of behavior as found in the DHS approved training system.

Certificates of completion are required annually, or as noted per DHS annual training/CBP annual training policies or guidance.

Contractor employees, with significant security responsibilities, shall receive specialized training specific to their security responsibilities annually. The level of training shall be commensurate with the individual's duties and responsibilities and is intended to promote a consistent understanding of the principles and concepts of telecommunications and IT systems security.

All staff who access DHS/CBP information systems shall be continually evaluated while performing these duties. Supervisors shall be aware of any unusual or inappropriate behavior by staff accessing systems. Any unauthorized access, sharing of passwords, or other questionable security procedures shall
be reported to the local DHS/CBP Security Office or Information System Security Officer (ISSO).

### DHS Security Policy Requirement
All hardware, software, and services provided under this task order must be compliant with DHS 4300A DHS Sensitive System Policy and the DHS 4300A Sensitive Systems Handbook.

### Encryption Compliance Requirement
1. FIPS 197 (Advanced Encryption Standard (AES)) 256 algorithm and cryptographic modules that have been validated under FIPS 140-2.
2. National Security Agency (NSA) Type 2 or Type 1 encryption.

Exhibit 1 at 108

3. Public Key Infrastructure (PKI) (see paragraph 5.5.2.1 of the Department of Homeland Security (DHS) IT Security Program Handbook (DHS Management Directive (MD) 4300A) for Sensitive Systems).

## Security Review Requirement

The Government may elect to conduct periodic reviews to ensure that the security requirements contained in this contract are being implemented and enforced. The Contractor shall afford DHS, including the organization of the DHS Office of the Chief Information Officer, the Office of the Inspector General, authorized Contracting Officer's Representative (COR), and other Government oversight organizations, access to the Contractor's facilities, installations, operations, documentation, databases and staff used in the performance of this contract. The Contractor shall contact the DHS Chief Information Security Officer to coordinate and participate in the review and inspection activity of government oversight organizations external to the DHS. Access shall be provided to the extent necessary for the government to carry out a program of inspection, investigation, and audit to safeguard against threats and hazards to the integrity, availability and confidentiality of DHS data or the function of computer systems operated on behalf of DHS, and to preserve evidence of computer crime.

## Personal Identification Verification (PIV) Credential Compliance

Procurements for products, systems, services, hardware, or software involving controlled facility or information system shall be PIV-enabled by accepting HSPD-12 PIV credentials as a method of identity verification and authentication. Procurements for software products or software developments shall be compliant by PIV by accepting PIV credentials as the common means of authentication for access for federal employees and Contractors. PIV-enabled information systems must demonstrate that they can correctly work with PIV credentials by responding to the cryptographic challenge in the authentication protocol before granting access. If a system is identified to be non-compliant with HSPD-12 for PIV credential enablement, a remediation plan for achieving HSPD-12 compliance shall be required for review, evaluation, and approval by the CISO.

## Section 508 Requirement

Section 508 of the Rehabilitation Act, as amended by the Workforce Investment Act of 1998 (P.L. 105-220) (codified at 29 U.S.C. § 794d) requires that when Federal agencies develop, procure, maintain, or use information and communications technology (ICT), it shall be accessible to people with disabilities. Federal employees and members of the public with disabilities must be afforded access to and use of information and data comparable to that of Federal employees and members of the public without disabilities.

All products, platforms and services delivered as part of this work statement that, by definition, are deemed ICT shall conform to the revised regulatory implementation of Section 508 Standards, which are located at 36 C.F.R. § 1194.1 & Appendix A, C & D, and available at https://www.gpo.gov/fdsys/pkg/CFR-2017-title36-vol3/pdf/CFR-2017-title36-vol3-part1194.pdf. In the revised regulation, ICT replaced the term electronic and information technology (EIT) used in the original 508 standards. ICT includes IT and other equipment.

Exhibit 1 at 109

Exceptions for this work statement have been determined by DHS and only the exceptions described herein may be applied. Any request for additional exceptions shall be sent to the Contracting Officer and a determination shall be made according to DHS Directive 139-05, Office of Accessible Systems and Technology, dated November 12, 2018, and DHS Instruction 139-05-001, Managing the Accessible Systems and Technology Program, dated November 20, 2018, or any successor publication.

Section 508 applicability to Information and Communications Technology (ICT): Software infrastructure

- Applicable Exception: N/A
- Applicable Functional Performance Criteria: All functional performance criteria in Chapter 3 apply to when using an alternative design or technology that results substantially equivalent or greater accessibility and usability by individuals with disabilities than would be provided by conformance to one or more of the requirements in Chapters 4 and 5 of the Revised 508 Standards, or when Chapters 4 or 5 do not address one or more functions of ICT.
- Applicable 508 requirements for electronic content features and components: Does not apply
- Applicable 508 requirements for software features and components (including but not limited to Software infrastructure): All requirements in Chapter 5 apply, including all WCAG 2.0 Level A and AA Success Criteria, 502 Interoperability with Assistive Technology, 503 Application
- Applicable 508 requirements for hardware features and components: Does not apply
- Applicable 508 requirements for support services and documentation: All requirements in Chapter 6 apply

**<u>Section 508 Accessibility Conformance Reports</u>**: For each ICT item offered through this contract (including commercially available products, and solutions consisting of ICT that are developed or modified pursuant to this contract), the Offeror shall provide an Accessibility Conformance Report (ACR) to document conformance claims against the applicable Section 508 standards. The ACR shall be based on the Voluntary Product Accessibility Template Version 2.0 508 (or successor versions). The template can be found at https://www.itic.org/policy/accessibility/vpat. Each ACR shall be completed by following all of the instructions provided in the template, including an explanation of the validation method used as a basis for the conformance claims in the report.

## 16.0  TRAVEL

Government prefers local staff consideration as the primary source of staffing. However, Contractor travel may be required to support this requirement.

- A traveler may be used to temporarily fill positions when no local or commuting area staff is available.
- A traveler assignment shall be no shorter than three months and no longer than 6 months. Longer assignments may be approved on a case- by-case basis.
- The government will only cover the costs of the initial travel to duty location and the return home. Back and forth trips will not be reimbursed.
- The contractor shall abide by GSA lodging and per diem rates. Rates in excess of

the approved GSA lodging and per diem for a location must be pre-approved by the COR or CO. The contractor shall provide an explanation why the costs associated to the travel are above the approved GSA rates.
- o There may be times when the GSA rate in a location is unavailable, however the contractor shall search the local area for the GSA GOV rates.
- o Travel costs in excess of 300% of the current GSA lodging and per diem rates are not authorized.
- The contractor shall ensure that all approvals and necessary cost comparisons as required by the Federal Travel Regulations (FTR) are completed and approval received by the COR or CO prior to travel commencing.
- All travel required by the Government outside the local commuting area(s) (i.e., when travel is required that is both 50-mile radius from staff's duty station and 50 miles radius from staff's residence) shall be reimbursed to the Contractor in accordance with the FTR.
- The contract shall include a NTE travel amount that cannot be exceeded without contract modification. The Contractor exceeds this travel ceiling at its own risk and cost.
- The contractor shall immediately notify the CO (with a copy to the COR), in writing, when travel billing under a period of performance has reached 25, 50, 75, 85 percent of the contract not-to-exceed (NTE) amount(s) or whenever remaining funds are not sufficient to cover anticipated performance through to the order's expiration date, whichever is sooner.

**OVERTIME**
Government prefers full time staff as the primary source of staffing. However, Contractor overtime may be required to support this requirement.

Overtime may be used if necessary to cope with emergencies such as:
- Unscheduled leave.
  - o Unscheduled leave is leave that is requested and approved after the schedule is provided to CBP in accordance with section 3.9 of the SOW.
- To fill a medical unit staffing requirement, increase on a short-term basis while additional staff is being sought to fill the requirement.

Overtime shall be pre-approved by the COR or CO and shall be incorporated into the monthly Time & Material Labor NTE cost. The request shall be submitted in writing and include at a minimum, the reason for the OT, identify the MU in which the requested overtime will be used, the OT labor category and rate to be used and the requested number of hours. If it is not practical to submit in writing, a call shall be made to the COR or CO and followed-up in writing.

Overtime should not be used to fill weekly schedules. If the contractor deems this might be necessary, the contractor shall demonstrate the effect that denial of the request will have on the contract delivery or performance schedule; and provide reasons why the required work cannot be performed by using multishift operations or by employing additional personnel.

Exhibit 1 at 111

## 17.0  LANGUAGE ASSISTANCE

In accordance with Executive Order 13166, *Improving Access to Services for Persons with Limited English Proficiency (LEP),* CBP recognizes the importance of effective and accurate communications between CBP personnel and the people CBP interacts with in the performance of the CBP mission.

In accordance with CBP directive 2130-031, *Roles and Responsibilities of U.S. Customs and Border Protection Offices and Personnel Regarding Provision of Language Access,* it is the policy of CBP to take reasonable steps to provide LEP persons with meaningful access, free of charge, to its operations, services, and other conducted activities and programs without unduly burdening the Agency's fundamental mission. This policy applies to all methods of communication (e.g., verbal (including telephone); correspondence (including emails); websites; newsletters; community engagement activities; and flyers, posters, pamphlets, and other documents explaining CBP programs). This policy also applies to interactions with the public, including but not limited to, law enforcement encounters (e.g., questioning, processing, etc.).

Communication barriers can negatively impact medical interactions and services. Ensuring effective communication with all persons, including LEP persons, is critical to the success of the CBP mission. To this end both USBP and OFO have established an over the phone interpretation (OPI) contracts for foreign language interpretation services.

The contractor shall utilize CBP contracted foreign language interpretation services in the performance of the CBP mission. MSC staff shall obtain interpretative services from the established CBP contracts  to provide medical services to LEP persons. Because the OPI phone number and utilization pin codes vary by USBP sector and OFO port of entry, MSC staff must request the OPT phone number and utilization pin codes for the location they are operating at to utilize the interpretation services. MSC staff may utilize any available telephonic device to gain access to and utilize CBP language assistance services. In emergent situations, the most readily available and effective means to communicate with LEP persons shall be utilized. In the absence of this service being available, MSC staff shall:

- Take every reasonable step to ensure that language assistance is provided to LEP persons whom they engage with or encounter while carrying out their duties; this shall not unduly burden or delay the provision of medical services.
- Notify CBP Medical Priority Facility leadership of the absence in CBP contracted language assistance services.
- Notify the OCMO Program Management Office of the gap in language services.

## 18.0  REQUIRED SECURITY LANGUAGE

The following privacy and security clauses shall be included in the contract terms and conditions. Reference www.acquisition.gov, CBP Security Policy and Procedures Handbook.

- SECURITY PROCEDURES (AUG 2022)
- DISCLOSURE OF INFORMATION (MAR 2003)
- SPECIAL SECURITY REQUIREMENT - CONTRACTOR PRE-SCREENING

Exhibit 1 at 112

(AUG 2022)
- 3052.204-72 SAFEGUARDING OF CONTROLLED UNCLASSIFIED INFORMATION (JULY 2023)
- TECHNOLOGY SECURITY AWARENESS TRAINING (July 2023, HSAR 15-01, Revision 1 (July 2023)
- PREVENT, DETECT AND RESPOND TO SEXUAL ABUSE AND ASSAULT IN CONFINEMENT FACILITIES (FEB 2017)
- HSAR 3052.204-71 CONTRACTOR EMPLOYEE ACCESS (JUL 2023), ALT I

**Upon request, copies of these authorities shall be provided to the Contractor**

## HSAR 3052.204-71: CONTRACTOR EMPLOYEE ACCESS (JUL 2023)

(a) Sensitive Information, as used in this clause, means any information, which if lost, misused, disclosed, or, without authorization is accessed, or modified, could adversely affect the national or homeland security interest, the conduct of Federal programs, or the privacy to which individuals are entitled under section 552a of title 5, United States Code (the Privacy Act), but which has not been specifically authorized under criteria established by an Executive Order or an Act of Congress to be kept secret in the interest of national defense, homeland security or foreign policy. This definition includes the following categories of information:

(1)     Protected Critical Infrastructure Information (PCII) as set out in the Critical Infrastructure Information Act of 2002 (Title II, Subtitle B, of the Homeland Security Act, Pub. L. 107-296, 196 Stat. 2135), as amended, the implementing regulations thereto (Title 6, Code of Federal Regulations, part 29) as amended, the applicable PCII Procedures Manual, as amended, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security (including the PCII Program Manager or his/her designee);

(2) Sensitive Security Information (SSI), as defined in Title 49, Code of Federal Regulations, part 1520, as amended, "Policies and Procedures of Safeguarding and Control of SSI," as amended, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security (including the Assistant Secretary for the Transportation Security Administration or his/her designee);

(3) Information designated as "For Official Use Only," which is unclassified information of a sensitive nature and the unauthorized disclosure of which could adversely impact a person's privacy or welfare, the conduct of Federal programs, or other programs or operations essential to the national or homeland security interest; and

(4) Any information that is designated "sensitive" or subject to other controls, safeguards or protections in accordance with subsequently adopted homeland security information handling procedures.

(b) "Information Technology Resources" include but are not limited Government Information Security Reform Act of 2000; and the Federal Information Security Management Act of 2002; and with Federal policies and procedures that include, but are not limited to, OMB Circular A- 130.

(3)     The security plan shall specifically include instructions regarding handling and protecting sensitive information at the Contractor's site (including any information stored, processed, or transmitted using the Contractor's computer

systems), and the secure management, operation, maintenance, programming, and system administration of computer systems, networks, and telecommunications systems. limited to, computer equipment, networking equipment, telecommunications equipment, cabling, network drives, computer drives, network software, computer software, software programs, intranet sites, and internet sites.

(c) Contractor employees working on this contract must complete such forms as may be necessary for security or other reasons, including the conduct of background investigations to determine suitability. Completed forms shall be submitted as directed by the Contracting Officer. Upon the Contracting Officer's request, the Contractor's employees shall be fingerprinted, or subject to other investigations as required. All Contractor employees requiring recurring access to Government facilities or access to sensitive information or IT resources are required to have a favorably adjudicated background investigation prior to commencing work on this contract unless this requirement is waived under Departmental procedures.

(d) The Contracting Officer may require the Contractor to prohibit individuals from working on the contract if the Government deems their initial or continued employment contrary to the public interest for any reason, including, but not limited to, carelessness, in-subordination, incompetence, or security concerns.

(e) Work under this contract may involve access to sensitive information. Therefore, the Contractor shall not disclose, orally or in writing, any sensitive information to any person unless authorized in writing by the Contracting Officer. For those Contractor employees authorized access to sensitive information, the Contractor shall ensure that these persons receive training concerning the protection and disclosure of sensitive information both during and after contract performance.

(f) The Contractor shall include the substance of this clause in all subcontracts at any tier where the subcontractor may have access to Government facilities, sensitive information, or resources.

 (End of clause)

 ALTERNATE I (SEP 2012)

(g) Before receiving access to IT resources under this contract the individual must receive a security briefing, which the Contracting Officer's Representative (COR) shall arrange and complete any nondisclosure agreement furnished by DHS.

(h) The Contractor shall have access only to those areas of DHS information technology resources explicitly stated in this contract or approved by the COR in writing as necessary for performance of the work under this contract. Any attempts by Contractor staff to gain access to any information technology resources not expressly authorized by the statement of work, other terms and conditions in this contract, or as approved in writing by the COTR, is strictly prohibited. In the event of violation of this

provision, DHS shall take appropriate actions with regard to the contract and the individual(s) involved.

(i) Contractor access to DHS networks from a remote location is a temporary privilege for mutual convenience while the Contractor performs business for the DHS Component. It is not a right, a guarantee of access, a condition of the contract, or Government Furnished Equipment (GFE).

(j) Contractor access shall be terminated for unauthorized use. The Contractor agrees to hold and save DHS harmless from any unauthorized use and agrees not to request additional time or money under the contract for any delays resulting from unauthorized use or access.

(k) Non-U.S. citizens shall not be authorized to access or assist in the development, operation, management or maintenance of Department IT systems under the contract, unless a waiver has been granted by the Head of the Component or designee, with the concurrence of both the Department's Chief Security Officer (CSO) and the Chief Information Officer (CIO) or their designees. Within DHS Headquarters, the waiver may be granted only with the approval of both the CSO and the CIO or their designees. In order for a waiver to be granted:
(1) There must be a compelling reason for using this individual as opposed to a U.S. citizen; and
(2) The waiver must be in the best interest of the Government.

(l) Contractors shall identify in their proposals the names and citizenship of all non-U.S. citizens proposed to work under the contract. Any additions or deletions of non-U.S. citizens after contract award shall also be reported to the Contracting Officer.

**HSAR 3052.204-72 Safeguarding of Controlled Unclassified Information (July 2023).**

(a) Definitions. As used in this clause—Adequate Security means security protections commensurate with the risk resulting from the unauthorized access, use, disclosure, disruption, modification, or destruction of information. This includes ensuring that information hosted on behalf of an agency and information systems and applications used by the agency operate effectively and provide appropriate confidentiality, integrity, and availability protections through the application of cost-effective security controls.

Controlled Unclassified Information (CUI) is any information the Government creates or possesses, or an entity creates or possesses for or on behalf of the Government (other than classified information) that a law, regulation, or Governmentwide policy requires or permits an agency to handle using safeguarding or dissemination controls. This definition includes the following CUI categories and subcategories of information:

(1) Chemical-terrorism Vulnerability

Exhibit 1 at 115

Information (CVI) as defined in 6 CFR part 27, ''Chemical Facility Anti-Terrorism Standards,'' and as further described in supplementary guidance issued by an authorized official of the Department of Homeland Security (including the Revised Procedural Manual ''Safeguarding Information Designated as Chemical-Terrorism Vulnerability Information'' dated September 2008).

(2) Protected Critical Infrastructure Information (PCII) as set out in the Critical Infrastructure Information Act of 2002 (title XXII, subtitle B of the Homeland Security Act of 2002 as amended through Public Law 116– 283), PCII's implementing regulations (6 CFR part 29), the PCII Program Procedures Manual, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security, the PCII Program Manager, or a PCII Program Manager Designee.

 (3) Sensitive Security Information (SSI) as defined in 49 CFR part 1520, ''Protection of Sensitive Security Information,'' as amended, and any supplementary guidance officially communicated by an authorized official of the Department of Homeland Security (Including the Assistant Secretary for the Transportation Security Administration or designee), including Department of Homeland Security MD 11056.1, ''Sensitive Security Information (SSI)'' and, within the Transportation Security Administration, TSA MD 2810.1, ''SSI Program''.

 (4) Homeland Security Agreement Information means information the Department of Homeland Security receives pursuant to an agreement with State, local, Tribal, territorial, or private sector partners that is required to be protected by that agreement. The Department receives this information in furtherance of the missions of the Department, including, but not limited to, support of the Fusion Center Initiative and activities for cyber information sharing consistent with the Cybersecurity Information Sharing Act of 2015.

(5) Homeland Security Enforcement

Information means unclassified information of a sensitive nature lawfully created, possessed, or transmitted by the Department of Homeland Security in furtherance of its immigration, customs, and other civil and criminal enforcement missions, the unauthorized disclosure of which could adversely impact the mission of the Department.

(6) International Agreement Information means information the Department of Homeland Security receives that is required to be protected by an information sharing agreement or arrangement with a foreign government, an international organization of governments or any element thereof, an international or foreign public or judicial body, or an international or foreign private or non-governmental organization.

(7) Information Systems Vulnerability Information (ISVI) means:

(i) Department of Homeland Security information technology (IT) systems data revealing infrastructure used for servers, desktops, and networks; applications name, version, and release; switching, router, and gateway information; interconnections and access methods; and mission or business use/need. Examples of ISVI are systems inventories and enterprise architecture models. Information pertaining to national security systems and eligible for classification under Executive Order 13526 will be classified as appropriate; and/or

(ii) Information regarding developing or current technology, the release of which

could hinder the objectives of the Department, compromise a technological advantage or countermeasure, cause a denial of service, or provide an adversary with sufficient information to clone, counterfeit, or circumvent a process or system.

(8) Operations Security Information means Department of Homeland Security information that could be collected, analyzed, and exploited by a foreign adversary to identify intentions, capabilities, operations, and vulnerabilities that threaten operational security for the missions of the Department.

(9) Personnel Security Information means information that could result in physical risk to Department of Homeland Security personnel or other individuals whom the Department is responsible for protecting.

(10) Physical Security Information means reviews or reports illustrating or disclosing facility infrastructure or security vulnerabilities related to the protection of Federal buildings, grounds, or property. For example, threat assessments, system security plans, contingency plans, risk management plans, business impact analysis studies, and certification and accreditation documentation.

(11) Privacy Information includes both Personally Identifiable Information (PII) and Sensitive Personally Identifiable Information (SPII). PII refers to information that can be used to distinguish or trace an individual's identity, either alone, or when combined with other information that is linked or linkable to a specific individual; and SPII is a subset of PII that if lost, compromised, or disclosed without authorization could result in substantial harm, embarrassment, inconvenience, or unfairness to an individual. To determine whether information is PII, the DHS will perform an assessment of the specific risk that an individual can be identified using the information with other information that is linked or linkable to the individual. In performing this assessment, it is important to recognize that information that is not PII can become PII whenever additional information becomes available, in any medium or from any source, that would make it possible to identify an individual. Certain data elements are particularly sensitive and may alone present an increased risk of harm to the individual.

(i) Examples of stand-alone PII that are particularly sensitive include: Social Security numbers (SSNs), driver's license or State identification numbers, Alien Registration Numbers (A-numbers), financial account numbers, and biometric identifiers.

(ii) Multiple pieces of information may present an increased risk of harm to the individual when combined, posing an increased risk of harm to the individual. SPII may also consist of any grouping of information that contains an individual's name or other unique identifier plus one or more of the following elements:

(A) Truncated SSN (such as last 4 digits).
(B) Date of birth (month, day, and year).
(C) Citizenship or immigration status.
(D) Ethnic or religious affiliation.
(E) Sexual orientation.
(F) Criminal history.
(G) Medical information; and
(H) System authentication information, such as mother's birth name,

**117**

Exhibit 1 at 117

account passwords, or personal identification numbers (PINs).
(iii) Other PII that may present an increased risk of harm to the individual depending on its context, such as a list of employees and their performance ratings or an unlisted home address or phone number. The context includes the purpose for which the PII was collected, maintained, and used.

This assessment is critical because the same information in different contexts can reveal additional information about the impacted individual. Federal information means information created, collected, processed, maintained, disseminated, disclosed, or disposed of by or for the Federal Government, in any medium or form.

Federal information system means an information system used or operated by an agency or by a Contractor of an agency or by another organization on behalf of an agency. Handling means any use of controlled unclassified information, including but not limited to marking, safeguarding, transporting, disseminating, re-using, storing, capturing, and disposing of the information.

Incident means an occurrence that—
(1) Actually, or imminently jeopardizes, without lawful authority, the integrity, confidentiality, or availability of information or an information system; or
(2) Constitutes a violation or imminent threat of violation of law, security policies, security procedures, or acceptable use policies.
Information Resources means information and related resources, such as personnel, equipment, funds, and information technology.

Information Security means protecting information and information systems from unauthorized access, use, disclosure, disruption, modification, or destruction in order to provide—
(1) Integrity, which means guarding against destruction, and includes ensuring information nonrepudiation and authenticity.
(2) Confidentiality, which means preserving authorized restrictions on access and disclosure, including means for protecting personal privacy and proprietary information; and
(3) Availability, which means ensuring timely and reliable access to and use of information. Information System means a discrete set of information resources organized for the collection, processing, maintenance, use, sharing, dissemination, or disposition of information.

(b) Handling of Controlled Unclassified Information.
(1) Contractors and subcontractors must provide adequate security to protect CUI from unauthorized access and disclosure. Adequate security includes compliance with DHS policies and procedures in effect at the time of contract award. These policies and procedures are accessible at https://www.dhs.gov/dhssecurity-and-training-requirements contractors.
(2) The Contractor shall not use or redistribute any CUI handled, collected, processed, stored, or transmitted by the Contractor except as specified in the

contract.

(3) The Contractor shall not maintain SPII in its invoicing, billing, and other recordkeeping systems maintained to support financial or other administrative functions. It is acceptable to maintain in these systems the names, titles, and contact information for the Contracting Officer's Representative (COR) or other government personnel associated with the administration of the contract, as needed.

(4) Any government data provided, developed, or obtained under the contract, or otherwise under the control of the Contractor, shall not become part of the bankruptcy estate in the event a Contractor and/or subcontractor enters bankruptcy proceedings.

(c) Incident Reporting Requirements.

(1) Contractors and subcontractors shall report all known or suspected incidents to the Component Security Operations Center (SOC) in accordance with Attachment F, Incident Response, to DHS Policy Directive 4300A Information Technology System Security Program, Sensitive Systems. If the Component SOC is not available, the Contractor shall report to the DHS Enterprise SOC. Contact information for the DHS Enterprise SOC is accessible at https://www.dhs.gov/dhs-security-and-trainingrequirements-contractors.

Subcontractors are required to notify the prime Contractor that it has reported a known or suspected incident to the Department. Lower tier subcontractors are required to likewise notify their higher tier subcontractor, until the prime contractor is reached. The Contractor shall also notify the Contracting Officer and COR using the contact information identified in the contract. If the report is made by phone, or the email address for the Contracting Officer or COR is not immediately available, the Contractor shall contact the Contracting Officer and COR immediately after reporting to the Component or DHS Enterprise SOC.

(2) All known or suspected incidents involving PII or SPII shall be reported within 1 hour of discovery. All other incidents shall be reported within 8 hours of discovery.

(3) CUI transmitted via email shall be protected by encryption or transmitted within secure communications systems. CUI shall be transmitted using a FIPS 140–2/140–3 Security Requirements for Cryptographic Modules validated cryptographic module identified on https://csrc.nist.gov/projects/cryptographic-module-validation-program/validated-modules. When this is impractical or unavailable, for Federal information systems only, CUI may be transmitted over regular email channels. When using regular email channels, Contractors and subcontractors shall not include any CUI in the subject or body of any email. The CUI shall be included as a password-protected attachment with the password provided under separate cover, including as a separate email. Recipients of CUI information will comply with any email restrictions imposed by the originator.

(4) An incident shall not, by itself, be interpreted as evidence that the Contractor or Subcontractor has failed to provide adequate information security safeguards for CUI or has otherwise failed to meet the requirements of the contract.

(5) If an incident involves PII or SPII, in addition to the incident reporting guidelines in Attachment F, Incident Response, to DHS Policy Directive 4300A Information Technology System Security Program, Sensitive Systems, Contractors shall also provide as many of the following data elements that are available at the time the

incident is reported, with any remaining data elements provided within 24 hours of submission of the initial incident report:

> (i) Unique Entity Identifier (UEI).
> (ii) Contract numbers affected unless all contracts by the company are affected.
> (iii) Facility CAGE code if the location of the event is different than the prime Contractor location.
> (iv) Point of contact (POC) if different than the POC recorded in the System for Award Management (address, position, telephone, and email).
> (v) Contracting Officer POC (address, telephone, and email).
> (vi) Contract clearance level.
> (vii) Name of subcontractor and CAGE code if this was an incident on a subcontractor network.
> (viii) Government programs, platforms, or systems involved.
> (ix) Location(s) of incident.
> (x) Date and time the incident was discovered.
> (xi) Server names where CUI resided at the time of the incident, both at the Contractor and subcontractor level.
> (xii) Description of the government PII or SPII contained within the system; and
> (xiii) Any additional information relevant to the incident.

(d) Incident Response Requirements.

(1) All determinations by the Department related to incidents, including response activities, will be made in writing by the Contracting Officer.

(2) The Contractor shall provide full access and cooperation for all activities determined by the Government to be required to ensure an effective incident response, including providing all requested images, log files, and event information to facilitate rapid resolution of incidents.

(3) Incident response activities determined to be required by the Government may include, but are not limited to, the following:

> (i) Inspections.
> (ii) Investigations.
> (iii) Forensic reviews.
> (iv) Data analyses and processing; and
> (v) Revocation of the Authority to Operate (ATO), if applicable.

(4) The Contractor shall immediately preserve and protect images of known affected information systems and all available monitoring/packet capture data. The monitoring/packet capture data shall be retained for at least 180 days from submission of the incident report to allow DHS to request the media or decline interest.

(5) The Government, at its sole discretion, may obtain assistance from other Federal agencies and/or third-party firms to aid in incident response activities.

(e) Certificate of Sanitization of Government and Government-Activity-Related Files and Information. Upon the conclusion of the contract by expiration, termination, cancellation, or as otherwise indicated in the contract, the Contractor shall return all CUI to DHS and/or destroy it physically and/or logically as identified in the contract unless the contract states that return and/or destruction of CUI is not required.

Exhibit 1 at 120

Destruction shall conform to the guidelines for media sanitization contained in NIST SP 800–88, Guidelines for Media Sanitization. The Contractor shall certify and confirm the sanitization of all government and government-activity related files and information. The Contractor shall submit the certification to the COR and Contracting Officer following the template provided in NIST SP 800–88, Guidelines for Media Sanitization, Appendix G.

(f) Other Reporting Requirements. Incident reporting required by this clause in no way rescinds the Contractor's responsibility for other incident reporting pertaining to its unclassified information systems under other clauses that may apply to its contract(s), or as a result of other applicable statutory or regulatory requirements, or other U.S. Government requirements.

(g) Subcontracts. The Contractor shall insert this clause in all subcontracts and require subcontractors to include this clause in all lower tier subcontracts when subcontractor employees will have access to CUI; CUI will be collected or maintained on behalf of the agency by a subcontractor; or a subcontractor information system(s) will be used to process, store, or transmit CUI.

(End of clause)

## HSAR 3052.204-73 Notification and Credit Monitoring Requirements for Personally Identifiable Information Incidents

(a) Definitions. Privacy Information includes both Personally Identifiable Information (PII) and Sensitive Personally Identifiable Information (SPII). PII refers to information that can be used to distinguish or trace an individual's identity, either alone, or when combined with other information that is linked or linkable to a specific individual; and SPII is a subset of PII that if lost, compromised, or disclosed without authorization could result in substantial harm, embarrassment, inconvenience, or unfairness to an individual. To determine whether information is PII, the DHS will perform an assessment of the specific risk that an individual can be identified using the information with other information that is linked or linkable to the individual. In performing this assessment, it is important to recognize that information that is not PII can become PII whenever additional information becomes available, in any medium or from any source, that would make it possible to identify an individual. Certain data elements are particularly sensitive and may alone present an increased risk of harm to the individual.

> (1) Examples of stand-alone PII that are particularly sensitive include: Social Security numbers (SSNs), driver's license or State identification numbers, Alien Registration Numbers (A-numbers), financial account numbers, and biometric identifiers.
> (2) Multiple pieces of information may present an increased risk of harm to the individual when combined, posing an increased risk of harm to the individual. SPII may also consist of any grouping of information that contains an individual's name or other unique identifier plus one or more of the following elements:

(i) Truncated SSN (such as last 4 digits);

(ii) Date of birth (month, day, and year);

(iii) Citizenship or immigration status;

(iv) Ethnic or religious affiliation;

(v) Sexual orientation;

(vi) Criminal history;

(vii) Medical information; and

(viii) System authentication information, such as mother's birth name, account passwords, or personal identification numbers (PINs).

(3) Other PII that may present an increased risk of harm to the individual depending on its context, such as a list of employees and their performance ratings or an unlisted home address or phone number. The context includes the purpose for which the PII was collected, maintained, and used. This assessment is critical because the same information in different contexts can reveal additional information about the impacted individual.

(b) PII and SPII Notification Requirements.

(1) No later than 5 working days after being directed by the Contracting Officer, or as otherwise required by applicable law, the Contractor shall notify any individual whose PII or SPII was either under the control of the Contractor or resided in an information system under control of the Contractor at the time the incident occurred. The method and content of any notification by the Contractor shall be coordinated with, and subject to prior written approval by, the Contracting Officer. The Contractor shall not proceed with notification unless directed in writing by the Contracting Officer.

(2) All determinations by the Department related to notifications to affected individuals and/or Federal agencies and related services (e.g., credit monitoring) will be made in writing by the Contracting Officer.

(3) Subject to government analysis of the incident and direction to the Contractor regarding any resulting notification, the notification method may consist of letters to affected individuals sent by first-class mail, electronic means, or general public notice, as approved by the Government. Notification may require the Contractor's use of address verification and/or address location services. At a minimum, the notification shall include:

(i) A brief description of the incident;

(ii) A description of the types of PII or SPII involved;

(iii) A statement as to whether the PII or SPII was encrypted or protected by other means;

(iv) Steps individuals may take to protect themselves;

(v) What the Contractor and/or the Government are doing to investigate the incident, mitigate the incident, and protect against any future incidents; and

(vi) Information identifying who individuals may contact for additional information.

(c) Credit Monitoring Requirements. The Contracting Officer may direct the Contractor to:

Exhibit 1 at 122

(1) Provide notification to affected individuals as described in paragraph (b).

(2) Provide credit monitoring services to individuals whose PII or SPII was under the control of the Contractor or resided in the information system at the time of the incident for a period beginning the date of the incident and extending not less than 18 months from the date the individual is notified. Credit monitoring services shall be provided from a company with which the Contractor has no affiliation. At a minimum, credit monitoring services shall include:

    (i) Triple credit bureau monitoring;

    (ii) Daily customer service;

    (iii) Alerts provided to the individual for changes and fraud; and

    (iv) Assistance to the individual with enrollment in the services and the use of fraud alerts.

(3) Establish a dedicated call center. Call center services shall include:

    (i) A dedicated telephone number to contact customer service within a fixed period;

    (ii) Information necessary for registrants/enrollees to access credit reports and credit scores;

    (iii) Weekly reports on call center volume, issue escalation (i.e., those calls that cannot be handled by call center staff and must be resolved by call center management or DHS, as appropriate), and other key metrics;

    (iv) Escalation of calls that cannot be handled by call center staff to call center management or DHS, as appropriate;

    (v) Customized Frequently Asked Questions, approved in writing by the Contracting Officer in coordination with the Component or Headquarters Privacy Officer; and

    (vi) Information for registrants to contact customer service representatives and fraud resolution representatives for credit monitoring assistance.

(End of clause)

**INFORMATION TECHNOLOGY SECURITY AWARENESS TRAINING (JULY 2023)**

(a) Applicability. This clause applies to the Contractor, its subcontractors, and Contractor employees (hereafter referred to collectively as "Contractor"). The Contractor shall insert the substance of this clause in all subcontracts.

(b) Security Training Requirements.

(1)

All users of Federal information systems are required by Title 5, Code of Federal Regulations, Part 930.301, Subpart C, as amended, to be exposed to security awareness materials annually or whenever system security changes occur, or when the user's responsibilities change. The Department of Homeland Security (DHS) requires that Contractor employees take an annual Information Technology Security Awareness Training course before accessing sensitive information under the

contract. Unless otherwise specified, the training shall be completed within thirty (30) days of contract award and be completed on an annual basis thereafter not later than October 31st of each year. Any new Contractor employees assigned to the contract shall complete the training before accessing sensitive information under the contract. The training is accessible at http://www.dhs.gov/dhs-security-and-training-requirements-contractors. The Contractor shall maintain copies of training certificates for all Contractor and subcontractor employees as a record of compliance. Unless otherwise specified, initial training certificates for each Contractor and subcontractor employee shall be provided to the Contracting Officer's Representative (COR) not later than thirty (30) days after contract award. Subsequent training certificates to satisfy the annual training requirement shall be submitted to the COR via e-mail notification not later than October 31st of each year. The e-mail notification shall state the required training has been completed for all Contractor and subcontractor employees.

(2)
The DHS Rules of Behavior apply to every DHS employee, Contractor and subcontractor that will have access to DHS systems and sensitive information. The DHS Rules of Behavior shall be signed before accessing DHS systems and sensitive information. The DHS Rules of Behavior is a document that informs users of their responsibilities when accessing DHS systems and holds users accountable for actions taken while accessing DHS systems and using DHS Information Technology resources capable of inputting, storing, processing, outputting, and/or transmitting sensitive information. The DHS Rules of Behavior is accessible at http://www.dhs.gov/dhs-security-and-training-requirements-contractors. Unless otherwise specified, the DHS Rules of Behavior shall be signed within thirty (30) days of contract award. Any new Contractor employees assigned to the contract shall also sign the DHS Rules of Behavior before accessing DHS systems and sensitive information. The Contractor shall maintain signed copies of the DHS Rules of Behavior for all Contractor and subcontractor employees as a record of compliance. Unless otherwise specified, the Contractor shall e-mail copies of the signed DHS Rules of Behavior to the COR not later than thirty (30) days after contract award for each employee. The DHS Rules of Behavior will be reviewed annually, and the COR will provide notification when a review is required.

(End of clause)

## FAR 52.224-3 Privacy Training – Alternate I (DEVIATION)

(a) Definition. As used in this clause, personally identifiable information means information that can be used to distinguish or trace an individual's identity, either alone or when combined with other information that is linked or linkable to a specific individual. (See Office of Management and Budget (OMB) Circular A–130, Managing Federal Information as a Strategic Resource).

(b) The Contractor shall ensure that initial privacy training, and annual privacy training thereafter, is completed by contractor employees who—

Exhibit 1 at 124

(1) Have access to a system of records;

(2) Create, collect, use, process, store, maintain, disseminate, disclose, dispose, or otherwise handle personally identifiable information on behalf of an agency; or

(3) Design, develop, maintain, or operate a system of records (see also FAR subpart 24.1 and 39.105).

(c) The contracting agency will provide initial privacy training, and annual privacy training thereafter, to Contractor employees for the duration of this contract. Contractor employees shall satisfy this requirement by completing Privacy at DHS: Protecting Personal Information accessible at http://www.dhs.gov/dhs-security-and-training-requirements-contractors. Training shall be completed within 30 days of contract award and be completed on an annual basis thereafter not later than October 31st of each year.

(d) The Contractor shall maintain and, upon request, provide documentation of completion of privacy training to the Contracting Officer.

(e) The Contractor shall not allow any employee access to a system of records, or permit any employee to create, collect, use, process, store, maintain, disseminate, disclose, dispose or otherwise handle personally identifiable information, or to design, develop, maintain, or operate a system of records unless the employee has completed privacy training, as required by this clause.

(f) The substance of this clause, including this paragraph (f), shall be included in all subcontracts under this contract, when subcontractor employees will—

(1) Have access to a system of records;

(2) Create, collect, use, process, store, maintain, disseminate, disclose, dispose, or otherwise handle personally identifiable information; or

(3) Design, develop, maintain, or operate a system of records.

(End of clause)

## 19.0 POINTS OF CONTACT

Points of Contact (POCs) for this contract are:

Contracting Officer's Representative
TBD

CBP Senior Contracting Specialist
Nathan Briggs
Nathan.P.Briggs@cbp.dhs.gov

CBP Contracting Specialist
Christopher Shaw
Christopher.J.Shaw@cbp.dhs.gov

DHS, Office of Procurement Operations
Contracting Officer
Gregory Blaszko
Gregory.Blaszko@hq.dhs.gov

## 20.0  APPENDICES

**APPENDIX A: CBP Medical Unit Laydown**
**APPENDIX B:  Deliverables**
**APPENDIX C: Position Descriptions**
**APPENDIX D: Medical Formulary and Supplies List**
**APPENDIX E: Vaccination Services**
**APPENDIX F: Definition of Elevated in Custody Risk**
**APPENDIX G: CBP Program Management and Program Support**
**APPENDIX H: Exhibit 4(d) Summary of CBP Flores Agreement - RGV and El Paso**

[End of Statement Of Work]

## III.9  52.204-26 COVERED TELECOMMUNICATIONS EQUIPMENT OR SERVICES- REPRESENTATION (OCT 2020)

(a)  *Definitions*. As used in this provision, ''*covered telecommunications equipment or services*'' and "*reasonable inquiry*" have the meaning provided in the clause 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment.

(b)  *Procedures*. The Offeror shall review the list of excluded parties in the System for Award Management (SAM) (https://www.sam.gov) for entities excluded from receiving federal awards for ''covered telecommunications equipment or services''.

(c)  *Representations*. (1) The Offeror represents that it [ ] does, [ ] does not provide covered telecommunications equipment or services as a part of its offered products or services to the Government in the performance of any contract, subcontract, or other contractual instrument.

(2) After conducting a reasonable inquiry for purposes of this representation, the offeror represents that it [ ] does, [ ] does not use covered telecommunications equipment or services, or any equipment, system, or service that uses covered telecommunications equipment or services.

(End of provision)

## ι      2.209-7 INFORMATION REGARDING RESPONSIBILITY MATTERS (OCT 2018)

(a) *Definitions*. As used in this provision—

"Administrative proceeding" means a non-judicial process that is adjudicatory in nature in order to make a determination of fault or liability (e.g., Securities and Exchange Commission Administrative Proceedings, Civilian Board of Contract Appeals Proceedings, and Armed Services Board of Contract Appeals Proceedings). This includes administrative proceedings at the Federal and State level but only in connection with performance of a Federal contract or grant. It does not include agency actions such as contract audits, site visits, corrective plans, or inspection of deliverables.

"Federal contracts and grants with total value greater than $10,000,000" means—

Exhibit 1 at 126

(1) The total value of all current, active contracts and grants, including all priced options; and

(2) The total value of all current, active orders including all priced options under indefinite-delivery, indefinite-quantity, 8(a), or requirements contracts (including task and delivery and multiple-award Schedules).

"Principal" means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division or business segment; and similar positions).

(b) The offeror [_] has [_] does not have current active Federal contracts and grants with total value greater than $10,000,000.

(c) If the offeror checked "has" in paragraph (b) of this provision, the offeror represents, by submission of this offer, that the information it has entered in the Federal Awardee Performance and Integrity Information System (FAPIIS) is current, accurate, and complete as of the date of submission of this offer with regard to the following information:

(1) Whether the offeror, and/or any of its principals, has or has not, within the last five years, in connection with the award to or performance by the offeror of a Federal contract or grant, been the subject of a proceeding, at the Federal or State level that resulted in any of the following dispositions:

(i) In a criminal proceeding, a conviction.

(ii) In a civil proceeding, a finding of fault and liability that results in the payment of a monetary fine, penalty, reimbursement, restitution, or damages of $5,000 or more.

(iii) In an administrative proceeding, a finding of fault and liability that results in—

(A) The payment of a monetary fine or penalty of $5,000 or more; or

(B) The payment of a reimbursement, restitution, or damages in excess of $100,000.

(iv) In a criminal, civil, or administrative proceeding, a disposition of the matter by consent or compromise with an acknowledgment of fault by the Contractor if the proceeding could have led to any of the outcomes specified in paragraphs (c)(1)(i), (c)(1)(ii), or (c)(1)(iii) of this provision.

(2) If the offeror has been involved in the last five years in any of the occurrences listed in (c)(1) of this provision, whether the offeror has provided the requested information with regard to each occurrence.

(d) The offeror shall post the information in paragraphs (c)(1)(i) through (c)(1)(iv) of this provision in FAPIIS as required through maintaining an active registration in the System for Award Management, which can be accessed via https://www.sam.gov'' (see 52.204-7).

(End of provision)

**2.212-2 EVALUATION -- COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (NOV 2021)**

(a) The Government will award a contract resulting from this solicitation to the responsible offeror whose offer conforming to the solicitation will be most advantageous to the Government, price and other factors considered. The following factors shall be used to evaluate offers:

Phase I

Factor 1 – Staffing Plan/Approach

Factor 2 – Corporate Experience

Phase II

Factor 3 - Technical Approach and Capabilities

Element 1 – Professional Medical Services
Element 2 – Program Management and Administration
Element 3 – Medical Quality Management

Factor 4: Past Performance

Factor 5: Price

(b) Options. The Government will evaluate quotes for award purposes by adding the total price for all options to the total price for the basic requirement. To account for the option periods possible under 52.217-8 (maximum of six months), Options to Extend Services, the Government will evaluate the option to extend services by adding six months of the offeror's final option period price to the offeror's total price. This amount will be the total evaluated price. The Government may choose to exercise the Option to Extend Services at the end of any performance period (base or option periods). Prices for the base and option periods, including the 6-month option available under FAR 52.217-8, will be evaluated to ensure that they are fair and reasonable for performance of the requirements established in the solicitation and as proposed in the technical submission. The price for the effort associated with FAR 52.217-8 will not be included in the total awarded value at contract award. If, at the end of the contract's/order's period of performance (the end of the base period or any option period) and within the time period established in the clause, the Government chooses to exercise this option, the pricing will be pursuant to the rates specified in the contract for the preceding performance period.

(c) A written notice of award or acceptance of a quote, mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the quote, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award.

(End of provision)

### III.12  52.212-3 OFFEROR REPRESENTATIONS AND CERTIFICATIONS -- COMMERCIAL PRODUCTS AND COMMERCIAL SERVICES (Nov 2023)

The Offeror shall complete only paragraph (b) of this provision if the Offeror has completed the annual representations and certification electronically in the System for Award Management (SAM) accessed through https://www.sam.gov. If the Offeror has not completed the annual representations and certifications electronically, the Offeror shall complete only paragraphs (c) through (v) of this provision.

(a) *Definitions*. As used in this provision—
"Covered telecommunications equipment or services" has the meaning provided in the clause 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment. *Economically disadvantaged women-owned small business (EDWOSB) concern* means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States and who are economically disadvantaged in accordance with 13 CFR part 127, and the concern is certified by SBA or an approved third-party certifier in accordance with 13 CFR 127.300. It automatically qualifies as a women-owned

small business eligible under the WOSB Program.

*Forced or indentured child labor* means all work or service—
(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or
(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.
*Highest-level owner* means the entity that owns or controls an immediate owner of the offeror, or that owns or controls one or more entities that control an immediate owner of the offeror. No entity owns or exercises control of the highest level owner.
*Immediate owner* means an entity, other than the offeror, that has direct control of the offeror. Indicators of control include, but are not limited to, one or more of the following: ownership or interlocking management, identity of interests among family members, shared facilities and equipment, and the common use of employees.
*Inverted domestic corporation*, means a foreign incorporated entity that meets the definition of an inverted domestic corporation under 6 U.S.C. 395(b), applied in accordance with the rules and definitions of 6 U.S.C. 395(c).

*Manufactured end product* means any end product in product and service codes (PSCs) 1000-9999, except—
(1) PSC 5510, Lumber and Related Basic Wood Materials;
(2) Product or Service Group (PSG) 87, Agricultural Supplies;
(3) PSG 88, Live Animals;
(4) PSG 89, Subsistence;
(5) PSC 9410, Crude Grades of Plant Materials;
(6) PSC 9430, Miscellaneous Crude Animal Products, Inedible;
(7) PSC 9440, Miscellaneous Crude Agricultural and Forestry Products;
(8) PSC 9610, Ores;
(9) PSC 9620, Minerals, Natural and Synthetic; and
(10) PSC 9630, Additive Metal Materials.

*Place of manufacture* means the place where an end product is assembled out of components, or otherwise made or processed from raw materials into the finished product that is to be provided to the Government. If a product is disassembled and reassembled, the place of reassembly is not the place of manufacture.
*Predecessor* means an entity that is replaced by a successor and includes any predecessors of the predecessor.
*Reasonable inquiry* has the meaning provided in the clause 52.204-25, Prohibition on Contracting for Certain Telecommunications and Video Surveillance Services or Equipment.

*Restricted business operations* means business operations in Sudan that include power production activities, mineral extraction activities, oil-related activities, or the production of military equipment, as those terms are defined in the Sudan Accountability and Divestment Act of 2007 (Pub. L. 110-174). Restricted business operations do not include business operations that the person (as that term is defined in Section 2 of the Sudan

Accountability and Divestment Act of 2007) conducting the business can demonstrate—
(1) Are conducted under contract directly and exclusively with the regional government of southern Sudan;
(2) Are conducted pursuant to specific authorization from the Office of Foreign Assets Control in the Department of the Treasury, or are expressly exempted under Federal law from the requirement to be conducted under such authorization;
(3) Consist of providing goods or services to marginalized populations of Sudan;
(4) Consist of providing goods or services to an internationally recognized peacekeeping force or humanitarian organization;
(5) Consist of providing goods or services that are used only to promote health or education; or
(6) Have been voluntarily suspended."Sensitive technology"—

*Sensitive technology*—
(1) Means hardware, software, telecommunications equipment, or any other technology that is to be used

specifically—
(i) To restrict the free flow of unbiased information in Iran; or
(ii) To disrupt, monitor, or otherwise restrict speech of the people of Iran; and
(2) Does not include information or informational materials the export of which the President does not have the authority to regulate or prohibit pursuant to section 203(b)(3)of the International Emergency Economic Powers Act (50 U.S.C. 1702(b)(3)).

*Service-disabled veteran-owned small business concern*—
(1) Means a small business concern—
(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and
(ii) The management and daily business operations of which are controlled by one or more service-disabled veteransor, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.
(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service connected, as defined in 38 U.S.C. 101(16).

*Small business concern*—
(1) Means a concern, including its affiliates, that is independently owned and operated, not dominant in its field of operation, and qualified as a small business under the criteria in 13 CFR part 121 and size standards in this solicitation.
(2) *Affiliates*, as used in this definition, means business concerns, one of whom directly or indirectly controls or has the power to control the others, or a third party or parties control or have the power to control the others. In determining whether affiliation exists, consideration is given to all appropriate factors including common ownership, common management, and contractual relationships. SBA determines affiliation based on the factors set forth at 13 CFR 121.103.

*Small disadvantaged business concern*, consistent with 13 CFR 124.1001, means a small business concern under the size standard applicable to the acquisition, that—
(1) Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124.105) by—
(i) One or more socially disadvantaged (as defined at13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States; and
(ii) Each individual claiming economic disadvantage has a net worth not exceeding the threshold at 13 CFR 124.104(c)(2) after taking into account the applicable exclusions set forth at 13 CFR124.104(c)(2); and
(2) The management and daily business operations of which are controlled (as defined at 13.CFR 124.106) by individuals, who meet the criteria in paragraphs (1)(i) and (ii) of this definition.

*Subsidiary* means an entity in which more than 50 percent of the entity is owned—
(1) Directly by a parent corporation; or
(2) Through another subsidiary of a parent corporation
*Successor* means an entity that has replaced a predecessor by acquiring the assets and carrying out the affairs of the predecessor under a new name (often through acquisition or merger). The term "successor" does not include new offices/divisions of the same company or a company that only changes its name. The extent of the responsibility of the successor for the liabilities of the predecessor may vary, depending on State law and specific circumstances.

*Veteran-owned small business concern* means a small business concern—
(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and
(2) The management and daily business operations of which are controlled by one or more veterans.
*Women-owned business concern* means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and

whose management and daily business operations are controlled by one or more women

*Women-owned small business concern* means a small business concern—
(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least51 percent of the stock of which is owned by one or more women; and
(2) Whose management and daily business operations are controlled by one or more women.
*Women-owned small business (WOSB) concern eligible under the WOSB Program* (in accordance with 13 CFR part 127), means a small business concern that is at least 51 percent directly and unconditionally owned by, and the management and daily business operations of which are controlled by, one or more women who are citizens of the United States, and the concern is certified by SBA or an approved third-party certifier in accordance with 13 CFR 127.300.

(b)
(1) *Annual Representations and Certifications*. Any changes provided by the Offeror in paragraph (b)(2) of this provision do not automatically change the representations and certifications in SAM.
(2) The offeror has completed the annual representations and certifications electronically in SAM accessed through http://www.sam.gov. After reviewing SAM information, the Offeror verifies by submission of this offer that the representations and certifications currently posted electronically at FAR 52.212-3, Offeror Representations and Certifications-Commercial Products and Commercial Services, have been entered or updated in the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard(s) applicable to the NAICS code(s) referenced for this solicitation), at the time this offer is submitted and are incorporated in this offer by reference (see FAR 4.1201), except for paragraphs __.

[*Offeror to identify the applicable paragraphs at © through (v) of this provision that the offeror has completed for the purposes of this solicitation only, if any.*
*These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.*
*Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted electronically on SAM.*]

(c) Offerors must complete the following representations when the resulting contract is for supplies to be delivered or services to be performed in the United States or its outlying areas, or when the contracting officer has applied part 19 in accordance with 19.000(b)(1)(ii). Check all that apply.
(1) *Small business concern*. The offeror represents as part of its offer that—
(i) It □ is, □ is not a small business concern; or
(ii) It □ is, □ is not a small business joint venture that complies with the requirements of 13 CFR 121.103(h) and 13 CFR 125.8(a) and (b). [ *The offeror shall enter the name and unique entity identifier of each party to the joint venture:* _____.]
(2) *Veteran-owned small business concern*. [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision*.] The offeror represents as part of its offer that it □ is, □ is not a veteran-owned small business concern.
(3) *Service-disabled veteran-owned small business concern*. [ *Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c)(2) of this provision*.] The offeror represents as part of its offer that—
(i) It □ is, □ is not a service-disabled veteran-owned small business concern; or
(ii) It □ is, □ is not a joint venture that complies with the requirements of 13 CFR 125.18(b)(1) and (2).
[*The offeror shall enter the name and unique entity identifier of each party to the joint venture:* _____.]
Each service-disabled veteran-owned small business concern participating in the joint venture shall provide representation of its service-disabled veteran-owned small business concern status.
(4) *Small disadvantaged business concern*. [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision*.] The offeror represents, that it □ is, □ is not a small disadvantaged business concern as defined in 13 CFR 124.1002.
(5) *Women-owned small business concern*. [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision*.] The offeror represents that it □ is, □ is not a women-owned small

business concern.

(6) *WOSB joint venture eligible under the WOSB Program.* The offeror represents that it □ is, □ is not a joint venture that complies with the requirements of 13 CFR 127.506(a) through (c). [ *The offeror shall enter the name and unique entity identifier of each party to the joint venture: _____.*]

(7) *Economically disadvantaged women-owned small business (EDWOSB) joint venture.* The offeror represents that it □ is, □ is not a joint venture that complies with the requirements of 13 CFR 127.506(a) through (c).
[ *The offeror shall enter the name and unique entity identifier of each party to the joint venture: _____.*]

**Note to paragraphs (c)(8) and (9):** Complete paragraphs (c)(8) and (9) only if this solicitation is expected to exceed the simplified acquisition threshold.

(8) *Women-owned business concern (other than small business concern).* [*Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.*] The offeror represents that it □ is a women-owned business concern.

(9) *Tie bid priority for labor surplus area concerns.* If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:_____

(10) *HUBZone small business concern.* [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.*] The offeror represents, as part of its offer, that–
(i) It □ is, □ is not a HUBZone small business concern listed, on the date of this representation, as having been certified by SBA as a HUBZone small business concern in the Dynamic Small Business Search and SAM, and will attempt to maintain an employment rate of HUBZone residents of 35 percent of its employees during performance of a HUBZone contract (see 13 CFR 126.200(e)(1)); and
(ii) It □ is, □ is not a HUBZone joint venture that complies with the requirements of 13 CFR 126.616(a) through (c).
[ *The offeror shall enter the name and unique entity identifier of each party to the joint venture: _____.*]
Each HUBZone small business concern participating in the HUBZone joint venture shall provide representation of its HUBZone status.

(d) Representations required to implement provisions of Executive Order 11246-
(1) Previous contracts and compliance. The offeror represents that-
(i) It □ has, □ has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation; and
(ii) It □ has, □ has not filed all required compliance reports.
(2) *Affirmative Action Compliance.* The offeror represents that-
(i) It □ has developed and has on file, □ has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 CFR parts 60-1 and 60-2), or
(ii) It □ has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(e) *Certification Regarding Payments to Influence Federal Transactions (31 http://uscode.house.gov/ U.S.C. 1352).* (Applies only if the contract is expected to exceed $150,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract. If any registrants under the Lobbying Disclosure Act of 1995 have made a lobbying contact on behalf of the offeror with respect to this contract, the offeror shall complete and submit, with its offer, OMB Standard Form LLL, Disclosure of Lobbying Activities, to provide the name of the registrants. The offeror need not report regularly employed officers or employees of the offeror to whom payments of reasonable compensation were made.

(f) *Buy American Certificate.* (Applies only if the clause at Federal Acquisition Regulation (FAR) 52.225-1, Buy American-Supplies, is included in this solicitation.)
(1)
(i) The Offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product and that each domestic end product listed in paragraph (f)(3) of this provision contains a

critical component.

(ii) The Offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products. For those foreign end products that do not consist wholly or predominantly of iron or steel or a combination of both, the Offeror shall also indicate whether these foreign end products exceed 55 percent domestic content, except for those that are COTS items. If the percentage of the domestic content is unknown, select "no".

(iii) The Offeror shall separately list the line item numbers of domestic end products that contain a critical component (see FAR 25.105).

(iv) The terms "commercially available off-the-shelf (COTS) item," "critical component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American-Supplies."

(2) Foreign End Products:

| Line Item No. | Country of Origin | Exceeds 55% domestic content (yes/no) | |
|---|---|---|---|
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |
| _____ | _____ | _____ | |

[*List as necessary*]

(3) Domestic end products containing a critical component:

Line Item No. ____

[*List as necessary*]

(4) The Government will evaluate offers in accordance with the policies and procedures of FAR part 25.

(g)

(1) *Buy American-Free Trade Agreements-Israeli Trade Act Certificate.* (Applies only if the clause at FAR 52.225-3, Buy American-Free Trade Agreements-Israeli Trade Act, is included in this solicitation.)

(i)

(A) The Offeror certifies that each end product, except those listed in paragraph (g)(1)(ii) or (iii) of this provision, is a domestic end product and that each domestic end product listed in paragraph (g)(1)(iv) of this provision contains a critical component.

(B) The terms "Bahraini, Moroccan, Omani, Panamanian, or Peruvian end product," "commercially available off-the-shelf (COTS) item," "critical component," "domestic end product," "end product," "foreign end product," "Free Trade Agreement country," "Free Trade Agreement country end product," "Israeli end product," and "United States" are defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act."

(ii) The Offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahraini, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act."

Free Trade Agreement Country End Products (Other than Bahraini, Moroccan, Omani, Panamanian, or Peruvian End Products) or *Israeli End Products*:

| Line Item No. | | Country of Origin | |
|---|---|---|---|
| _____ | | _____ | |
| _____ | | _____ | |
| _____ | | _____ | |

[*List as necessary*]

(iii) The Offeror shall list those supplies that are foreign end products (other than those listed in paragraph (g)(1)(ii) of this provision) as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act." The Offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products. For those foreign end products that do not consist wholly or predominantly of iron or steel or a combination of both, the Offeror shall also indicate whether these foreign end products exceed 55 percent domestic content, except for those that are COTS items. If the percentage of the domestic content is unknown, select "no".
*Other Foreign End Products*:

| Line Item No. | Country of Origin | Exceeds 55% domestic content (yes/no) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

[List as necessary]

(iv) The Offeror shall list the line item numbers of domestic end products that contain a critical component (see FAR 25.105).
Line Item No. ____
[List as necessary]
(v) The Government will evaluate *offers* in accordance with the policies and procedures of FAR part 25.
(2) *Buy American-Free Trade Agreements-Israeli Trade Act Certificate, Alternate II*. If Alternate II to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:
(g)(1)(ii) The offeror certifies that the following supplies are Israeli end products as defined in the clause of this solicitation entitled "Buy American—Free Trade Agreements—Israeli Trade Act":
*Israeli End Products*:

**Line Item No.**

_____

_____

_____

[*List as necessary*]

(3) *Buy American-Free Trade Agreements-Israeli Trade Act Certificate, Alternate III*. If Alternate III to the clause at 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Bahraini, Korean, Moroccan, Omani, Panamanian, or Peruvian end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American-Free Trade Agreements-Israeli Trade Act":

Free Trade Agreement Country End Products (Other than Bahraini, Korean, Moroccan, Omani, Panamanian, or Peruvian End Products) or Israeli End Products:

| **Line Item No.** | **Country of Origin** |
| --- | --- |
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

[*List as necessary*]

(4) *Trade Agreements Certificate*. (Applies only if the clause at FAR 52.225-5, Trade Agreements, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(4)(ii) of this provision, is a U.S.-made or designated country end product, as defined in the clause of this solicitation entitled "Trade Agreements."

(ii) The offeror shall list as other end products those end products that are not U.S.-made or designated country end products.

*Other End Products*:

| **Line Item No.** | **Country of Origin** |
| --- | --- |
| _____ | _____ |
| _____ | _____ |

Exhibit 1 at 135

| Line Item No. | Country of Origin |
|---|---|
| _____ | _____ |

[*List as necessary*]

(iii) The Government will evaluate offers in accordance with the policies and procedures of FAR part 25. For line items covered by the WTO GPA, the Government will evaluate offers of U.S.-made or designated country end products without regard to the restrictions of the Buy American statute. The Government will consider for award only offers of U.S.-made or designated country end products unless the Contracting Officer determines that there are no offers for such products or that the offers for such products are insufficient to fulfill the requirements of the solicitation.

(h) *Certification Regarding Responsibility Matters (Executive Order 12689)*. (Applies only if the contract value is expected to exceed the simplified acquisition threshold.) The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals–

(1) □ Are, □ are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency;

(2) □ Have, □ have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, violating Federal criminal tax laws, or receiving stolen property;

(3) □ Are, □ are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses enumerated in paragraph (h)(2) of this clause; and

(4) □ Have, □ have not, within a three-year period preceding this offer, been notified of any delinquent Federal taxes in an amount that exceeds the threshold at 9.104-5(a)(2) for which the liability remains unsatisfied.

(i) Taxes are considered delinquent if both of the following criteria apply:

(A) *The tax liability is finally determined*. The liability is finally determined if it has been assessed. A liability is not finally determined if there is a pending administrative or judicial challenge. In the case of a judicial challenge to the liability, the liability is not finally determined until all judicial appeal rights have been exhausted.

(B) *The taxpayer is delinquent in making payment*. A taxpayer is delinquent if the taxpayer has failed to pay the tax liability when full payment was due and required. A taxpayer is not delinquent in cases where enforced collection action is precluded.

(ii) *Examples.*

(A) The taxpayer has received a statutory notice of deficiency, under I.R.C. §6212, which entitles the taxpayer to seek Tax Court review of a proposed tax deficiency. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek Tax Court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(B) The IRS has filed a notice of Federal tax lien with respect to an assessed tax liability, and the taxpayer has been issued a notice under I.R.C. §6320 entitling the taxpayer to request a hearing with the IRS Office of Appeals contesting the lien filing, and to further appeal to the Tax Court if the IRS determines to sustain the lien filing. In the course of the hearing, the taxpayer is entitled to contest the underlying tax liability because the taxpayer has had no prior opportunity to contest the liability. This is not a delinquent tax because it is not a final tax liability. Should the taxpayer seek tax court review, this will not be a final tax liability until the taxpayer has exercised all judicial appeal rights.

(C) The taxpayer has entered into an installment agreement pursuant to I.R.C. §6159. The taxpayer is making timely payments and is in full compliance with the agreement terms. The taxpayer is not delinquent because the taxpayer is not currently required to make full payment.

Exhibit 1 at 136

(D) The taxpayer has filed for bankruptcy protection. The taxpayer is not delinquent because enforced collection action is stayed under 11 U.S.C. §362 (the Bankruptcy Code).

(i) *Certification Regarding Knowledge of Child Labor for Listed End Products (Executive Order 13126).*
*[The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at* 22.1503*(b).]*

(1) *Listed end products.*

| Listed End Product | Listed Countries of Origin |
|---|---|
| _____ | _____ |
| _____ | _____ |

(2) *Certification. [If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block.]*
☐ (i) *The* offeror *will not supply any* end product *listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product.*
☐ (ii) *The* offeror *may supply an* end product *listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The* offeror *certifies that it has made a good faith effort to determine whether* forced or indentured child labor *was used to mine, produce, or manufacture any such* end product *furnished under this contract. On the basis of those efforts, the* offeror *certifies that it is not aware of any such use of child labor.*

(j) *Place of manufacture.* (Does not apply unless the solicitation is predominantly for
the acquisition of manufactured end products.) For statistical purposes only, the offeror shall indicate whether the place of manufacture of the end products it expects to provide in response to this solicitation is predominantly-
(1) ☐ In the United States (Check this box if the total anticipated price of offered end products manufactured in the United States exceeds the total anticipated price of offered end products manufactured outside the United States); or
(2) ☐ Outside the United States.

(k) *Certificates regarding exemptions from the application of the Service Contract Labor Standards* (Certification by the offeror as to its compliance with respect to the contract also constitutes its certification as to compliance by its subcontractor if it subcontracts out the exempt services.) [*The contracting officer is to check a box to indicate if paragraph (k)(1) or (k)(2) applies.*]
☐ (1) *Maintenance, calibration, or repair of certain equipment as described in FAR* 22.1003-4*(c)(1).*
The offeror ☐ does ☐ does not certify that–
(i) The items of equipment to be serviced under this contract are used regularly for other than Governmental purposes and are sold or traded by the offeror (or subcontractor in the case of an exempt subcontract) in substantial quantities to the general public in the course of normal business operations;
(ii) The services will be furnished at prices which are, or are based on, established catalog or market prices (see FAR 22.1003-4*(c)(2)(ii)) for the maintenance, calibration, or repair of such equipment; and
(iii) The compensation (wage and fringe benefits) plan for all service employees performing work under the contract will be the same as that used for these employees and equivalent employees servicing the same equipment of commercial customers.
☐ (2) *Certain services as described in FAR* 22.1003-4*(d)(1). The offeror ☐ does ☐ does not certify that-
(i) The services under the contract are offered and sold regularly to non-Governmental customers, and are provided by the offeror (or subcontractor in the case of an exempt subcontract) to the general public in substantial

Exhibit 1 at 137

quantities in the course of normal business operations;

(ii) The contract services will be furnished at prices that are, or are based on, established catalog or market prices (see FAR 22.1003-4(d)(2)(iii));

(iii) Each service employee who will perform the services under the contract will spend only a small portion of his or her time (a monthly average of less than 20 percent of the available hours on an annualized basis, or less than 20 percent of available hours during the contract period if the contract period is less than a month) servicing the Government contract; and

(iv) The compensation (wage and fringe benefits) plan for all service employees performing work under the contract is the same as that used for these employees and equivalent employees servicing commercial customers.

(3) If paragraph (k)(1) or (k)(2) of this clause applies–

(i) If the offeror does not certify to the conditions in paragraph (k)(1) or (k)(2) and the Contracting Officer did not attach a Service Contract Labor Standards wage determination to the solicitation, the offeror shall notify the Contracting Officer as soon as possible; and

(ii) The Contracting Officer may not make an award to the offeror if the offeror fails to execute the certification in paragraph (k)(1) or (k)(2) of this clause or to contact the Contracting Officer as required in paragraph (k)(3)(i) of this clause.

(l) *Taxpayer Identification Number (TIN) (* 26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to the SAM to be eligible for award.)

(1) All offerors must submit the information required in paragraphs (l)(3) through (l)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government ( 31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3) *Taxpayer Identification Number (TIN)*.

☐TIN: _____.

☐TIN has been applied for.

☐TIN is not required because:

☐Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

☐Offeror is an agency or instrumentality of a foreign government;

☐Offeror is an agency or instrumentality of the Federal Government.

(4) *Type of organization*.

☐Sole proprietorship;

☐Partnership;

☐Corporate entity (not tax-exempt);

☐Corporate entity (tax-exempt);

☐Government entity (Federal, State, or local);

☐Foreign government;

☐International organization per 26 CFR1.6049-4;

☐Other _____.

(5) *Common parent*.

☐Offeror is not owned or controlled by a common parent;

☐Name and TIN of common parent:

Name _____.

TIN _____.

Exhibit 1 at 138

(m) *Restricted business operations in Sudan*. By submission of its offer, the offeror certifies that the offeror does not conduct any restricted business operations in Sudan.

(n) Prohibition on Contracting with Inverted Domestic Corporations.
(1) Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with either an inverted domestic corporation, or a subsidiary of an inverted domestic corporation, unless the exception at 9.108-2(b) applies or the requirement is waived in accordance with the procedures at 9.108-4.
(2) *Representation*. The Offeror represents that–
(i) It □ is, □ is not an inverted domestic corporation; and
(ii) It □ is, □ is not a subsidiary of an inverted domestic corporation.

(o) Prohibition on contracting with entities engaging in certain activities or transactions relating to Iran.
(1) The offeror shall e-mail questions concerning sensitive technology to the Department of State at CISADA106@state.gov.
(2) *Representation and Certifications*. Unless a waiver is granted or an exception applies as provided in paragraph (o)(3) of this provision, by submission of its offer, the offeror-
(i) Represents, to the best of its knowledge and belief, that the offeror does not export any sensitive technology to the government of Iran or any entities or individuals owned or controlled by, or acting on behalf or at the direction of, the government of Iran;
(ii) Certifies that the offeror, or any person owned or controlled by the offeror, does not engage in any activities for which sanctions may be imposed under section 5 of the Iran Sanctions Act; and
(iii) Certifies that the offeror, and any person owned or controlled by the offeror, does not knowingly engage in any transaction that exceeds the threshold at FAR 25.703-2(a)(2) with Iran's Revolutionary Guard Corps or any of its officials, agents, or affiliates, the property and interests in property of which are blocked pursuant to the International Emergency Economic Powers Act (et seq.) (see OFAC's Specially Designated Nationals and Blocked Persons List at https://www.treasury.gov/resource-center/sanctions/SDN-List/Pages/default.aspx).
(3) The representation and certification requirements of paragraph (o)(2) of this provision do not apply if-
(i) This solicitation includes a trade agreements certification (*e.g.*, 52.212-3(g) or a comparable agency provision); and
(ii) The offeror has certified that all the offered products to be supplied are designated country end products.

(p) *Ownership or Control of Offeror*. (Applies in all solicitations when there is a requirement to be registered in SAM or a requirement to have a unique entity identifier in the solicitation).
(1) The Offeror represents that it □ has or □ does not have an immediate owner. If the Offeror has more than one immediate owner (such as a joint venture), then the Offeror shall respond to paragraph (2) and if applicable, paragraph (3) of this provision for each participant in the joint venture.
(2) If the Offeror indicates "has" in paragraph (p)(1) of this provision, enter the following information:
Immediate owner CAGE code: _____.
Immediate owner legal name: _____.
(Do not use a "doing business as" name)
Is the immediate owner owned or controlled by another entity: □ Yes or □ No.
(3) If the Offeror indicates "yes" in paragraph (p)(2) of this provision, indicating that the immediate owner is owned or controlled by another entity, then enter the following information:
Highest-level owner CAGE code: _____.
Highest-level owner legal name: _____.
(*Do not use a "doing business as" name*)

(q) *Representation by Corporations Regarding Delinquent Tax Liability or a Felony Conviction under any Federal Law.*
(1) As required by sections 744 and 745 of Division E of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235), and similar provisions, if contained in subsequent appropriations acts, The Government will not enter into a contract with any corporation that–
(i) Has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement

Exhibit 1 at 139

with the authority responsible for collecting the tax liability, where the awarding agency is aware of the unpaid tax liability, unless an agency has considered suspension or debarment of the corporation and made a determination that suspension or debarment is not necessary to protect the interests of the Government; or

(ii) Was convicted of a felony criminal violation under a Federal law within the preceding 24 months, where the awarding agency is aware of the conviction, unless an agency has considered suspension or debarment of the corporation and made a determination that this action is not necessary to protect the interests of the Government.

(2) The Offeror represents that–

(i) It is □ is not □ a corporation that has any unpaid Federal tax liability that has been assessed, for which all judicial and administrative remedies have been exhausted or have lapsed, and that is not being paid in a timely manner pursuant to an agreement with the authority responsible for collecting the tax liability; and

(ii) It is □ is not □ a corporation that was convicted of a felony criminal violation under a Federal law within the preceding 24 months.

(r) *Predecessor of Offeror.* (Applies in all solicitations that include the provision at 52.204-16, Commercial and Government Entity Code Reporting.)

(1) The Offeror represents that it □ is or □ is not a successor to a predecessor that held a Federal contract or grant within the last three years.

(2) If the Offeror has indicated "is" in paragraph (r)(1) of this provision, enter the following information for all predecessors that held a Federal contract or grant within the last three years (if more than one predecessor, list in reverse chronological order):

Predecessor CAGE code: (or mark "Unknown").

Predecessor legal name:_____.

(*Do not use a "doing business as" name*).

(s) [Reserved].

(t) *Public Disclosure of Greenhouse Gas Emissions and Reduction Goals*. Applies in all solicitations that require offerors to register in SAM ( 12.301(d)(1)).

(1) This representation shall be completed if the Offeror received $7.5 million or more in contract awards in the prior Federal fiscal year. The representation is optional if the Offeror received less than $7.5 million in Federal contract awards in the prior Federal fiscal year.

(2) Representation. [Offeror to check applicable block(s) in paragraph (t)(2)(i) and (ii)].

(i) The Offeror (itself or through its immediate owner or highest-level owner) □ does, □ does not publicly disclose greenhouse gas emissions, i.e., makes available on a publicly accessible website the results of a greenhouse gas inventory, performed in accordance with an accounting standard with publicly available and consistently applied criteria, such as the Greenhouse Gas Protocol Corporate Standard.

(ii) The Offeror (itself or through its immediate owner or highest-level owner) □ does, □ does not publicly disclose a quantitative greenhouse gas emissions reduction goal, i.e., make available on a publicly accessible website a target to reduce absolute emissions or emissions intensity by a specific quantity or percentage.

(iii) A publicly accessible website includes the Offeror's own website or a recognized, third-party greenhouse gas emissions reporting program.

(3) If the Offeror checked "does" in paragraphs (t)(2)(i) or (t)(2)(ii) of this provision, respectively, the Offeror shall provide the publicly accessible website(s) where greenhouse gas emissions and/or reduction goals are reported:_____.

(u)

(1) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015 (Pub. L. 113-235) and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions), Government agencies are not permitted to use appropriated (or otherwise made available) funds for contracts with an entity that requires employees or subcontractors of such entity seeking to report waste, fraud, or abuse to sign internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting such waste, fraud, or abuse to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information.

Exhibit 1 at 140

(2) The prohibition in paragraph (u)(1) of this provision does not contravene requirements applicable to Standard Form 312 (Classified Information Nondisclosure Agreement), Form 4414 (Sensitive Compartmented Information Nondisclosure Agreement), or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(3) *Representation*. By submission of its offer, the Offeror represents that it will not require its employees or subcontractors to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting waste, fraud, or abuse related to the performance of a Government contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information (*e.g.*, agency Office of the Inspector General).

(v) *Covered Telecommunications Equipment or Services-Representation.* Section 889(a)(1)(A) and section 889 (a)(1)(B) of Public Law 115-232.

(1) The Offeror shall review the list of excluded parties in the System for Award Management (SAM) ( https://www.sam.gov) for entities excluded from receiving federal awards for "covered telecommunications equipment or services".

(2) The Offeror represents that–

(i) It □ does, □ does not provide covered telecommunications equipment or services as a part of its offered products or services to the Government in the performance of any contract, subcontract, or other contractual instrument.

(ii) After conducting a reasonable inquiry for purposes of this representation, that it □ does, □ does not use covered telecommunications equipment or services, or any equipment, system, or service that uses covered telecommunications equipment or services.

(End of Provision)

### III.13  52.225-6 TRADE AGREEMENTS CERTIFICATE (FEB 2021)

(a) The offeror certifies that each end product, except those listed in paragraph (b) of this provision, is a U.S.-made or designated country end product, as defined in the clause of this solicitation entitled "Trade Agreements."

(b) The offeror shall list as other end products those supplies that are not U.S.-made or designated country end products.

Other End Products:

| Line Item | Country of Origin |
| --- | --- |
| | |
| | |
| | |

(c) The Government will evaluate offers in accordance with the policies and procedures of part 25 of the Federal Acquisition Regulation. For line items covered by the WTO GPA, the Government will evaluate offers of U.S.-made or designated country end products without regard to the restrictions of the Buy American statute. The Government will consider for award only offers of U.S.-made or designated country end products unless the Contracting Officer determines that there are no offers for such products or that the offers for those products are insufficient to fulfill the requirements of this solicitation.

(End of provision)

### III.14  52.229-11 TAX ON CERTAIN FOREIGN PROCUREMENTS - NOTICE AND REPRESENTATION

Exhibit 1 at 141

**(JUN 2020)**

(a) *Definitions*. As used in this provision –

*Foreign person* means any person other than a United States person.

*Specified Federal procurement payment* means any payment made pursuant to a contract with a foreign contracting party that is for goods, manufactured or produced, or services provided in a foreign country that is not a party to an international procurement agreement with the United States. For purposes of the prior sentence, a foreign country does not include an outlying area.

*United States person* as defined in 26 U.S.C. 7701(a)(30) means –
    (1) A citizen or resident of the United States;

    (2) A domestic partnership;

    (3) A domestic corporation;

    (4) Any estate (other than a foreign estate, within the meaning of 26 U.S.C. 701(a)(31)); and

    (5) Any trust if –

      (i) A court within the United States is able to exercise primary supervision over the administration of the trust; and

      (ii) One or more United States persons have the authority to control all substantial decisions of the trust.

(b) Unless exempted, there is a 2 percent tax of the amount of a specified Federal procurement payment on any foreign person receiving such payment. See 26 U.S.C. 5000C and its implementing regulations at 26 CFR 1.5000C-1 through 1.5000C-7.

(c) Exemptions from withholding under this provision are described at 26 CFR 1.5000C-1(d)(5) through (7). The Offeror would claim an exemption from the withholding by using the Department of the Treasury Internal Revenue Service Form W-14, Certificate of Foreign Contracting Party Receiving Federal Procurement Payments, available via the internet at www.irs.gov/w14. Any exemption claimed and self-certified on the IRS Form W-14 is subject to audit by the IRS. Any disputes regarding the imposition and collection of the 26 U.S.C. 5000C tax are adjudicated by the IRS as the 26 U.S.C. 5000C tax is a tax matter, not a contract issue. The IRS Form W-14 is provided to the acquiring agency rather than to the IRS.

(d) For purposes of withholding under 26 U.S.C. 5000C, the Offeror represents that –

    (1) It [_]is [_]is not a foreign person; and

    (2) If the Offeror indicates ''is'' in paragraph (d)(1) of this provision, then the Offeror represents that – I am claiming on the IRS Form W-14 [_] a full exemption, or [_] partial or no exemption [Offeror shall select one] from the excise tax.

(e) If the Offeror represents it is a foreign person in paragraph (d)(1) of this provision, then –

    (1) The clause at FAR 52.229-12, *Tax on Certain Foreign Procurements*, will be included in any resulting contract; and

    (2) The Offeror shall submit with its offer the IRS Form W-14. If the IRS Form W-14 is not submitted with

**142**

Exhibit 1 at 142

the offer, exemptions will not be applied to any resulting contract and the Government will withhold a full 2 percent of each payment.

(f) If the Offeror selects ''is'' in paragraph (d)(1) and ''partial or no exemption'' in paragraph (d)(2) of this provision, the Offeror will be subject to withholding in accordance with the clause at FAR 52.229-12, *Tax on Certain Foreign Procurements*, in any resulting contract.

(g) A taxpayer may, for a fee, seek advice from the Internal Revenue Service (IRS) as to the proper tax treatment of a transaction. This is called a private letter ruling. Also, the IRS may publish a revenue ruling, which is an official interpretation by the IRS of the Internal Revenue Code, related statutes, tax treaties, and regulations. A revenue ruling is the conclusion of the IRS on how the law is applied to a specific set of facts. For questions relating to the interpretation of the IRS regulations go to https://www.irs.gov/help/tax- law-questions.

<div align="center">(End of provision)</div>

### III.15  52.216-1 TYPE OF CONTRACT (APR 1984)

The Government contemplates award of a Hybrid Time-and-Materials with Firm-Fixed Price Task Order contract resulting from this solicitation.

<div align="center">(End of provision)</div>

### III.16  52.252-5 AUTHORIZED DEVIATIONS IN PROVISIONS (Nov 2020)

a) The use in this solicitation of any Federal Acquisition Regulation (48 CFR Chapter 1) provision with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the provision.
(b) The use in this solicitation of any provision with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

<div align="center">(End of provision)</div>

### III.17  3052.209-72 ORGANIZATIONAL CONFLICT OF INTEREST (JUN 2006)

(a) Determination. The Government has determined that this effort may result in an actual or potential conflict of interest, or may provide one or more offerors with the potential to attain an unfair competitive advantage. The nature of the conflict of interest and the limitation on future contracting involves an unequal access to information and impaired objectivity organizational conflict of interest (OCI). The potential OCIs may arise from activities of the prime, its affiliates, or subsidiaries, or any of its teaming partners or subcontractors.

The FAR provides that an OCI exists when, "because of other activities or relationships with other persons, a person is unable or potentially unable to render impartial assistance or advice to the Government, or the person's objectivity in performing the contract work is or might be otherwise impaired, or a person has an unfair competitive advantage." FAR § 2.101. Subpart 9.5 of the FAR, and Government Accountability Office (GAO), broadly identify three categories of OCIs: biased ground rules, unequal access to information, and impaired objectivity.

Impaired Objectivity: GAO has explained that a firm's participation in work that could affect its own interests or the interests of its competitors can give rise to an impaired objectivity OCI. An impaired objectivity OCI can arise where a contractor evaluates services that it provides, makes recommendations concerning current or future programs that impact their bottom line, or can no longer render impartial advice to the government due to competing interests. This type of OCI is concerned with whether the contractor's

performance on one contract can affect other interests of the contractor. See FAR § 9.505(a) (one underlying principle concerning conflicts is "[p]reventing the existence of conflicting roles that might bias a contractor's judgment").

Biased Ground Rules:  A biased ground rules OCI may arise where a firm, as part of its performance of a government contract, has in some sense set the ground rules for the competition for another government contract by, for example, writing or providing input into the specifications or statement of work. FAR §§ 9.505-1, 9.505-2. In these cases, the primary concern is that the firm could skew the competition, whether intentionally or not, in favor of itself.

Unequal Access to Information: An unequal access to information OCI arises where a firm has access to nonpublic information as part of its performance of a government contract, and where that information may provide the firm an unfair competitive advantage in a later competition for a government contract. FAR § 9.505(b). Unequal access to non-public information about a competitor, whether or not that information is proprietary, may create an unequal access OCI.

(b) If any such conflict of interest is found to exist, the Contracting Officer may

  (1) disqualify the offeror, or

  (2) determine that it is otherwise in the best interest of the United States to contract with the offeror and include the appropriate provisions to avoid, neutralize, mitigate, or waive such conflict in the contract awarded. After discussion with the offeror, the Contracting Officer may determine that the actual conflict cannot be avoided, neutralized, mitigated or otherwise resolved to the satisfaction of the Government, and the offeror may be found ineligible for award.

(c) Disclosure: The offeror hereby represents, to the best of its knowledge that:

  [_] (1) It is not aware of any facts which create any actual or potential organizational conflicts of interest relating to the award of this contract, or

  [_] (2) It has included information in its proposal, providing all current information bearing on the existence of any actual or potential organizational conflicts of interest, and has included a mitigation plan in accordance with paragraph (d) of this provision.

(d) Mitigation. If an offeror with a potential or actual conflict of interest or unfair competitive advantage believes the conflict can be avoided, neutralized, or mitigated, the offeror shall submit a mitigation plan to the Government for review. Award of a contract where an actual or potential conflict of interest exists shall not occur before Government approval of the mitigation plan. If a mitigation plan is approved, the restrictions of this provision do not apply to the extent defined in the mitigation plan.

(e) Other Relevant Information: In addition to the mitigation plan, the Contracting Officer may require further relevant information from the offeror. The Contracting Officer will use all information submitted by the offeror, and any other relevant information known to DHS, to determine whether an award to the offeror may take place, and whether the mitigation plan adequately neutralizes or mitigates the conflict.

(f) Corporation Change. The successful offeror shall inform the Contracting Officer within thirty (30) calendar days of the effective date of any corporate mergers, acquisitions, and/or divestures that may affect this provision.

(g) Flow-down. The contractor shall insert the substance of this clause in each first tier subcontract that exceeds the simplified acquisition threshold.

(End of Provision)

Exhibit 1 at 144

**III.18  3052.225-99 MADE IN AMERICA CERTIFICATE – PERSONAL PROTECTIVE EQUIPMENT (OCT 2022)**

(a)(1) The Offeror certifies that each item of personal protective equipment, except those listed in paragraph (b) of this provision, is domestic personal protective equipment.

(2) The Offeror shall list foreign-made domestic personal protective equipment items.

(3) The terms "domestic personal protective equipment," "foreign-made domestic personal protective equipment," foreign personal protective equipment," and "personal protective equipment," are defined in the clause of this solicitation entitled "Made in America – Personal Protective Equipment."

(b) Foreign-made Domestic Personal Protective Equipment:

| Line Item No. | Country of Origin |
|---|---|
| _____ | _____ |
| _____ | _____ |
| _____ | _____ |

*[List as necessary]*

(c) In the event the Department of Homeland Security determines both domestic personal protective equipment and foreign-made domestic personal protective equipment are not available due to nonavailability or unreasonable cost, the Contractor shall comply with the clauses at Federal Acquisition Regulation (FAR) 52.225-1 Buy American – Supplies or 52.225-3 Buy American – Free Trade Agreements – Israeli Trade Act and the provisions at FAR 52.225-2 Buy American Certificate or 52.225-4 Buy American – Free Trade Agreements – Israeli Trade Act Certificate or the clause at FAR 52.225-5 Trade Agreements and the provision at FAR 52.225-6 Trade Agreements Certificate, as applicable. The contracting officer will notify offerors if a nonavailability or unreasonable cost determination is made.

(End of provision)

**III.19  AGENCY LEVEL PROTEST NOTICE (APR 2003)**

Offerors are notified that per FAR 33.103(d)(4), an independent review of the grounds for a protest is available at a level above the contracting officer as an alternative to the protest to the agency contracting officer, not as an additional appeal after the protest to the agency contracting officer has been resolved. A choice to protest to the agency contracting officer therefore relieves the U.S. Customs & Border Protection of any further internal review or appeal after the contracting officer's decision.

[End of Provision]

**III.20  GENERAL INSTRUCTIONS FOR THE PREPARATION AND SUBMISSION OF QUOTATIONS (OCT 2008)**

Each quoter's Phase II quotation submitted in response to this Request for Quotation (RFQ) shall be prepared in three volumes:

Exhibit 1 at 145

- **Phase II**
  - Factor 3: Technical Approach, Capabilities, and Experience
    - Element 1 – Professional Medical Services
    - Element 2 – Program Management and Administration
    - Element 3 – Medical Quality Management
  - Factor 4: Past Performance
  - Factor 5: Price.

Phase II Quotations shall be prepared in accordance with these instructions and provide all required information in the format specified below. Each quoter shall submit:

- A transmittal letter stating the project description, the RFQ number, and any introductory information deemed appropriate.
- All quotes shall be submitted in 12-point font (or larger), Times New Roman typeface, including all text in graphics, headers, titles, charts, graphs, tables, figures, illustrations, diagrams, and labels.
- All documents in the quote shall have 1" margins.
- All documents in the quote shall be single spaced (the default in Word is 1.0 [single spacing] – DO NOT edit the line spacing in settings to reduce line spacing.
- Quotes in Phase II are limited to 20 pages maximum (excluding transmittal letter, and organizational conflict of interest (OCI) mitigation plans, if applicable). Pages in excess of the maximum will not be evaluated.
- Non-compliant quotations may not be considered for award.

**Phase II Formatting Instructions**
- **1" Margins (left, right, top and bottom)**
- **Include appropriate headings/subheadings in document (language should coincide with the applicable heading/subheading).**
- **Line Spacing: Single spacing throughout the entire quote submission including all text in graphics, headers, titles, charts, graphs, tables, figures, illustrations, diagrams, and labels (DO NOT edit the line spacing in settings to reduce or increase line spacing)**

**Phase II: Factor 3 – Technical Approach and Capabilities (Maximum of 20 Pages)**
This volume shall be submitted in an electronic format. The quotation shall be prepared in such a manner as to enable the Government reviewers to make a thorough evaluation and arrive at a sound determination of whether the quotation satisfies the Statement of Work (SOW) requirements.

**The quoter shall: describe the technical approach they intend to utilize to meet the elements below; describe the relevant capabilities of the quoter's team; and if applicable, provide examples of relevant experience of the quoter 's team that supports the proposed approach and capabilities (20 pages maximum, excluding i.e.: transmittal letter (Phase II), and organizational conflict of interest (OCI) mitigation plans (Phase II), if applicable).**

The quoter shall provide a narrative of their operational approach to performing the requirements of the Statement of Work (SOW) listed below in Elements 1-3. This narrative shall specifically address their Technical Approach and Capabilities related to the Elements below:

**Element 1: Professional Medical Services**
Quoter shall describe their contracting team's approach and capabilities related to the supervision and provision of high-quality, professional, trauma-informed medical support services to a diverse population of children, pregnant women, and adults as delineated in the SOW.  Required medical support includes initial health interview (CBP

**146**

Exhibit 1 at 146

2500), initial triage, medical assessment, medical encounter, enhanced medical monitoring, 'basic' diagnosis/low acuity treatment, psychological triage and first aid, referral, follow-up, public health/infectious disease support, medical summary (CBP 2501) and medical reporting, as more fully set forth in the attached SOW.

The quoter shall include:
- The team's approach and capabilities related to the supervision and provision of professional medical services.
- The team's approach and capabilities related to the supervisions and provision of medical services in austere areas, remote locations, expansive and dispersed geographical areas, and highly dynamic operational environments, including surge operations with short turn-around times (48-72 hours).

## Element 2: Program Management and Administration

Quoter shall describe the team's approach and capabilities related to overall administration and management of the contract, to include considerations of command, control, coordination, and oversight, of operational medical support facilities and efforts as well as programmatic and quality control standards, to meet the requirements of the SOW.

Quoter shall address:
- The team's approach in ensuring total quality management practices are implemented in every aspect of medical services delivery (i.e. provision of frontline medical services, patient safety and medical oversight).
- The team's approach for meeting SOW requirements related to the following, including how the team will use information technology in the process:
  o staff scheduling and communication with the Government in real time regarding staffing levels at each medical unit per shift.
  o facilitating medical supply chain management
  o disease surveillance and data reporting
  o the ability to respond to Government requests for information in a timely manner
  o obtaining and tracking staff licenses and credentials
  o tracking and reporting accurate and timely HRM and financial data, such as burn rates and invoicing data
  o completing and tracking CBP mandatory training requirements

## Element 3: Medical Quality Management

Quoter shall describe the team's approach and capabilities related to the development and conduct of medical quality management programs, to meet the requirements of the SOW.

Quoter shall address:
- The team's approach related to a formal system for patient safety, risk mitigation, quality assurance, and improvement utilizing the below elements:
  o Internal/self-monitoring, FPPE and OPPE, chart reviews, trends, and evaluation and associated process improvement implementation
  o Sentinel event reporting, tracking, and evaluation and associated process improvement implementation
  o Disease surveillance and data reporting evaluation and associated process improvement implementation
  o Process monitoring, internal auditing, detailing types, frequency, coordination, evaluation and associated process improvement implementation
  o External audits, process for response, and visibility for Government evaluation of findings and associated process improvement implementation

## Phase II: Factor 4 - Past Performance
***For the contracts your firm provided in Factor 2, in a separate document,*** provide a point of contact (POC),

Exhibit 1 at 147

and contact information (email and phone number), so that CBP can assess the quality of relevant prior performance. The quoter cannot submit any contract not identified in Factor 2 (limited to up to 3 contracts) and must only identify the prior referenced contract (s) with a POC for this Factor 4. No other information should be provided.

Provide POC information for all Phase I: Factor 2 references. References that were not determined to be at least somewhat relevant in Phase I: Factor 2 will not be reviewed for quality in Phase II: Factor 4. Quoters without relevant past performance will neither be rated favorably or unfavorably and instead, will be given a Neutral rating.

The past performance evaluators may consider contracts other than those submitted by the quoter if deemed relevant to this effort in evaluating the quoter's past performance. CBP may consider data available in federal procurement databases such as the Contractor Performance Assessment Reporting System (CPARS), and any other available sources that would inform the agency's evaluation.

Past performance will be evaluated for relevancy to this requirement and quality of performance (determined from CPARS, POC, or other). The Quoter is responsible for providing a POC that can provide sufficient information for evaluation.

**Factor 5: Price (No Page Limit; complete Pricing Worksheet)**

This volume shall be submitted in an electronic format. The quoter must complete and submit the attached Pricing Worksheet. The Pricing Worksheet includes detailed instructions for the offeror to submit their proposed pricing. Factor 5 will not be assigned a Confidence rating. COVID Differential is not considered by the Government at this time.

The Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. To account for the option periods possible under 52.217-8 (maximum of six months), Options to Extend Services, the Government will evaluate the option to extend services by adding six months of the offeror's final option period price to the offeror's total price. This amount will be the total evaluated price. The Government may choose to exercise the Option to Extend Services at the end of any performance period (base or option periods). Prices for the base and option periods, including the 6-month option available under FAR 52.217-8, will be evaluated to ensure that they are fair and reasonable for performance of the requirements established in the solicitation. The price for the effort associated with FAR 52.217-8 will not be included in the total awarded value at contract award. If, at the end of the contract's/order's period of performance (the end of the base period or any option period) and within the time period established in the clause, the Government chooses to exercise this option, the pricing will be pursuant to the rates specified in the contract for the preceding performance period.

The Government will review the total evaluated price (inclusive of options) for reasonableness per FAR 8.405-2. Pricing for open market labor categories is evaluated for fair and reasonable pricing per FAR 8.402(f)(2). For the best value trade-off analysis, the Government will compare quoters based on total evaluated price in the Pricing Worksheet, inclusive of options and the FAR 52.217-8 period of 6 months as discussed above. Labor rates will be fixed and locked in at time of award.

Pricing Structure

*CLINS X001 – CLIN X011*

Labor Hour Pricing. The quoter shall offer fully burdened labor rates at or below their VA Federal Supply Schedule (FSS) contract rates for the labor categories identified in the Pricing Worksheet. Except for the Open Market labor categories identified below and in the Pricing Worksheet, all labor categories proposed must fall under the vendor's VA Schedule Contract 621 I, under an applicable Special Item Number (SIN). The quoter must identify the SINs for each labor category quoted and such SINs must meet the minimum qualifications cited under the Position Descriptions, Appendix C. If a quoter proposes a Contractor Team Arrangement (CTA) to meet this requirement,

then the CTA must have been submitted with the quotation in Phase 1.

The Pricing Worksheet identifies the applicable DoL Prevailing Wage Determination by location from the VA 621 I Schedule Contract that applies to each Labor Category covered under the Service Contract Labor Standards.

These identified DoL Prevailing Wage Determinations are from the GSA Mass Modification #16 issued May 2023 as referenced under the VAS FSS 621 I, see link: SCLS wage determinations applicable to MAS contracts | GSA

Open Market Labor Categories:  The quoter shall propose the following Open Market labor categories/items.
- National Accounting Budget Manager
- National Human Resources Manager
- National Program Director and National Deputy Program Director
- National Security and Background Investigations Manager
- Regional Deputy Program Manager
- Regional Program Manager
- PM/PMO Support Staff (12) – Two (2) are designated to MQM support.

Note that for Support Staff positions, which are covered under the Service Contract Labor Standards, the quoter must identify the Wage Determination and DoL Occupation Code utilized in their pricing.  In accordance with FAR 22.1009-4 the applicable Wage Determination will be added to the awardee's contract for the Support Staff positions designated as covered under the Service Contract Labor Standards, based on their location(s).

CLIN X012 - Medical Materials/Supplies/Set-Up All Locations (See Appendix D Medical Formulary) -  A Not-To-Exceed (NTE) amount is as shown on the pricing worksheet.  This amount shall not be changed.  If this CLIN is exercised the pricing is based on the awarded labor hour rates for the applicable Region/Sector.

Optional - CLIN X013 - Surge Activity - A NTE amount is as shown on the pricing worksheet.  This amount shall not be changed.  If this CLIN is exercised the pricing is based on the awarded labor hour rates for the applicable Region/Sector

Optional - CLIN X014 - Vaccination Services – A NTE amount is as shown on the pricing worksheet. This amount shall not be changed.   If this CLIN is exercised the pricing is based on the awarded labor hour rates for the applicable Region/Sector

Optional - CLIN X015 -Additional Point of Care Testing - A NTE amount is as shown on the pricing template. This number shall not be changed.   If this CLIN is exercised the pricing will be based on the awarded labor hour rates for the applicable Region/Sector

CLIN X016 - Travel - A Not-To-Exceed (NTE) amount is as shown on the pricing worksheet.  This amount shall not be changed.  Travel will be reimbursed at cost subject to the allowability provisions of FAR 31.205-46.

It is understood that the VA FSS rates are fully loaded (i.e., with all indirect expenses, G&A, fringes, profit etc.).

In accordance with FAR 52.212-4 Alternate I Paragraph (i) this contract will not provide for a fixed price reimbursement for indirect costs applicable to Material and ODCs.

D. A fully burdened labor rate total shall be shown as a result of the extended amounts. The quoter must include a statement that these rates are applicable for up to 120 days after the Phase II RFQ close date, and for the entire period of performance of the order, inclusive of options.

E.  For purposes of evaluating the quoters total evaluated price, the quote shall assume a performance start date of May 1, 2024.  Note that the actual performance start may vary depending on when award is made.

F. Total. The quoter must provide an overall total for the 60-month period, based on the Pricing Worksheet.  To

Exhibit 1 at 149

account for the option periods possible under 52.217-8 (maximum of six months), Options to Extend Services, the Government will evaluate the option to extend services by adding six months of the offeror's final option period price to the offeror's total price

G. Adequacy of Prospective Contractors Accounting System. The offeror's accounting system must substantiate vouchers (including any subcontractor hours reimbursed at the hourly rate in the schedule) by evidence of actual payment and by:
  (i) Individual daily job timekeeping records;
  (ii) Records that verify the employees meet the qualifications for the labor categories specified in the contract; and
  (iii) Other substantiation requested by the CO. (see FAR 52.212-4 Alternate I).

 H. Prior to award, the contracting officer will verify as part of the responsibility determination that the awardee's accounting system is adequate. By no later than March 21, 2024, the quoter shall submit evidence of an adequate accounting system, such as a verification from the Defense Contract Audit Agency, the Defense Contract Management Agency, any federal civilian audit agency, or a third-party Certified Public Accounting firm that the quoter has an accounting system that has been audited and determined adequate for tracking labor hours, time, and materials for this order.

**SUBMISSION OF QUOTATION:**

Quoters must submit their quotations electronically via email to: Gregory.blaszko@hq.dhs.gov

### III.21  RELATIVE IMPORTANCE OF EVALUATION FACTORS (JUN 2007)

Award will be made to the responsible quoter whose quote provides the combination of criteria offering the best overall value to the Government.

For this solicitation, the major evaluation factors are below and in descending order of importance:
  - Staffing (Non-Price, Factor 1)
  - Corporate Experience (Non-Price, Factor 2)
  - Technical Approach and Capabilities (Non- Price, Factor 3)
  - Past Performance (Non- Price, Factor 4)
  - Price (Factor 5)

Factors 1-4 will be evaluated on a Confidence basis (High Confidence, Some Confidence, or Low Confidence). Factor 1-4 will each be given an overall Confidence rating.  Quoters without relevant past performance for Factor 4 will neither be rated favorably or unfavorably, and instead will be given a Neutral rating.

Factor 5 will not be assigned a Confidence rating but will be evaluated for reasonableness as set out above."

Factors 1, 2, 3 and 4, when combined, are significantly more important than Price (Factor 5).

[End of Provision]

| CONFIDENCE RATINGS FOR FACTORS 1,2, 3 & 4 | |
|---|---|
| **RATING** | **DEFINITION** |
| **High Confidence** | Based on the information provided, the Government has ***high confidence*** that the quoter understands the requirement and will be successful in performing the task order. |
| CONFIDENCE RATINGS FOR FACTORS 1,2, 3 & 4 | |
| **RATING** | **DEFINITION** |

| Some Confidence | Based on the information provided, the Government has **some confidence** that the quoter understands the requirement and will be successful in performing the task order. |
|---|---|
| Low Confidence | Based on the information provided, the Government has **low confidence** that the quoter understands the requirement and will be successful in performing the task order. |

## III.22  BASIS OF AWARD (TRADE-OFF ANALYSIS) (JUN 2007)

Award shall be made to the quoter whose quote is determined to best meet the needs of Government after consideration of all factors-- i.e., provides the "best value". "Best value" is defined here as the procurement process that results in the most advantageous acquisition decision for the Government and is performed through an integrated assessment and trade-off analysis among price and non-price factors.

The basis for the award of a contract as a result of this Request for Quote (RFQ) will be a detailed, integrated evaluation by the Government on the basis of how well the quotes satisfy the evaluation criteria contained in this solicitation. Accordingly, the Government may award any resulting contract to other than the lowest priced quoter or other than the quoter with the highest technical merit rating.

The Contracting Officer or Source Selection Authority has the right to determine whether two or more technical quotes are "substantially equal" or whether any differences in technical weighing are "significant" for purposes of evaluating the overall merit of quotes. Between quotes of substantially equal technical merit, price will become a more significant factor.

Between competing quotes, the Government is not willing to pay significantly more for a minor technical difference, nor is the Government willing to forego a significant technical difference in exchange for a small price differential.

See the provision entitled "Relative Importance of Evaluation Factors" contained in this solicitation.

Once the Government determines the Offeror that is the best-suited (i.e., the apparent successful awardee), the Government reserves the right to communicate with only that offeror to address any remaining issues, if necessary, and finalize a task order with that Offeror. These issues may include technical and/or price. If the parties cannot successfully address any remaining issues, as determined pertinent at the sole discretion of the Government, the Government reserves the right to communicate with the next best-suited Offeror based on the original analysis and address any remaining issues.

[End of Provision]


**[End of Solicitation]**

Exhibit 1 at 151