**Redacted Version**

Exhibit 6



September 7, 2023

Sent Via E-mail: █████████████████

Ms. ███████████
Supervisory Contracting Officer
U.S. Department of Homeland Security
Customs and Boarder Protection
4760 N. Oracle Rd
Suite 100
Tucson, AZ 85705

Dear ██████████,

  Loyal Source appreciates your continued assistance as we collaboratively work to support the CBP's important mission during the contract extension period. Loyal Source values its relationship with CBP and is justly proud of our performance record over the past eight years. As you are likely aware, several recent articles, including those published in the Washington Post and USAToday,[1] address Loyal Source's and CBP's management of migrant populations along the southwest border. In many respects, these articles contain misinformation, lack important context, and are not representative of the CBP's and Loyal Source's programmatic efforts and contract performance. As you know, our current contract prevents us from commenting publicly on these matters. As such, we are coming directly to the CBP, our trusted business partner, to address this troubling situation. In particular, we want to advance our shared goal of ensuring that any public messaging is both informed and appropriately balanced while correcting any mistaken narratives that may be propagated. The referenced articles, which rely on both named and unattributed CBP sources, are concerning in three respects, as they (i) mischaracterize Loyal Source's performance record under our current contract; (ii) include sensitive information, including medical diagnosis detail, that may have been disclosed by CBP personnel; and (iii) suggest an improper bias against Loyal Source in the ongoing procurement. We respectfully request the CBP's assistance and assurances to help address these concerns promptly.

  As an initial matter, the articles suggest that Loyal Source's performance under the contract has fallen short of its contractual obligations. In many cases, the articles rely on CBP sources to support this mistaken view. For example, one article states that Loyal Source's "staff has often been stretched thin, shuttling back and forth between border facilities to cover vacancies" noting unidentified "CBP officials familiar with Loyal Source's operations" as its source. If accurately quoted, this statement reflects confusion within CBP about the applicable contract requirements and current circumstances. As you know, Loyal Source has recruited more employees than CBP

---

[1] *Available at* https://www.washingtonpost.com/immigration/2023/08/25/border-medical-migrants-loyal-source/; https://www.usatoday.com/story/news/nation/2023/06/02/border-patrol-investigation-finds-failures-in-care-of-child-who-died/70281029007/ (last visited September 7, 2023).



has been able to clear. If staff is "stretched thin," it is through no failure on the part of Loyal Source. Furthermore, one of the material contract requirements is the ability and flexibility to move staff among the different sites to meet surge requirements, consistent with CBP direction. Any "shuttling" of providers among different facilities has been carried out in an efficient manner at the explicit direction of the CBP. Unnamed CBP officials also commented that CBP "is trying to help the company become more efficient in its hiring efforts." While Loyal Source is always receptive to feedback and opportunities to improve, we are not aware of any efforts by CBP to improve Loyal Source's hiring practices. To the contrary, as described above, Loyal Source's hiring has outpaced CBP capacity to clear personnel to fill positions along the border. To the extent CBP would like to engage with us on hiring efforts, Loyal Source would welcome such an opportunity. In any case, these statements, apparently from CBP personnel, are misguided and inconsistent with the collaborative partnership Loyal Source seeks to foster with the CBP and its stakeholders. It is concerning that CBP officials would anonymously provide misleading and inaccurate information to the news media about our ongoing performance, and we respectfully request your assistance to correct any misleading narratives.

Indeed, it is difficult to explain the motivation that certain CBP personnel apparently have to perpetuate a false narrative that Loyal Source has not been a reliable contractor and partner under our contract. Some of the contentious statements appear to be provided by medical officers within the program office. While we do not want to speculate, Loyal Source ███████████████████████████████████████████████████████████████████████████████████████████████████████████ As you are aware, our CPARS assessments to date confirm our strong performance. One appropriate remedial measure would be to provide a copy of the enclosed CPARS issued on August 3, 2022 to select journalists who have previously relied on anonymous sources at CBP. These CPARS would serve as a contemporaneous, objective record to help address any misperceptions. We welcome the CBP's input as to additional remedial measures that we could consider.

As a separate matter, we know you share Loyal Source's commitment to handling and protecting Personally Identifiable Information (PII) and Personal Health Information (PHI) appropriately. Based on the information contained in recent articles, it appears as though CBP personnel may be sharing PII/PHI inappropriately with the media or otherwise. Specifically, both articles include details of chronic health issues of named patients. This includes specifying details such as sickle cell disease and a pre-existing heart condition, as well as specific symptoms such as fluid in the lungs, and a specific temperature of 104.5 degrees. One article even shared the patient's official diagnosis after being in U.S. custody. We trust that CBP is committed to protection and proper handling of PII/PHI and to administering appropriate consequences where applicable standards are not followed. If there is anything we can do to support these efforts, please let us know.

Finally, it is important to address the pervasive indication in the Washington Post article that CBP is seeking to replace Loyal Source and award the follow-on contract, which is currently being competed, to another offeror. This suggestion is problematic to say the least and, if true,

Exhibit 6 at Page 2

12612 Challenger Parkway, Ste. 365 | Orlando, Florida 32826 | 407.306.8441 | www.loyalsource.com



would be inconsistent with applicable procurement law. In particular, the article states that "[t]he company operating the medical ward … remains on the job because U.S. Customs and Border Protection has failed to hire a replacement." It also notes that "CBP officials said they are prepared to replace Loyal Source with another provider if the company fails to fulfill its contractual obligations to properly staff in U.S. facilities;" and that "Agency officials did not say if Loyal Source has been ruled out as a potential recipient for a new contract, but past performance would be taken into account when evaluating bids." Such public commentary by the agency at all, much less during an active procurement, speaks to a lack of professionalism, at a minimum, and may be improper. As you know, agencies must evaluate offers in accordance with the announced evaluation criteria and applicable law. The article suggests that, for a certain faction within CBP, a decision adverse to Loyal Source has already been made before amended proposals have been submitted. We know you share a commitment to transparency and procurement integrity and appreciate your efforts to ensure that CBP personnel who cannot be objective do not taint the ongoing procurement and award decision.

We thank you for your time and consideration of these very important matters. Please let us know how we can best assist CBP as you work to address the issues raised herein.

Very respectfully,

Loyal Source Government Services, LLC

Enclosure: Loyal Source CPARS, issued August 3, 2022



