Exhibit 7



November 28, 2023

*Sent Via E-mail*: ████████████████████████████

████████████████
Supervisory Contracting Officer
U.S. Department of Homeland Security
Customs and Border Protection
4760 N. Oracle Rd., Suite 100
Tucson, AZ 85705

Dear ████████████,

Loyal Source appreciates your continued assistance as we collaboratively work to support the Customs and Border Protection's ("CBP" or "Agency") important mission during the contract extension period. As you know, Loyal Source has previously addressed concerns with you related to CBP officials improperly sharing information with the news media. Specifically, on September 7, 2023, we sent you the attached letter via e-mail (*see* Attachment A), and expressed our concerns that CBP officials had improperly shared sensitive information with the media, mischaracterized Loyal Source's performance record under the CBP contract, and made comments suggesting an improper bias against Loyal Source in the ongoing procurement. Unfortunately, the concerns previously communicated to you have not been addressed. Rather, they persist and have become more egregious, as evidenced by a recent article published in the Washington Post. Troublingly, the article includes misinformation related to Loyal Source's performance under contracts 70B03C20F00001383 and 70B03C23F00000272 (the "Contracts") for Medical Screening Services at the Southwest Border, and raises serious questions regarding the propriety of the procurement process in the on-going procurement for those same services under Solicitation No. 70B03C22Q00000081.

This recent article has exacerbated existing problems and raises new, concerning issues. In particular, this article 1) confirms a violation of the Procurement Integrity Act ("PIA") by at least three CBP officials; 2) demonstrates an improper bias against Loyal Source in the on-going procurement; and 3) mischaracterizes Loyal Source's performance record under the Contracts. As you may know, CBP Office of Professional Responsibility has already opened an investigation into this matter, OPR Case No. 202402346. We respectfully request your assistance and assurances to help address these concerns promptly and in accordance with applicable law and regulation.

### A. Agency Officials Have Violated The Procurement Integrity Act.

Federal Acquisition Regulation ("FAR") 3.104-3(a)(1) prohibits the disclosure of contractor bid or proposal information and source selection information before the award of a Federal procurement to which the information pertains. Here, the Washington Post article confirms that

Exhibit 7 at Page 1

12612 Challenger Parkway, Ste. 365 | Orlando, Florida 32826 | 407.306.8441 | www.loyalsource.com
████████████████████████████



at least three CBP officials have violated the Procurement Integrity Act by divulging sensitive, source selection information pertaining to the on-going CBP procurement. Specifically, the article reveals CBP's internal methodology for structuring the procurement, stating that "[t]he contract selection was structured in a way that a company's past performance could not be considered as a factor during the first phase." It also reveals the outcome of the agency's Phase I evaluation process, stating that Loyal Source has "been selected as a finalist" that "is among a half-dozen companies under consideration." Critically, the three officials – who admittedly "spoke on the condition of anonymity because they are prohibited from discussing the selection process" - revealed that the "CBP advisory board did not recommend Loyal Source for the next round of consideration, but the agency's procurement office overruled the board's findings." Thus, these unnamed CBP officials willfully and knowingly violated the fundamental prohibitions of the Procurement Integrity Act. These improper and illegal actions reflect a sustained and bad faith effort to undermine the integrity of the procurement process and to harm Loyal Source.

In a request for public comment, CBP stated that it is "intensely focused on ensuring that the procurement process is conducted correctly and with the utmost integrity and professionalism." While Loyal Source appreciates CBP's focus on integrity, it does not mitigate the brazen violation of the Procurement Integrity Act and the prohibitions set forth in FAR 3.104-3(a)(1). Moreover, there are no assurances that the improprieties under the ongoing procurement have been mitigated or that they are limited to the three CBP officials who are referenced in the article. From the article, it is reasonable to conclude that a significant faction within CBP is hostile toward Loyal Source and is intent on having Loyal Source excluded from the competition, irrespective of the evaluation criteria and bases for award set forth in the Solicitation. In light of these events, it is now requisite upon the Contracting Officer and Head of CBP Contracting Activity to take appropriate action pursuant to FAR 3.104-7, including but not limited to canceling the procurement, disqualifying offerors, and re-constituting the evaluation board. *See e-Management Consultants, Inc.; Centech Group, Inc*., B-400585.2, et al., 2009 WL 416345 (Comp. Gen. Feb. 3, 2009) (finding the agency's cancellation of the procurement reasonable where the "agency's consideration of all offerors' proposals may have been compromised."). Under these circumstances, prompt and decisive action is both appropriate and required to correct perceived and actual improprieties in the procurement and to avoid a tainted award decision.

Loyal Source respectfully reserves all rights and remedies available under applicable law and regulation, including the right to file a bid protest to address these issues. Consistent with FAR 33.102(f), Loyal Source is promptly reporting these procurement integrity violations to the Contracting Officer. Prompt remedial action by the CBP will help to avoid further disruptions to the procurement process.

**B. The Article Confirms An Improper Bias Against Loyal Source Within the CBP.**

The referenced article confirms that multiple CBP officials are acting on an improper bias against Loyal Source. The bias here is so strong that these individuals elected to knowingly and willfully violate applicable law to undermine the ongoing procurement and to create significant pressure on

Exhibit 7 at Page 2



the CBP not to award to Loyal Source. These actions violate the most basic tenets of public procurement law.

Moreover, CBP officials disclosed selective pieces of information that reflects poorly upon Loyal Source, divulging – for example:

- information about the August 2023 cure notice that CBP issued to Loyal Source describing "widespread problems with the company's performance" on its current contract, "including chronic staff shortages, excessive travel expenses and error-plagued record-keeping;" and
- that CBP's Office of Professional Responsibility has assembled a "Tiger Team" to review Loyal Source's business practices and performance record.

It is now evident that the three CBP officials – and potentially others – who spoke to the press are dissatisfied with the procurement process and outcome of the Agency's source selection decisions thus far and have decided to appeal to the media to undermine the results. The CBP officials who were quoted in the article do not dispute this, as they openly indicated their disagreement with the evaluation results and stated that they "*did not recommend Loyal Source for the next round of consideration*," and were "overruled."

Such public commentary by the agency at all, much less during an active procurement, speaks to a lack of professionalism, at a minimum, and is improper. *See Starry Assoc., Inc. v. U.S.*, 127 Fed.Cl. 539 (2016) (finding "credible evidence" of improper bias that, "despite his self-proclaimed recusal, [] continued to affect the outcome of the procurement in a way that benefitted [one particular offeror]"). As you know, agencies must evaluate offers in accordance with the announced evaluation criteria and applicable law. Therefore, to preserve the integrity of the procurement process, Loyal Source respectfully requests that, at a minimum, the individuals involved in the source selection process – including the advisory boards – be replaced. Moreover, it may be appropriate to cancel the procurement and begin the process anew.

### C. Anonymous CBP Officials Continue To Misrepresent The Company's Performance Record.

As with the previous articles published, this recent article suggests that Loyal Source's performance under the contract has fallen short of its contractual obligations. These statements, apparently from CBP personnel, are mistaken. It is concerning that CBP officials would provide misleading and inaccurate information to the media about our ongoing performance.

Specifically, the article stated that Loyal Source "has struggled for years to staff border facilities with nurses and doctors" noting that a primary reason for staffing issues is comparatively low pay to competitors. As we stated in our September 7, 2023 letter to you, this statement reflects a clear misunderstanding of the contractual requirements and current circumstances; Loyal Source has recruited more employees than CBP has been able to clear. If staff is stretched thin, it is through no failure on the part of Loyal Source.

Exhibit 7 at Page 3

12612 Challenger Parkway, Ste. 365 | Orlando, Florida 32826 | 407.306.8441 |www.loyalsource.com



Moreover, the article stated that CBP investigators have already recommended the "suspension" of Loyal Source's current contract, citing two CBP officials as its source for this information. Loyal Source is not aware of any recommendation by investigators to "suspend" Loyal Sources contract. Rather, Loyal Source ████████████████████████████████████████████████████████████████████████████████████. Loyal Source is ████████████████████████████████████████████████████████████████████, in furtherance of our long-standing business partnership.

Further, CBP and other agencies have consistently provided favorable past performance ratings in Loyal Source's CPARS that support such conclusions. The suggestion in the recent article that Loyal Source suffers from negative past performance ratings could not be further from the truth. In fact, in Loyal Source's CPARS for the subject contract for the period of September 30, 2020 through September 29, 2021 (the period when illegal border crossings were at their highest in history), CBP assigned Loyal Source ███████████████████████████████████████████████████████████████████████████████████████████



These statements are directly contradictory to the narrative set forth in the Washington Post article, which was clearly orchestrated by CBP officials acting in bad faith.

**Conclusion**

We thank you for your time and consideration of these very important matters. We know you share a commitment to transparency and procurement integrity and appreciate your efforts to ensure that all offerors are evaluated on equal playing field. In particular, as described above, consistent with applicable regulations, CBP must 1) critically review the violations that have occurred and document the extent of the impact these violations had on the procurement process; 2) implement remedial measures, including canceling the procurement, disqualifying offerors, and

Exhibit 7 at Page 4

12612 Challenger Parkway, Ste. 365 | Orlando, Florida 32826 | 407.306.8441 | www.loyalsource.com



re-constituting the evaluation board; and 3) work with Loyal Source to help repair the company's reputation and correct the misinformation in the media perpetuated by CBP officials.

\*\*\*

This letter includes sensitive and proprietary material, the release of which would cause Loyal Source to suffer significant and irreparable harm. This letter is exempt from disclosure under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 et seq., or otherwise, and are subject to the criminal provisions of the Trade Secrets Act, 18 USC § 1905. Loyal Source requests confidential treatment under FOIA, as well as immediate notification of any third-party request for this letter or the attachments and advance notice of any intended disclosure so that the Company may take appropriate action.

We look forward to hearing the outcome of CBP's actions and continuing to work with you to carry out the CBP's important mission.

Very respectfully,

Loyal Source Government Services, LLC

Enclosures – Attachment A

# ATTACHMENT A

Exhibit 7 at Page 6

2023 © LoyalSource.com



September 7, 2023

Sent Via E-mail: ███████████████████

███████████████
Supervisory Contracting Officer
U.S. Department of Homeland Security
Customs and Boarder Protection
4760 N. Oracle Rd
Suite 100
Tucson, AZ 85705


Dear ███████████,

Loyal Source appreciates your continued assistance as we collaboratively work to support the CBP's important mission during the contract extension period. Loyal Source values its relationship with CBP and is justly proud of our performance record over the past eight years. As you are likely aware, several recent articles, including those published in the Washington Post and USAToday,[1] address Loyal Source's and CBP's management of migrant populations along the southwest border. In many respects, these articles contain misinformation, lack important context, and are not representative of the CBP's and Loyal Source's programmatic efforts and contract performance. As you know, our current contract prevents us from commenting publicly on these matters. As such, we are coming directly to the CBP, our trusted business partner, to address this troubling situation. In particular, we want to advance our shared goal of ensuring that any public messaging is both informed and appropriately balanced while correcting any mistaken narratives that may be propagated. The referenced articles, which rely on both named and unattributed CBP sources, are concerning in three respects, as they (i) mischaracterize Loyal Source's performance record under our current contract; (ii) include sensitive information, including medical diagnosis detail, that may have been disclosed by CBP personnel; and (iii) suggest an improper bias against Loyal Source in the ongoing procurement. We respectfully request the CBP's assistance and assurances to help address these concerns promptly.

As an initial matter, the articles suggest that Loyal Source's performance under the contract has fallen short of its contractual obligations. In many cases, the articles rely on CBP sources to support this mistaken view. For example, one article states that Loyal Source's "staff has often been stretched thin, shuttling back and forth between border facilities to cover vacancies" noting unidentified "CBP officials familiar with Loyal Source's operations" as its source. If accurately quoted, this statement reflects confusion within CBP about the applicable contract requirements and current circumstances. As you know, Loyal Source has recruited more employees than CBP

---

[1] *Available at* https://www.washingtonpost.com/immigration/2023/08/25/border-medical-migrants-loyal-source/; https://www.usatoday.com/story/news/nation/2023/06/02/border-patrol-investigation-finds-failures-in-care-of-child-who-died/70281029007/ (last visited September 7, 2023).



has been able to clear. If staff is "stretched thin," it is through no failure on the part of Loyal Source. Furthermore, one of the material contract requirements is the ability and flexibility to move staff among the different sites to meet surge requirements, consistent with CBP direction. Any "shuttling" of providers among different facilities has been carried out in an efficient manner at the explicit direction of the CBP. Unnamed CBP officials also commented that CBP "is trying to help the company become more efficient in its hiring efforts." While Loyal Source is always receptive to feedback and opportunities to improve, we are not aware of any efforts by CBP to improve Loyal Source's hiring practices. To the contrary, as described above, Loyal Source's hiring has outpaced CBP capacity to clear personnel to fill positions along the border. To the extent CBP would like to engage with us on hiring efforts, Loyal Source would welcome such an opportunity. In any case, these statements, apparently from CBP personnel, are misguided and inconsistent with the collaborative partnership Loyal Source seeks to foster with the CBP and its stakeholders. It is concerning that CBP officials would anonymously provide misleading and inaccurate information to the news media about our ongoing performance, and we respectfully request your assistance to correct any misleading narratives.

Indeed, it is difficult to explain the motivation that certain CBP personnel apparently have to perpetuate a false narrative that Loyal Source has not been a reliable contractor and partner under our contract. Some of the contentious statements appear to be provided by medical officers within the program office. While we do not want to speculate, Loyal Source ███████████ ████████████████████████████████████████████████████████ ████████████████████████████ As you are aware, our CPARS assessments to date confirm our strong performance. One appropriate remedial measure would be to provide a copy of the enclosed CPARS issued on August 3, 2022 to select journalists who have previously relied on anonymous sources at CBP. These CPARS would serve as a contemporaneous, objective record to help address any misperceptions. We welcome the CBP's input as to additional remedial measures that we could consider.

As a separate matter, we know you share Loyal Source's commitment to handling and protecting Personally Identifiable Information (PII) and Personal Health Information (PHI) appropriately. Based on the information contained in recent articles, it appears as though CBP personnel may be sharing PII/PHI inappropriately with the media or otherwise. Specifically, both articles include details of chronic health issues of named patients. This includes specifying details such as sickle cell disease and a pre-existing heart condition, as well as specific symptoms such as fluid in the lungs, and a specific temperature of 104.5 degrees. One article even shared the patient's official diagnosis after being in U.S. custody. We trust that CBP is committed to protection and proper handling of PII/PHI and to administering appropriate consequences where applicable standards are not followed. If there is anything we can do to support these efforts, please let us know.

Finally, it is important to address the pervasive indication in the Washington Post article that CBP is seeking to replace Loyal Source and award the follow-on contract, which is currently being competed, to another offeror. This suggestion is problematic to say the least and, if true,



would be inconsistent with applicable procurement law. In particular, the article states that "[t]he company operating the medical ward … remains on the job because U.S. Customs and Border Protection has failed to hire a replacement." It also notes that "CBP officials said they are prepared to replace Loyal Source with another provider if the company fails to fulfill its contractual obligations to properly staff in U.S. facilities;" and that "Agency officials did not say if Loyal Source has been ruled out as a potential recipient for a new contract, but past performance would be taken into account when evaluating bids." Such public commentary by the agency at all, much less during an active procurement, speaks to a lack of professionalism, at a minimum, and may be improper. As you know, agencies must evaluate offers in accordance with the announced evaluation criteria and applicable law. The article suggests that, for a certain faction within CBP, a decision adverse to Loyal Source has already been made before amended proposals have been submitted. We know you share a commitment to transparency and procurement integrity and appreciate your efforts to ensure that CBP personnel who cannot be objective do not taint the ongoing procurement and award decision.

We thank you for your time and consideration of these very important matters. Please let us know how we can best assist CBP as you work to address the issues raised herein.

Very respectfully,

Loyal Source Government Services, LLC

Enclosure: Loyal Source CPARS, issued August 3, 2022

Exhibit 7 at Page 9

12612 Challenger Parkway, Ste. 365 | Orlando, Florida 32826 | 407.306.8441 |www.loyalsource.com

