**Redacted Version**

Exhibit 9



February 27, 2024

*Sent Via E-mail*: ███████████████

███████████████
Contracting Officer
U.S. Department of Homeland Security
Customs and Border Protection – Office of Procurement Operations
245 Murray Lane SW, Mail Stop 0115
Washington, D.C. 20528

RE:     Continued Concerns Regarding Procurement Integrity, Bias, and Organizational Conflicts of Interest

Dear ███████████,

      Loyal Source Government Services, LLC ("Loyal Source") appreciates the opportunity to support the U.S. Customs and Border Protection's ("CBP" or "Agency") important mission by providing medical screening services for persons in detention at the U.S. border.  The purpose of this correspondence is to share with you communications that Loyal Source previously shared with your predecessor, Contracting Officer Donna McMullen.  In addition, we are attaching a recent communication from February 16, 2024 (Ex. A) confirming that issues related to procurement integrity, bias, and organizational conflicts of interest continue to pose challenges to the on-going procurement under solicitation 70B03C22Q00000081 (the "Re-compete").  We appreciate your time and attention to these important matters and are available, as needed, to assist your efforts to address them.

      As you may be aware, over the past year, Loyal Source has been the subject of targeted, inaccurate communications to three congressional committees (*see* Exs. A and B), and several articles, including those published in the Washington Post, USAToday, Forbes, and The Hill.  These communications and articles seek to manipulate and undermine public perception of Loyal Source's performance under the current contract (the "CBP Contract") and to pressure and influence decisionmakers in the open procurement for the follow-on contract.  These letters and articles contain misinformation, lack important context, and misrepresent Loyal Source's efforts and performance.  Further, they evidence the dissemination of sensitive information about CBP's source selection methodology and Phase I evaluation under the on-going Re-compete in violation of the Procurement Integrity Act ("PIA") and other antifraud laws and regulations.  *See* Washington Post Article (noting that Loyal Source has "been selected as a finalist" under the Re-compete but that the "CBP advisory board did not recommend Loyal Source for the next round of consideration," and was "overruled" by the procurement office.)  They also detail an institutional bias against Loyal Source within the Office of the Chief Medical Officer ("OCMO") and emphatically advocate that Loyal Source should not be awarded the follow-on contract, irrespective of the company's positive CPARS ratings, objective qualifications, and the

Exhibit 9 at Page 1

12612 Challenger Parkway, Ste. 365| Orlando, Florida 32826 | 407.306.8441 |www.loyalsource.com



solicitation's evaluation factors. *See* Ex. B at 13, 19 (Agency communications referring to Loyal Source employees as employees of a "former contractor" and expressing an "urgent" need to replace Loyal Source with award to a new contractor.)

Loyal Source previously raised these concerns with Ms. Donna McMullen, the prior Contracting Officer overseeing this procurement, and requested that appropriate action be taken to address these improprieties pursuant to FAR 3.104-7, including, *inter alia*, that CBP investigate the matter and either cancel the procurement, disqualify offerors, or re-constitute the evaluation board. *See* Exs. C, D, and E. We understand that CBP shares our concerns about these matters and has made efforts to address them. Unfortunately, the February 16, 2024 communication (the "February 16th Letter") submitted to Congress on behalf of Mr. Troy Hendrickson and other unidentified CBP employees confirms that these serious issues persist. *See* Ex. A. Consistent with FAR 33.102(f), Loyal Source is again notifying CBP of evidence of procurement integrity and other fraud-related violations and respectfully requests that the Agency take immediate action to mitigate the issues raised in this letter and in the attached, previous communications.[1]

As you are likely aware, Mr. Hendrickson was the Contracting Officer Representative ("COR") on Loyal Source's CBP Contract from approximately August 2021 to April 2022 and, thereafter, was apparently responsible for "leading preparations" for the new Re-compete. Ex. B at 13. As reflected in the February 16th Letter, Mr. Hendrickson and anonymous CBP employees continue to hold an influential role within OCMO and the Re-compete. *See generally*, Ex. A. The February 16th Letter makes numerous, serious allegations against both CBP leadership, CBP contracting, and Loyal Source.

The February 16th Letter erroneously alleges that Loyal Source's performance reflects "staffing shortages, delays in background checks, contractors working without proper clearance, failure to use the Electronic Medical Records system." *See* Ex. A at 5. However, the record here contradicts these allegations. CBP and other agencies have consistently provided favorable past performance ratings for Loyal Source. In fact, in Loyal Source's CPARS under the CBP contract for the period of September 30, 2020 through September 29, 2021 (the period when illegal border crossings were close to their highest in U.S. history), CBP assigned Loyal Source ███████████ ████████████████████████████████████████████████████████ Moreover, the allegations by Mr. Hendrickson and other unnamed individuals within OCMO regarding "staffing shortages" rely on errant and misleading data and reflect an application of extra-contractual requirements. Under the CBP Contract, Loyal Source has consistently exceeded the applicable schedule adherence metric and has recruited more employees than CBP has been able to clear.

The February 16th Letter confirms that, despite any CBP efforts to mitigate these issues, the Re-compete continues to suffer from procurement integrity violations and a sharp bias against Loyal Source. Factions within OCMO remain unreasonably critical of Loyal Source and intent on directing the follow-on award to another contractor. Critically, all of the CBP employees who

---

[1] Loyal Source understands that the CBP Office of Professional Responsibility ("OPR") has opened OPR Case No. 202402346 to investigate potential procurement integrity violations related to the Re-compete.



provided the details contained in the February 16th Letter, except one, have remained anonymous. Thus, the extent of the improper influence on the procurement process could be significant and will be difficult to fully assess.

In addition, the February 16th Letter provides additional detail about a conflict of interest that Loyal Source previously raised with CBP. *See* Ex. F. Specifically, the February 16th Letter states that between 2022 and 2023, the Deputy Chief Medical Officer position within OCMO was filled by "a remote contract physician in the Deputy Chief Medical Officer position." Ex. A. at 21. This individual appears to be ███████████████████████████████████ ████████████████████████████████████████████. Presenting an organizational conflict with its participation as a competitive teaming partner of ███████████ ████████████████████████████████████████████████████████ ████████████████████████████ In the first instance, ████████████████████████ ████████████████████████████████████████████████████████ ███████████████████ In addition, █████████████████████████████ ████████████████████████. According to the February 16th Letter, this "remote contract physician" is performing inherently governmental functions and has access to "sensitive government information." *Id*. More specifically, given the individual's oversight responsibilities within OCMO, the remote contract physician is uniquely positioned to influence CBP's perception of Loyal Source's performance and to influence CPARS and other past performance records in the on-going procurement. This creates organizational conflicts of interest stemming from impaired objectivity, unequal access to information, and biased ground rules. These conflicts of interest must be immediately addressed in accordance with FAR Subpart 9.5.

In sum, Loyal Source is concerned that the issues it has previously raised related to procurement integrity, bias, and conflicts of interest have not been mitigated. Rather, they continue unabated and have become more pronounced. As such, Loyal Source respectfully reiterates its request for an adequate resolution, including the delay or cancellation of the Re-compete to allow time to adequately investigate the efforts to undermine the ongoing contract and Re-compete. These measures are appropriate to promote full and open competition and a fair opportunity for all offerors.

\*\*\*

This letter includes sensitive and proprietary material, the release of which would cause Loyal Source to suffer significant and irreparable harm. This letter is exempt from disclosure under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 et seq., or otherwise, and are subject to the criminal provisions of the Trade Secrets Act, 18 USC § 1905. Loyal Source requests confidential treatment under FOIA, as well as immediate notification of any third-party request for this letter or the attachments and advance notice of any intended disclosure so that the Company may take appropriate action.

---

[2] The February 16th Letter suggests that ████████████████████████████████████████████.
*See Id*. at 6 ("…the CBP Medical Services' Contract recompete, which was awarded to Vighter in 2022, though the contract transfer has been delayed since that date…").

Exhibit 9 at Page 3

12612 Challenger Parkway, Ste. 365 | Orlando, Florida 32826 | 407.306.8441 | www.loyalsource.com



We look forward to hearing the outcome of CBP's actions and continuing to work with you to carry out the CBP's important mission.

Very respectfully,



Loyal Source Government Services, LLC

Enclosures – Exhibits A through F3