**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

|  |  |
|---|---|
| LOYAL SOURCE GOVERNMENT SERVICES, LLC, | Case No. 24-cv-01001 |
| Plaintiff, | |
| v. | Judge Edward H. Meyers |
| THE UNITED STATES, | |
| Defendant. | |

## RCFC 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Rules of the United States Court of Federal Claims, Vighter, LLC ("Vighter") hereby discloses the following: No parent corporation or publicly held corporation owns 10% or more of Vighter's stock.

Dated: July 29, 2024

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

s/Sean Belanger
Sean Belanger, Associate (Counsel of Record)
800 17th Street, N.W., Suite 1100
Washington, D.C. 20006
Phone: (202) 469-5526
Facsimile: (202) 955-5564
Email: sean.belanger@hklaw.com

Terry L. Elling, Partner
Amy L. Fuentes, Associate
1650 Tysons Boulevard, Suite 1700
Tysons, Virginia 22102
Email: terry.elling@hklaw.com
Email: amy.fuentes@hklaw.com

*Counsel for Vighter, LLC*